March 31, 2003

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Request to Extend Discovery Deadline
           *Clow Valve Company, a division of McWane, Inc. v. Mayor and City Council of Baltimore*
           Case No. JFM02CV3136

Dear Judge Motz:

    The discovery deadline in this case is April 18, 2003. For a number of reasons, including late-received Interrogatory responses from the Plaintiff, Passover and Good Friday holidays, the need for travel to and from Iowa and counsel schedules, the City respectfully requests an extension of the deadline for two weeks, until May 2, 2003. Both parties have been aggressive in pursuing discovery and this request is not related to a lack of diligence from either side. Plaintiff, Clow Valve, does not join in this request but does not oppose it.

    Please contact us if you have any questions.

                              Very truly yours,

                              JUSTIN J. KING
                            Principal Counsel
                            Federal Bar No. 00819

The Honorable J. Frederick Motz
March 31, 2003
Page 2

                                                                                               _____
                                                                                               ROBERT D. ANBINDER
                                                                                               Assistant Solicitor
                                                                                               Federal Bar No. 10885

JJK/RDA/sch

BALTIMORE BELIEVE
1-866-BELIEVE • www.baltimorebelieve.com