UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF 101 WEST LOMBARD STREET
J. FREDERICK MOTZ BALTIMORE, MARYLAND 21201
UNITED STATES DISTRICT JUDGE (410) 962-0782
 (410) 962-2698 FAX

April 1, 2003

MEMO TO COUNSEL RE:   Clow Valve Company v. Mayor and City Council of
 Baltimore
 Civil No. JFM-02-3136

Dear Counsel:

In accordance with defendant's request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| May 2, 2003 | Discovery deadline; status report due |
| June 2, 2003 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

 Very truly yours,

 /s/

 J. Frederick Motz
 United States District Judge

cc:  Court File