IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CLOW VALVE COMPANY | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. JFM 02-3136 |
| THE MAYOR AND CITY COUNCIL OF THE CITY OF BALTIMORE | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Nicholas E. Johansson of the Baltimore City Department of Law as additional counsel for the Defendant Mayor and City Council of Baltimore in the above-captioned matter.

_____
Nicholas E. Johansson, Bar No. 27067
Assistant Solicitor
Baltimore City Law Department
100 N. Holliday Street, LL 58
Baltimore, MD 21202
(410) 396-3182