UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 8, 2003

Memo To Counsel Re: Clow Valve Co. v. Mayor and City Council of Baltimore City
Civil No. JFM-02-3136

Dear Counsel:

I am in receipt of your letter of May 2, 2003.

I note that you may wish to have the case referred to a magistrate judge for the purpose of presiding over a settlement conference but that you also wish to engage in further private discussions before doing so. Please advise me on or before May 21, 2003 as to whether and when you want me to refer the case to a magistrate judge for a settlement conference. Please also let me know by that date if you would like me to suspend the summary judgment motion deadline pending your settlement discussions.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge