May 19, 2003

The Honorable J. Frederick Motz
Judge
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    *Clow Valve Company v. Mayor and City Council of Baltimore City*
            Case No. JFM 02 CV3136

Dear Judge Motz:

    This letter is in response to the Court's letter of May 8, 2003 regarding settlement and the summary judgment deadline in the above-referenced case.

    The City <u>accepts</u> the Court's offer to suspend the summary judgment motion deadline pending settlement discussions with Plaintiff, Clow Valve. Depositions taken by the City in this matter were concluded May 2, 2003, and transcripts have just arrived. Suspension of the deadline would allow counsel for the City the time to seek settlement authority from its Settlement Committee and enter negotiations with Clow, with or without the assistance of a magistrate judge. We believe there is insufficient time to obtain settlement authority and pursue negotiations so long as we must comply with the June 2, 2003 deadline.

                                    Very truly yours,

                                    ROBERT D. ANBINDER
                                    Assistant Solicitor

RDA:sch
cc:    Mark D. Maneche, Esquire