Writer's Direct Number:<br>(410) 244-7826

May 19, 2003

**VIA ELECTRONIC FILING**

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

    Re: Clow Valve Co. v. Mayor and City Council of Baltimore City,
       Civil Action No.:  JFM-02-3136

Dear Judge Motz:

  This letter shall respond to Mr. Anbinder's letter dated today regarding settlement and possible suspension of the June 2, 2003 summary judgment deadline in this matter. Plaintiff Clow Valve Company ("Clow Valve") does not agree that suspension of the summary judgment deadline is appropriate.  Indeed, Clow Valve intends to file its summary judgment motion on or before June 2, 2003, and Clow Valve believes that the City should be required to adhere to that deadline as well.

  Clow Valve is willing to participate in a settlement conference conducted by a magistrate judge after filing its summary judgment motion.  However, given the parties' inability to discuss actual dollar figures thus far in the case, and given the institutional constraints on the City's ability to engage in such a discussion, Clow Valve does not believe that pursuing informal settlement negotiations prior a formal settlement conference will lead to actual settlement of this case.  Therefore, while Clow Valve will certainly entertain any reasonable settlement offer the City wishes to make, the mere possibility of informal settlement negotiations between the parties – outside the settlement conference setting – should not be the basis for delaying the summary judgment process.

           Respectfully,

           /s/

           Mark D. Maneche
           *Counsel for Plaintiff Clow Valve Company*

cc: Robert D. Anbinder, Esquire (via electronic filing)
   Jayna P. Lamar, Esquire
   Otho M. Thompson, Esquire
BA2/DOCS1/#216304 v1