UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 20, 2002

Memo To Counsel Re: Clow Valve Company v. Mayor and City Council of Baltimore
Civil No. JFM-02-3136

Dear Counsel:

    In light of Mr. Maneche's letter dated May 19, 2003, I will not suspend the summary judgment motions deadline.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge