IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CLOW VALVE COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. JFM 02-3136 |
| | ) | |
| MAYOR and CITY COUNCIL OF | ) | |
| BALTIMORE CITY | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF CLOW VALVE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiff Clow Valve Company, a division of McWane, Inc. ("Clow"), by its undersigned attorneys, hereby moves for summary judgment on both counts (Counts I and II) of the Complaint. As set forth in detail the accompanying memorandum in support of this Motion, which is incorporated herein by reference, the Motion should be granted and judgment should be entered in favor of Clow as a matter of law.

Respectfully submitted,

_____/s/_____
Otho M. Thompson
Mark D. Maneche
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

        Jayna Partain Lamar
        MAYNARD, COOPER & GALE, P.C.
        1901 Sixth Avenue North
        2400 AmSouth/Harbert Plaza
        Birmingham, Alabama 35203-2618
        (205) 254-1000

        *Attorneys for Plaintiff Clow Valve Company, a division of McWane, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2003, copies of Plaintiff Clow Valve Company's Motion for Summary Judgment, supporting Memorandum, and proposed Order were transmitted by electronic filing to:

        Robert D. Anbinder, Esquire
        Assistant City Solicitor
        Department of Law
        Room 81
        100 North Holliday Street
        Baltimore, Maryland 21202

                /s/
                Mark D. Maneche