---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

---------------------------x
CLOW VALVE COMPANY,           x
   Plaintiff                 x
v.                            x   Case No.
MAYOR AND CITY COUNCIL OF     x   JFM 02 CV 3136
BALTIMORE CITY,               x
   Defendant                 x
---------------------------x

Deposition of WILLIAM T. WALSTON, JR.
Baltimore, Maryland
Friday, May 2, 2003
11:18 A.M.

Job No. 1-15305
Pages 1 - 105
Reported by: Sharon D. Livingston, CSR-RPR

---

**Page 2**

Deposition of WILLIAM T. WALSTON, JR., held at the offices of:

VENABLE, BAETJER & HOWARD, LLP
1800 Mercantile Bank & Trust Building
Two Hopkins Plaza
Baltimore, Maryland 21201-2978
(410) 244-7400

Pursuant to Notice and agreement, before Sharon D. Livingston, Registered Professional Reporter and Notary Public of the State of Maryland.

---

**Page 3**

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
   MARK D. MANECHE, ESQUIRE
   VENABLE, BAETJER & HOWARD, LLP
   1800 Mercantile Bank & Trust Building
   Two Hopkins Plaza
   Baltimore, Maryland 21201-2978
   (410) 244-7400

ON BEHALF OF THE DEFENDANT:
   ROBERT D. ANBINDER, ESQUIRE
   ASSISTANT SOLICITOR
   CITY OF BALTIMORE DEPARTMENT OF LAW
   City Hall, Lower Level, Room 81
   100 North Holliday Street
   Baltimore, Maryland 21202
   (410) 396-3204

COPY

---

**Page 4**

CONTENTS

EXAMINATION OF WILLIAM T. WALSTON, JR.   PAGE
   By Mr. Anbinder   6
   By Mr. Maneche   96

EXHIBITS
(Attached to Deposition Transcript)

WALSTON DEPOSITION EXHIBITS   PAGE
1  Resume of Mr. Walston (CLOW 024 - 025)  11
2  City of Baltimore Specifications and  31
   Proposal for Baltimore Standard
   Valves (CLOW 143 - 165)
3  Purchase Order (CLOW 118)  32
4  Change Order (CLOW 119)  32
5  Purchase Order (CLOW 117)  32
6  Handwritten notes (CLOW 135)  58
7  Handwritten notes (CLOW 129)  62
8  Clow Valve Company Sales Order  64
   (CLOW 123 - 124)
9  Handwritten notes (CLOW 523)  66
10  Handwritten notes (CLOW 529)  69

---

**33**

1  A  No, I haven't.
2  Q  Thank you. I'm now going to show you
3  Walston 4, entitled, Change Order, which is also
4  labeled Clow 119. I'd like to ask you if you have
5  ever seen that document before.
6  A  No.
7  Q  I'm going to show you Walston 5, which is
8  labeled Clow 117. It says, Purchase Order, P, like
9  Paul, 179655. I'd like to ask you if you've ever
10 seen that document before.
11 A  No.
12 Q  Thank you.
13    Do you know whether the City of Baltimore
14 had, as of September 2001, any limit to the amount of
15 money which could be spent on Clow Valve product?
16    MR. MANECHE: Objection. Go ahead.
17 A  No.
18 Q  Would it have been important to you to know
19 whether the City of Baltimore had a limit on the
20 amount of money that could be spent on Clow Valve
21 product --
22    MR. MANECHE: Objection. Go ahead.

**34**

1  BY MR. ANBINDER:
2  Q  -- in your capacity as outside sales
3  representative?
4     MR. MANECHE: Objection.
5  A  I don't really understand the question.
6  You said would it be important to me?
7  Q  I'll rephrase it.
8     If you knew that the City of Baltimore had
9  X amount of money authorized to spend on valves, to
10 spend on Clow Valve product -- well, first of all,
11 did you know -- let me back up.
12    Did you know whether or not the City of
13 Baltimore had a limit on the amount of money that
14 could be spent on Clow Valve product?
15    MR. MANECHE: Objection. Go ahead.
16 A  No.
17 Q  If you knew that there was a limit to the
18 amount of money that could be spent on Clow Valve
19 product, would that have been important to you?
20    MR. MANECHE: You're asking him a
21 hypothetical question?
22    MR. ANBINDER: Yes.

