| | | PURCHASE ORDER | REQUISITION NUMBER | PURCHASE ORDER DATE | | PURCHASE ORDER NUMBER P179565 |
|---|---|---|---|---|---|---|
| CITY OF BALTIMORE BUREAU OF PURCHASES | | | R179565 0 | 05/23/00 | | |

ISSUED TO:
CLOW VALVE CO
902 SOUTH 2ND STREET

OSKALOOSA, IA 52577

SUPPLIER NUMBER 205624

SHIP TO & DELIVERY
DPW-UTIL.MAINT.STORM
2331 N. FULTON STREET 1ST. FLOOR
BALTIMORE, MD 21217
Contact Mark Vece On 396-5732 For Additional Information

INVOICES TO BE SUBMITTED IN TRIPLICATE TO:
DISBURSEMENTS DIVISION
7th FLOOR, 401 E. FAYETTE ST
BALTIMORE, MARYLAND 21202

ADDRESS RELATED CORRESPONDENCE TO:
BUREAU OF PURCHASES
231 E. BALTIMORE ST., SUITE 300
BALTIMORE, MARYLAND 21202

BUDGET ACCOUNT NUMBER: G271-010-170-09-000
TERMS: 2% 20 NET 30 DAYS
FOB: DEL
BUYER: 53

| DELIVER ON OR BEFORE | | | | | | |
|---|---|---|---|---|---|---|
| AS REQUIRED | | | | | | |
| LINE NO. | COMMODITY NUMBER | BID OR CONTRACT NUMBER | QUANTITY | UNIT | UNIT PRICE | EXTENDED PRICE |
| 01 | | 99083 | 1 | LOT | 100000.00 | 100,000.00 |
| 02 | | | | | | |
| 03 | BP50 | | | | | |

DESCRIPTION:

BLANKET ORDER FOR BALTIMORE STANDARD VALVES AS MANUFACTURED BY CLOW VALVE CO. TO BE DELIVERED AS REQUIRED AND INVOICED IN ACCORDANCE WITH THE CITY CONTRACT.

B/E 5-12-99

THIS ORDER CANCELS AND SUPERCEDES P162235 DATED 5-21-99

THIS BLANKET ORDER MUST BE USED IN CONJUNCTION WITH THE BALTIMORE CITY VENDOR DELIVERY AUTHORIZATION FORM.

MAIL INVOICES IN TRIPLICATE TO:
CITY OF BALTIMORE
UTILITY MAINTENANCE
2331 N. FULTON AVENUE
BALTIMORE, MD 21217

Total  $100,000.00

FOR MAYOR & CITY COUNCIL
CITY PURCHASING AGENT

DEFENDANT'S EXHIBIT C