# PURCHASE ORDER

**P179655**

**CITY OF BALTIMORE**
**BUREAU OF PURCHASES**

| REQUISITION NUMBER | PURCHASE ORDER DATE |
|---|---|
| R179655 0 | 05/11/01 |

DISBURSEMENTS DIVISION
7th FLOOR, 401 E. FAYETTE ST.
BALTIMORE, MARYLAND 21202

INVOICES TO BE SUBMITTED IN TRIPLICATE TO:

BUREAU OF PURCHASES
231 E. BALTIMORE ST., SUITE 300
BALTIMORE, MARYLAND 21202

ADDRESS RELATED CORRESPONDENCE TO:

FOR ADDITIONAL INFORMATION CALL:

SUPPLIER NUMBER: UNLESS OTHERWISE SPECIFIED, RENDER SEPARATE INVOICE FOR EACH ORDER AND EACH SHIPMENT.

**ISSUED TO:** 205624
CLOW VALVE CO
902 SOUTH 2ND STREET
OSKALOOSA, IA 52577

**SHIP TO & DELIVERY**
DPW-UTIL.MAINT.STORM
2331 N. FULTON STREET 1ST. FLOOR
BALTIMORE, MD 21217
Contact Mark Vece On 396-5732 For Additional Information

DEPARTMENTAL INFORMATION ONLY

BUDGET ACCOUNT NUMBER: G271-010-170-09-000

TERMS:

FOB: DEL

BUYER: 53

WORK ORDER:

| DELIVER ON OR BEFORE | BID OR CONTRACT NUMBER |
|---|---|
| AS REQUIRED | BP-01170 |

| LINE NO. | COMMODITY NUMBER | QUANTITY | UNIT | UNIT PRICE | DESCRIPTION | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 01 | | 1 | LOT | 87500.00 | ANNUAL BLANKET ORDER FOR BALTIMORE STANDARD VALVES, DOUBLE DISC AS MANUFACTURED BY CLOW VALVE CO. MATERIAL TO BE DELIVERED AS REQUIRED AND INVOICED IN ACCORDANCE WITH THE CITY CONTRACT. B/E 5-2-01 THIS BLANKET ORDER MUST BE USED IN CONJUNCTION WITH THE BALTIMORE CITY VENDOR DELIVERY AUTHORIZATION FORM. INVOICE IN TRIPLICATE TO: CITY OF BALTIMORE DPW-WASTEWATER 2331 N. FULTON AVE. BALTIMORE, MD 21217 ATTENTION: WALT BLIMLINE | 87,500.00 |

Total $87,500.00

DEFENDANT'S EXHIBIT G