# AGREEMENT

THIS AGREEMENT, made this __12TH__ day of __MAY__, _____1999, by and between the Mayor and City Council of Baltimore, a municipal corporation of the State of Maryland (hereinafter referred to as "City") and

<u>CLOW VALVE COMPANY</u>

(hereinafter referred to as "Contractor".

WHEREAS, the Contractor has agreed to furnish all labor, materials and equipment, and perform all work required to satisfactorily deliver all items awarded in Contract #BP<u>99083</u>, in strict accordance with all drawings, conditions, covenants, stipulations and terms contained in the specifications and bid or proposal thereof, which are on file at the Bureau of Purchases and are in all respects made a part of this Agreement; and

WHEREAS, the City, through its Board of Estimates, has awarded Contract #BP<u>99083</u>, to the Contractor, and one of the conditions of such award is that its term be formalized with an agreement executed by the City and the Contractor.

NOW THEREFORE, THIS AGREEMENT WITNESSETH THAT, in consideration of the mutual promises set forth herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.  The Contractor shall well and faithfully furnish all labor, material and equipment for and shall perform all work required on items awarded on Contract #BP<u>99083</u>, in accordance with each and every condition, covenant, stipulation and term contained in the specifications and bid or proposal thereof.

2.  The City hereby agrees to pay and the Contractor agrees to accept the sum of $__200,000.00__ as full and complete payment for all services to be performed under Contract #BP<u>99083</u>, when due and payable under the terms and specifications of the award.

3.  Time is of the essence in this Agreement.

4.  The Recitals are incorporated herein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

ATTEST/WITNESS

By: _____
Custodian of the City Seal
Alternate

ATTEST/WITNESS

By: _____

MAYOR AND CITY COUNCIL OF BALTIMORE

By: _____
Kurt L. Schmoke, Mayor

CONTRACTOR

By: _____ (SEAL)
Larry J. Whitaker
General Sales Office Manager
Type name and title beneath signature

APPROVED AS TO FORM AND LEGAL SUFFICIENCY

By: Elizabeth M. Lutz, Assist. Solicitor

APPROVED BY: John R. Miller
JOHN R. MILLER, CPPO CITY PURCH

Revised 5/99

APPROVED BY THE BOARD OF ESTIMATES

By: _____
CLERK                    DATE

**DEFENDANT'S EXHIBIT B**

NO BONDING REQUIRED