# SPECIAL CONDITIONS

### SCOPE

FURNISH AND DELIVER **BALTIMORE STANDARD VALVES** AND SERVICE FOR THE CITY OF BALTIMORE IN ACCORDANCE WITH SPECIFICATIONS AND OTHER DOCUMENTS HEREIN.

### APPLICATION

TO BE DELIVERED F.O.B. DESTINATION TO ANY CITY INSTALLATION OR AGENCY INCLUDING THOSE LOCATED OUTSIDE THE CITY LIMITS.

### CONTRACT PERIOD

THIS IS A REQUIREMENTS TYPE CONTRACT FOR A PERIOD OF **TWO (2) YEARS**. THE CONTRACT SHALL BEGIN ON A DATE TO BE DETERMINED BY THE CITY PURCHASING AGENT FOLLOWING AWARD.

### QUANTITIES

DELETE (A) OF ITEM 2, RESERVATION OF GENERAL CONDITIONS OF BID PROPOSAL, PAGE 1, AND INSERT THE FOLLOWING IN LIEU THEREOF.

A. UNLESS STATED OTHERWISE IN THIS SPECIFICATION AND PROPOSAL, THE CITY OF BALTIMORE IS OBLIGATED DURING THE PERIOD STIPULATED TO PURCHASE ALL OF ITS NORMAL REQUIREMENTS OF SUPPLIES AND/OR SERVICES SPECIFIED FROM THE SELLER/SELLERS, AND THE SELLER/SELLERS ARE OBLIGATED TO SUPPLY THE QUANTITIES WHICH THE CITY OF BALTIMORE REQUIRES FOR ITS OPERATION. THE DOLLAR VALUE AND/OR QUANTITIES STATED HEREIN ARE GIVEN AS A GENERAL GUIDE FOR BIDDING, BUT ARE NOT GUARANTEED AMOUNTS, BUT THEY REPRESENT THE BEST ESTIMATE OF THE CITY.

B. ACTUAL REQUIREMENTS ORDERED MAY BE MORE OR LESS THAN THOSE ESTIMATED HEREIN. IF, HOWEVER, AT THE END OF THE PEROD THAT THE CONTRACT IS LEGALLY IN FORCE, THE CITY HAS NOT PLACED ORDERS FOR THE AMOUNT OF MATERIALS, SUPPLIES AND/OR SERVICES ESTIMATED IN THIS PROPOSAL, SAID CONTRACT MAY BE DECLARED NULL AND VOID, IN WHICH CASE IT WILL BE CONSIDERED AS HAVING BEEN TERMINATED. THE CITY WILL THEN SOLICIT BIDS FOR A NEW CONTRACT AT ITS SOLE DISCRETION.

### METHOD OF PURCHASING

PURCHASE ORDERS OR ORDER RELEASES WILL BE ISSUED FROM TIME TO TIME IN SUCH QUANTITIES AS MAY BE NEEDED BY THE CITY.

### METHOD OF AWARD

ONE AWARD WILL BE MADE TO THE LOW BIDDER MEETING SPECIFICATIONS.