| | | |
|---|---|---|
| CLOW VALVE COMPANY | : | IN THE |
| Plaintiff | : | UNITED STATES |
| v. | : | DISTRICT COURT FOR |
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY | : | THE DISTRICT OF MARYLAND (Northern Division) |
| Defendant | : | Case No. JFM 02 CV3136 |

## ANSWERS TO CLOW VALVE COMPANY'S FIRST SET OF INTERROGATORIES TO DEFENDANT

The Mayor and City Council of Baltimore, Defendant, by Robert D. Anbinder, Assistant Solicitor, for Answers to Interrogatories heretofore propounded by Plaintiff, deposes and says:

A. That the responses provided herein are made without waiving the right to object to the relevance or the materiality of such information at a later time.

B. That the information supplied in these responses is not based solely on the knowledge of the party executing them, but includes knowledge of his agents, employees, representatives, and unless privileged, his attorneys.

C. That the word usage and sentence structure of these responses does not necessarily purport to be that of the executing party, but may be that of the attorney who participated in the drafting of these responses.

**INTERROGATORY NO. 1**

Identify all persons with any relevant knowledge of the matters alleged in the Complaint or in Defendants' Answer

**INTERROGATORY NO. 3**

Identify with specificity all Clow Valve products in your custody or control that you received after September 1, 2001, and for each such product, provide the following information:

    a.    The date of delivery of the product.

    b.    Whether the product was manufactured in accordance with Baltimore City specifications; and

    c.    The current location of the product.

**RESPONSE NO. 3**

    a.    The following list reflects all Clow valves received after September 1, 2001.

| INVOICE NO. | INVOICE AMOUNT | INVOICE DATE | DELIVERY DATE | VALVES NUMBER |
| --- | --- | --- | --- | --- |
| 98105971 | $4,054 | 9/27/01 | 10/4/01 | 7 |
| 98106249 | $7,552 | 10/1/01 | 10/2/01 | 16 |
| 98107571 | $5,220 | 10/15/01 | 10/18/01 | 30 |
| 98109019 | $21,726 | 10/30/01 | 11/5/01 | 6 |
| 98109649 | $63,760 | 11/2/01 | 11/5/01 | 9 |
| 98109490 | $17,000 | 11/2/01 | 11/5/01 | 5 |
| 98110115 | $39,005 | 11/9/01 | 11/14/01 | 7 |
| 98110203 | $29,500 | 11/12/01 | N/A | 4 |
| 98110922 | $57,680 | 11/21/01 | 11/27/01 | 4 |
| 98111131 | $56,460 | 11/26/01 | N/A | 4 |

| | | | | |
|---|---|---|---|---|
| 98111312 | $55,240 | 11/28/01 | 11/29/01 | 4 |
| 98111960 | $36,400 | 12/5/01 | 12/11/01 | 2 |
| 98112225 | $18,200 | 12/7/01 | 12/9/01 | 1 |
| 98112335 | $37,940 | 12/10/01 | N/A | 2 |
| 98112551 | $37,940 | 12/12/01 | 12/14/01 | 2 |
| 98112655 | $37,940 | 12/13/01 | 12/18/01 | 2 |
| 98112767 | $36,400 | 12/14/01 | 12/14/01 | 2 |
| 98112867 | $18,200 | 12/17/01 | 12/17/01 | 1 |

b.  Not all the products were manufactured in accordance with Baltimore City Specifications as set forth in the Contracts governing the valves. Some of the valves contain an indicator which shows if the valve is open or closed, which is not in the Defendant's specifications.

c.  The products are located at the Defendant's Washington Blvd. Yard, 2947 Washington Blvd., Baltimore, Maryland 21230.

**INTERROGATORY NO. 4**

If you contend that you attempted (whether successfully or unsuccessfully) either to refuse delivery of or to return to Clow Valve and of the Clow Valve products listed in your response to Interrogatory No. 3, state all facts supporting this contention, including without limitation the date(s) of attempted refusal or return, the name(s) of the individual(s) attempting to refuse or return the Clow Valve product(s), the name(s) of any Clow Valve representative(s) or agent(s) allegedly involved in the attempted refusal or return, and the specific Clow Valve product(s) that you attempted to refuse or return.

**RESPONSE NO. 12**

Defendant objects to the Interrogatory on the grounds that it is overly burdensome. Without waiving the objection, Blimline has placed many thousands of orders on behalf of Defendant.

**INTERROGATORY NO. 13**

Describe all internal and external complaints that have been filed against Walt Blimline – whether administrative, judicial or otherwise – including without limitation the name of the complainant, the date of the complaint, and the substance of the allegations.

**RESPONSE NO. 13**

Defendant objects to the Interrogatory on the grounds that it calls for information that is irrelevant and immaterial to the legal issues in this case.

**INTERROGATORY NO. 14**

State whether Walt Blimline has ever been arrested, censured, reprimanded or otherwise subjected to disciplinary action, whether as a City employee or otherwise. If so, describe the reason for the disciplinary action, as well as the nature and extent of same.

**RESPONSE NO. 14**

Defendant objects to the Interrogatory on the grounds that it calls for information that is irrelevant and immaterial to the legal issues in this case.