**35**

1     MR. MANECHE: Objection for that and other
2  reasons. Go ahead.
3  A  No.
4  Q  Why would it have not been important to
5  you?
6  A  The City I would say would know what they
7  were buying, how much they needed, and what they
8  would spend, what they could spend.
9  Q  Prior to September 2001, had you personally
10 been involved in sales to the City of Baltimore of
11 Clow Valve product?
12    MR. MANECHE: A completed sale?
13    MR. ANBINDER: Completed sales.
14 A  No.
15 Q  I understand it appears as if there was a
16 sale underway previously that never was consummated,
17 never ended; is that correct?
18 A  Yes.
19 Q  What were the circumstances of that sale
20 effort?
21 A  I don't know.
22 Q  Were you personally involved in that?

**36**

1     MR. MANECHE: I think you need to be a
2  little more specific.
3  BY MR. ANBINDER:
4  Q  Okay. The City of Baltimore, prior to
5  September 2001, started to buy Clow product from you;
6  is that correct, or through you?
7  A  Yes.
8  Q  And it never actually finished the sale,
9  correct?
10 A  Yes.
11 Q  What were they trying or beginning to
12 purchase?
13    MR. MANECHE: They being the City of
14 Baltimore?
15    MR. ANBINDER: They being the City of
16 Baltimore.
17 A  Valves.
18 Q  Do you recall the approximate value amount
19 or number or type of valve? Is there any way to
20 identify it?
21 A  There were some small diameter, and I
22 believe there were some sixteen-inch valves as well.

Case 1:02-cv-03136-JFM   Document 34   Filed 08/02/2003   Page 3 of 10
DEPOSITION OF WILLIAM EDWARDS
CONDUCTED ON FRIDAY, MAY 2, 2003

10 (Pages 37 to 40)

Page 37

1   Q   Approximately when did that occur?
2   A   It was February of '01.
3   Q   Do you know why the sale never completed?
4   A   No.
5   Q   It was nothing on your end; is that
6   correct?
7   A   Right.
8   Q   Was there a particular person that you were
9   dealing with, or persons that you were dealing with,
10  in that incomplete sale in February 2001?
11      MR. MANECHE:  Persons being?
12      MR. ANBINDER:  Person or persons.
13  BY MR. ANBINDER:
14  Q   I mean who were you dealing with?
15      MR. MANECHE:  Generally?
16      MR. ANBINDER:  Specifically.
17      MR. MANECHE:  I mean are we talking City of
18  Baltimore?
19      MR. ANBINDER:  City of Baltimore, yes.
20  A   Walt Blimline.
21  Q   Had you met Mr. -- strike the question,
22  please.

Page 38

1   I want to step back just a second because I
2   want to ask you another contract question.
3       Would it be important to you as the Clow
4   outside sales representative to know if a contract
5   between Clow Valve and the City of Baltimore had
6   expired?
7       MR. MANECHE:  Objection.  Go ahead.
8   A   No.
9   Q   And why not?
10  A   I would say that would be the business of
11  the City, not mine.
12  Q   Would it be correct to say that you would
13  not make any independent investigation on your own of
14  whether or not the contract had expired?
15      MR. MANECHE:  Objection.  Go ahead.
16  A   No.
17  Q   You would not conduct an investigation of
18  your own to determine whether the contract had
19  expired?
20      MR. MANECHE:  Objection.
21  A   No, I would not.
22  Q   And would you conduct an investigation of

Page 39

1   your own to determine whether an order you received
2   was within the contract limits -- excuse me -- was
3   within the purchase order limits of the City of
4   Baltimore's purchasing order?
5       MR. MANECHE:  Objection.
6   A   No, I would not.
7   Q   And is that because you think the City
8   would know what its authority was?
9   A   That would be the business of the City.
10  Q   And is it correct that you had never
11  received any instruction on such matters from Clow
12  Valve Company?
13      MR. MANECHE:  Objection.
14  BY MR. ANBINDER:
15  Q   Correct?
16  A   Yes.
17  Q   Is it part of your job as the outside sales
18  representative to know your customers'
19  specifications, specifications for things that it
20  could conceivably buy from you?
21  A   Yes.
22  Q   Were you familiar with the City's

Page 40

1   specifications for valves?
2   A   Yes.
3   Q   And how did you learn those specifications?
4   A   From my years of being in the business.
5   Q   Did you ever receive anything in writing
6   listing the City's specifications?
7   A   No.
8   Q   The City uses valves that are evidently
9   somewhat unusual, I am told, in that they open to the
10  right.  That's compound.
11      I won't ask you to comment on whether
12  that's unusual, but is it true that the City's valves
13  open to the right?
14  A   Yes.
15  Q   Now I'll ask you was that unusual?
16  A   I wouldn't say it's unusual.  They would be
17  in the minority of people who use an open right
18  valve.
19  Q   Did the City valves require a specific
20  number of turns to close?
21  A   Yes.
22  Q   Now, how would you know that information,

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY, INC.
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

**Page 53**

1   MR. MANECHE: Tom Walston personally?
2   BY MR. ANBINDER:
3   Q   You, Tom Walston, personally.
4   A   I would say maybe one or two.
5   Q   Based on your knowledge of the Baltimore
6   water system as of September 2001, did you consider
7   it unusual that the City would want to order 12
8   36-inch valves?
9   MR. MANECHE: Objection. Go ahead.
10  A   No, not at all.
11  Q   I assume in your job, that you have the
12  opportunity to take your customers to lunch and such
13  just in the normal course of business, correct?
14  A   Yes.
15  Q   Since November of 2000 when you started for
16  Clow Valve, have there been people from the City of
17  Baltimore, anybody from the City of Baltimore, that
18  you have taken to lunch or provided entertainment of
19  any sort to?
20  A   No.
21  Q   Do you know, yourself, a guy named Dave
22  Montgomery?

**Page 54**

1   A   Yes.
2   Q   What is your knowledge of Mr. --
3       How do you know Mr. Montgomery?
4   A   He's a former City employee.
5   Q   Did you ever work with him?
6   A   No.
7   Q   Did you know him through your brother, or
8   did you know him through some other way?
9   A   I knew him through my brother.
10  Q   Is it correct for me to say that the City
11  of Baltimore's purchase of $584,000 worth of valves,
12  just by the amount of money, would not cause any
13  questions in your mind as to the validity of the
14  order?
15  MR. MANECHE: Objection. Go ahead.
16  A   No.
17  Q   Did you have sales goals in your job?
18  MR. MANECHE: Objection. I think you
19  already asked him that. Go ahead.
20  MR. ANBINDER: I apologize if I did.
21  A   Sales goals? Just to sell the most I can
22  personally.

**Page 55**

1   Q   But since you didn't work on commission,
2   you wouldn't have made any specific money or
3   specifically profited other than in the broader sense
4   of doing your job from the sale of these valves?
5   MR. MANECHE: Objection. Go ahead.
6   A   Yes.
7   Q   Between February 2001, when the aborted
8   sale occurred, to September of 2001, when the issue
9   arose that's the subject of this litigation, I
10  believe you said you had sold no valves to the City,
11  correct?
12  A   Yes.
13  Q   And I guess -- I don't know if you sell
14  anything else -- you made no sales of any sort to the
15  City; is that correct?
16  A   Yes.
17  Q   I'll take us now to September of 2001
18  because I want to talk about this issue. I just want
19  to take it from the top. I'm not sure exactly where
20  the top is. So what happened to start this ball
21  rolling?
22  MR. MANECHE: Objection. You've got to be

**Page 56**

1   more specific than what happened to start this ball
2   rolling? I'm going to instruct him not to answer
3   that question. That's way too big and broad. Give
4   us at least a date to start from.
5   BY MR. ANBINDER:
6   Q   In September 2001 it appears as if somehow
7   an order had been written involving you for the sale
8   of valves to the City of Baltimore, correct?
9   A   Yes.
10  Q   How did that start?
11  A   I got a phone call from Walt.
12  Q   And Walt Blimline said what?
13  A   Tom, I want to give you an order.
14  Q   And was that it, or was there more in that
15  conversation?
16  A   Yeah, I can go on. Sure. I said, Walt,
17  can you fax it to the plant, attention Shelley? He
18  said, no, I want to give it to you over the phone.
19  So I took the order over the phone word for word. At
20  the end I read it back to him word for word. I made
21  sure that was what he wanted. He said, yes. I said,
22  then Walt, I'm going to need a PO for this. And he

**57**

1  gave me a purchase order.
2    Q   Number?
3    A   Yes.
4    Q   Did he ever send you a purchase order, the
5  actual document?
6    A   No.
7    Q   But you had a number?
8    A   Yes.
9    Q   Was there anything else in this
10 conversation with Mr. Blimline?
11   A   I told him I was going to fax this out to
12 Shelley and that we would send him back a confirming
13 order.
14   Q   And he said, okay?
15   A   Yes.
16   Q   Did Mr. Blimline say anything to you in
17 that conversation about price quotes?
18   A   No.
19   Q   You're certain of that?
20   A   Yes.
21   Q   Did he actually use the term, order?
22   A   Yes. His exact words were Tom, I have an

**58**

1  order for you.
2    Q   So you wrote it up, this order, word for
3  word, and you faxed it to Shelley in Iowa?
4    A   Yes.
5       (Walston Deposition Exhibit 6 was marked
6  for identification and attached to transcript.)
7  BY MR. ANBINDER:
8    Q   Mr. Walston, here's Exhibit Number 6.
9       Have you seen that before?
10   A   Yes.
11   Q   What is this document?
12   A   This is the order I took over the phone
13 from Walt.
14   Q   Is all of this your handwriting, or is some
15 of this not your handwriting?
16   A   Some of this is not my handwriting.
17   Q   Is the stuff in the -- I think I heard the
18 term marginalia yesterday.
19   A   Yes.
20   Q   I would say to you the stuff in the margins
21 because I'm just a City lawyer.
22       MR. MANECHE: They understood what I meant.

**59**

1  BY MR. ANBINDER:
2    Q   The stuff down the left is not your
3  handwriting, correct, the numbers?
4    A   Correct. The numbers and the word, specs.
5    Q   This is dated, your Post-It Fax Note says,
6  date 9-7, and actually it says, 9-7, across the top,
7  so it would be safe to assume it was September 7th,
8  2001?
9    A   Yes.
10   Q   And that's your fax number, that number
11 right there that I'm pointing to --
12   A   Yes.
13   Q   -- the 576 number?  Okay.
14      Now, what was Shelley supposed to do with
15 this when she got it?
16   A   She was supposed to enter the order on a
17 Clow order form, fax it back to Walt for Walt to look
18 over and then to sign off on the order, and then for
19 Walt to send it back to Shelley.
20   Q   And it appears as if the note down on the
21 bottom, that final paragraph, is basically what you
22 just told me? These are the instructions to Shelley,

**60**

1  right?
2    A   That's correct.
3    Q   Now, I see at the top, under the P.O. box
4  -- I'm sorry -- under the purchase order number, it
5  says, all valves are double disc, but that's been
6  scratched out, and it's RW, which I guess is
7  resilient wedge?
8    A   Yes.
9    Q   Is that your handwriting?
10   A   No.
11   Q   And to the right of that it says, open
12 right, dash, MJ.
13      Is any of that or all of that your
14 handwriting?
15   A   Yes, that is my handwriting.
16   Q   And next to the words, sell price, on this
17 column it says, per annual bid.
18      Is that your writing?
19   A   Yes.
20   Q   What did you mean by per annual bid?
21   A   Per the annual contract with the City.
22   Q   And by the contract, you're referring to

**61**

1  the prices contained either within or as part of that
2  contract?
3  A   Yes.
4  Q   And how did you know those prices?
5  A   **I wrote them down at the bid opening.**
6  Q   I also need to ask you about your fax note,
7  which states, here's an order from our buddy, Walt
8  Blimline, at the City of Baltimore, exclamation
9  point. And to the left of that it says, good
10 morning, how do you like this one, question mark,
11 exclamation point, question mark?
12      Was there a particular reason that you put
13 down those words?
14 A   **That was just a great way to start off a**
15 **day.**
16 Q   You mean receiving an order for almost
17 $600,000?
18 A   **Well, whenever you start off the day with**
19 **an order, that's a good day.**
20 Q   And when you used the term, our buddy, Walt
21 Blimline, what did you mean by our buddy?
22 A   **It was just a general term.**

**62**

1  Q   But you had no other relationship with him
2  other than that he was the guy you dealt with in the
3  City, right?
4  A   **That is correct.**
5  Q   Was there anything at the time that you
6  took this what you're referring to as an order,
7  anything that said to you that maybe this was too
8  good to be true?
9      MR. MANECHE:  Objection.  Go ahead.
10 A   **No.**
11     MR. ANBINDER:  Off the record.
12     (Discussion off the record.)
13     (Walston Deposition Exhibit 7 was marked
14 for identification and attached to transcript.)
15 BY MR. ANBINDER:
16 Q   Here's Walston Exhibit Number 7. This, as
17 you can tell, seems somewhat familiar to Walston
18 Number 6, but there do appear to be more numbers
19 written down the side.
20     I guess those are parts numbers, correct?
21 A   **Yes.**
22 Q   But the reason I wanted to show you this

**63**

1  document was because it uses the term, barrel
2  indicator, right above the words, open right.
3      Do you see that?
4  A   **Yes.**
5  Q   Do you know why it says, barrel indicator?
6  A   **No, I don't.**
7  Q   Do you know what a barrel indicator is?
8  A   **Yes.**
9  Q   Do you know whether Walt Blimline or
10 anybody from the City of Baltimore said anything to
11 you about needing valves that have a barrel
12 indicator?
13 A   **Yes, I spoke with Walt about indicators.**
14 Q   And he told you? Did he tell you something
15 about barrel indicators?
16 A   **Yes.**
17 Q   That he wanted them?
18 A   **Yes.**
19 Q   Was that after the time that you took this
20 initial information, or was it at the same time you
21 took the initial information?
22 A   **It was after this.**

**64**

1  Q   And did you communicate that information to
2  Shelley?
3  A   **Yes.**
4  Q   Do you recall why Walt Blimline would say
5  or said that he wanted a barrel indicator?
6      MR. MANECHE:  Wait a minute.  Does he know
7  why?
8  BY MR. ANBINDER:
9  Q   The question is did Walt Blimline tell you
10 why he wanted a barrel indicator?
11 A   **No.**
12 Q   Were you aware at that time whether or not
13 the barrel indicator was part of the City valve
14 specifications?
15 A   **No, I was not.**
16     **(Walston Deposition Exhibit 8 was marked**
17 **for identification and attached to transcript.)**
18 BY MR. ANBINDER:
19 Q   Mr. Walston, here is Walston 8. I assume
20 you have seen this document before. I don't really
21 know.
22     Have you?

**73**

1   Walston 12 looks similar.
2   Could you tell me what that is, please?
3   A   That's a price quote.
4   Q   For the accessory packs?
5   A   No. For the valves.
6   Q   For the valves themselves?
7   A   Prices on mechanical joint valves you
8   requested.
9   Q   All right. There's no date on that.
10   Do you know approximately when that would
11  have been created?
12  A   I believe that was July of 2001.
13  Q   Maybe you can tell me a little bit more
14  about the price quotes on these valves from July of
15  2001.
16   First of all, this is not the same as the
17  aborted -- it's not the same transaction as the
18  aborted sale in February of 2001, is it?
19  A   No.
20  Q   Is it the same as what came to be in Clow's
21  view a sale in September 2001?
22   MR. MANECHE: I'm going to object to saying

**74**

1   it's the same.
2   MR. ANBINDER: Well, I just want to be
3   careful that I'm not on the record as --
4   MR. MANECHE: I know where you're headed
5   with it.
6   MR. ANBINDER: I'll try and simplify it.
7   BY MR. ANBINDER:
8   Q   Mr. Walston, can you tell me why, in
9   roughly July of 2001, because I think you weren't
10  certain of the date --
11   MR. MANECHE: Objection to the
12  characterization of his testimony. You can ask him a
13  question.
14  BY MR. ANBINDER:
15  Q   Mr. Walston, you thought that this
16  document, number 12, was created in July 2001?
17  A   Yes.
18  Q   Are you certain of that, or is that just a
19  rough guess?
20  A   That's a fairly good guess.
21  Q   All right. Thank you.
22   Why was this document created?

**75**

1   A   Walt called and asked for prices for
2   valves.
3   Q   And this is in your handwriting? This is
4   your handwriting?
5   A   Yes.
6   MR. MANECHE: Pointing to Exhibit 12?
7   MR. ANBINDER: Pointing to Exhibit 12.
8   BY MR. ANBINDER:
9   Q   And what happened to number 12 once you put
10  it together?
11  A   It was faxed to Walt.
12  Q   And did you hear anything further about
13  these valves?
14  A   No.
15  Q   The next time you discussed prices for
16  valves with Walt Blimline, was that in September of
17  2001?
18  A   Yes.
19   MR. MANECHE: Objection to the
20  characterization of discussion, but okay.
21  BY MR. ANBINDER:
22  Q   Did Walt Blimline tell you why he needed

**76**

1   price quotes in July of 2001?
2   A   Yes. He said he wanted to get some valve
3   prices, and I said, you could get them from your
4   purchasing department, and he told me it would be
5   much easier for him if I got him the prices.
6   Q   Now, this document, number 12, doesn't seem
7   to indicate quantities; is that correct?
8   A   That is correct.
9   Q   Did he discuss quantities with you?
10  A   No.
11  Q   Walston Number 13, sir, if you could tell
12  me what that document is.
13  A   That is lead times on valves, how long it
14  takes to get a particular valve.
15  Q   And was this created in July of 2001?
16  A   Yes, I believe it was.
17  Q   Was it related to the same price quote
18  request from Walt Blimline?
19  A   No.
20  Q   Did he ask you about lead times to get
21  valves?
22  A   Yes.

**77**

1  Q  And was this faxed to him?
2  A  Yes.
3  Q  Number 14, Walston 14, you did not create I
4  believe. It appears to be created by Shelley
5  Terrell. She may have testified to that yesterday.
6  I can't recall.
7     It's not your handwriting, right?
8  A  That's correct.
9  Q  Have you ever seen this fax before?
10 A  No, I haven't.
11 Q  Do you know what she means by the question,
12 epoxy coating on -- I assume that means interior and
13 exterior?
14 A  Yes.
15 Q  What does that mean?
16 A  That means she's asking, do you want epoxy
17 coating on the valves?
18 Q  And it's circled yes per Tom.
19    I assume that's per you?
20 A  Yes.
21 Q  Did you talk to Walt Blimline about this?
22 A  Yes.

**78**

1  Q  And he told you yes?
2  A  That's correct.
3  Q  And then you let her know?
4  A  Correct.
5  Q  Walston 15 is dated 2-26.
6     Is that 2-26, 2001 or some other year?
7  A  I would say that's '01.
8  Q  And what is that document?
9  A  That is a list of valves and sizes.
10 Q  Was this related to what I've been
11 referring to as the aborted sale?
12 A  Yes.
13 Q  As I recall, right before our break you
14 were saying you had a conversation with Walt
15 Blimline. I don't want to mischaracterize it.
16    You called him in December 2001, or did he
17 call you?
18 A  Yes, he called me.
19 Q  He called you. Okay.
20    And what did he say to you?
21 A  He asked me where all the valves were
22 coming from.

**79**

1  Q  And what did you say?
2  A  I said, those are the valves you ordered.
3  Q  And his response?
4  A  I don't remember exactly, but it was
5  something to the effect that I didn't order these
6  valves.
7  Q  Did you advise him or remind him of the
8  circumstances under which he ordered the valves?
9  A  Yes.
10 Q  Did he ever acknowledge in that telephone
11 call that yes, he did order the valves?
12 A  No.
13 Q  Did he, in any conversations you had with
14 him since that time, ever acknowledge to you that he
15 did buy the valves?
16 A  No.
17    MR. MANECHE: As a clarification point, I'm
18 not sure we've established that there were any
19 conversations post-December 2001, and that question
20 assumes that there were.
21    MR. ANBINDER: We haven't. That's
22 correct. We did not establish that.

**80**

1  BY MR. ANBINDER:
2  Q  After your telephone conversation with Walt
3  Blimline in December 2001, was there more than one in
4  December 2001 with Walt Blimline?
5  A  I think there was.
6  Q  And what was the nature of that
7  conversation, if you remember it?
8  A  Walt wanted me to come down and meet with
9  him and talk about this issue.
10 Q  Did you keep notes on either of these
11 December conversations?
12 A  No.
13 Q  Did you go down and meet with him as he
14 requested?
15 A  Yes, I did.
16 Q  When was that meeting?
17 A  That was in early January.
18 Q  Did you go alone?
19 A  Yes.
20 Q  And did you meet with him alone? In other
21 words, was he with anybody from the City?
22 A  I met with Walt alone.

**81**

1  Q  Was it on Fulton Avenue?
2  A  Yes.
3  Q  And what happened during that meeting?
4  A  Not too much. It was a very short
5  meeting. He stated his position, and I stated mine.
6  Q  If he says he was not purchasing the
7  valves, did he explain to you what if anything he was
8  doing?
9  A  He told me he was just looking for price
10 quotes.
11 Q  And that's obviously different than the way
12 you remembered the situation?
13 A  Yes. Much different, yes.
14 Q  Do you know why he would have changed his
15 point of view?
16    MR. MANECHE: Objection. If you know.
17 A  I have absolutely no idea.
18 Q  After that meeting in January of 2002, did
19 you have any other telephone conversations with Walt
20 Blimline or anyone else from the City about this
21 matter?
22 A  Yes. I called Walt to set up a meeting

**82**

1  between him, myself and Mike Vore.
2  Q  And did that meeting occur?
3  A  Yes.
4  Q  Was that meeting held in January?
5  A  No. That was held in February.
6  Q  Did you have any other conversations with
7  anybody besides Walt Blimline in January 2002 from
8  the City?
9  A  No.
10 Q  And any other meetings with anyone from the
11 City in January of 2002?
12 A  No.
13 Q  So you held your meeting in February of
14 2002, correct?
15 A  Yes.
16 Q  And who was present for that meeting?
17 A  Walt Blimline, myself and Mike Vore.
18 Q  And what happened during that meeting?
19 A  Not much. Walt stated his side, and we
20 stated ours. Warren Williams was supposed to be at
21 that meeting, but he couldn't make it, so there was
22 really no progress made at that meeting.

**83**

1  Q  Had you, up to this point, which is
2  February of 2002, from the time you had started with
3  Clow Valve, had any conversations with Warren
4  Williams?
5  A  No.
6  Q  So you'd never met him before?
7  A  No. I had no idea who he was.
8  Q  Was he identified by Walt Blimline as
9  Blimline's supervisor?
10 A  Yes.
11 Q  What was the next action in which you were
12 involved after or during February 2002 regarding the
13 valve issue?
14 A  I called Walt to set up a meeting between
15 Walt, myself, Mike Vore and Warren Williams.
16 Q  Is this a second meeting? Because you said
17 there was one already in February, although Warren
18 Williams did not show.
19 A  Correct. This was a second meeting.
20 Q  And that meeting was set up, the second
21 meeting?
22 A  Yes.

**84**

1  Q  And is that the meeting that was held in
2  April of 2002?
3  A  Yes.
4  Q  Did you have any other meetings with anyone
5  else from the City between your second February 2002
6  meeting and your April meeting with Warren Williams?
7  A  No.
8  Q  Did you have any telephone conversations
9  with anyone from the City between that time period?
10 A  No.
11 Q  And I guess it would be safe to say that at
12 your April 2002 meeting there was no agreement on the
13 issue?
14 A  That's correct.
15 Q  At any time after the valves at issue were
16 delivered, did anyone from the City ever say to you,
17 or anyone else that you would have knowledge of, that
18 yes, the City bought these valves?
19 A  No.
20 Q  Were there any other meetings or telephone
21 conversations that you were involved in after the
22 April meeting with Warren Williams and everybody else

Page 97

1  Q  Did you have a tickler system or a reminder
2  system that said, call Walt every four or six weeks
3  to check up and see how he's doing?
4  A  Yeah, pretty much.
5  Q  Do you recall anything that Mr. Blimline --
6  strike that.
7     You also testified to what Mr. Anbinder has
8  characterized as an aborted order that Mr. Blimline
9  placed in February of 2001, correct?
10  A  Correct.
11  Q  You also testified to a request for a price
12  quote that Mr. Blimline gave you in July of 2001; is
13  that correct?
14  A  Correct.
15  Q  Were there conversations that you had with
16  Mr. Blimline between February and July?
17  A  Yes.
18  Q  Can you estimate how many?
19  A  Three, four.
20  Q  And who initiated those conversations?
21  A  I did.
22  Q  You would call him on a periodic basis?

Page 98

1  A  Yes.
2  Q  And for what purpose?
3  A  Just to call and see if they were needing
4  any valves any time soon.
5  Q  Did Mr. Blimline ever say anything to you
6  during those conversations about an order or a
7  potential order?
8  A  Yes.
9  Q  What did he say?
10  A  He said, we'll be getting together an order
11  for you soon.
12  Q  Okay.  Did he ever say anything to you
13  during those conversations to indicate, or even
14  suggest to you, that he did not have the authority to
15  place such an order on behalf of the City of
16  Baltimore?
17  A  No.
18  Q  Now, from July 2001 to September 2001, when
19  the order was actually placed, did you have any
20  conversations with Mr. Blimline during that period?
21  A  Yes.
22  Q  What were the purposes of those

Page 99

1  conversations?
2  A  Just to see if they were getting ready to
3  place an order for any valves.
4  Q  And what did Mr. Blimline say to you during
5  those --
6     These were telephone conversations?
7  A  Yes.
8  Q  What did Mr. Blimline say to you during
9  those telephone conversations?
10  A  Basically we're getting around to it.
11  Q  So is it fair to say that between January
12  of 2001 and September of 2001, Mr. Blimline indicated
13  to you that an order would be forthcoming?
14  A  Absolutely.
15  Q  Subsequent to the order being placed in
16  September of 2001, I think you testified that you had
17  conversations with Mr. Blimline during that period;
18  is that correct?
19  A  Correct.
20  Q  Those conversations were related to, for
21  example, specification issues; is that right?
22  A  Yes.

Page 100

1  Q  Like do you need a barrel indicator, or do
2  you not need a barrel indicator --
3  A  Correct.
4  Q  -- or do you need epoxy coating inside,
5  outside or both?
6  A  Correct.
7  Q  During any of those conversations did Mr.
8  Blimline ever say to you, Tom, I didn't place an
9  order with you, or anything to that effect?
10  A  No, he did not.
11  Q  Did he say anything to you during those
12  conversations to indicate or even suggest to you that
13  he did not have authority to place an order for Clow
14  valves on behalf of the City of Baltimore?
15  A  No, he did not.
16  Q  The first time, am I correct, that he even
17  mentioned to you that he did not place an order for
18  Clow valves was some time in December of 2001; is
19  that correct?
20  A  Yes.
21  Q  Just to clarify, Mr. Walston, in reference
22  to what has been marked as Walston Exhibit 13, I