ORIGINAL　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

1　　　　　　　IN THE UNITED STATES DISTRICT COURT

2　　　　　　　　　FOR THE DISTRICT OF MARYLAND

3　　CLOW VALVE COMPANY,　　　　　　:

4　　　　　　Plaintiff　　　　　　　:

5　　vs.　　　　　　　　　　　　　　:　Case No.:

6　　MAYOR AND CITY COUNCIL OF　　　:　JFM 02-3136

7　　BALTIMORE CITY,　　　　　　　　:

8　　　　　　Defendant　　　　　　　:

9　　　　　　　---------------------------

10　　　Deposition of WARREN LEE WILLIAMS, called for

11　examination by Counsel for the Plaintiff, having been

12　sworn by Martin J. Giordano, Registered Merit Reporter,

13　and a Notary Public in and for the State of Maryland,

14　taken at The Law Offices of Venable, Baetjer and

15　Howard, 2 Hopkins Plaza, Suite 1400, Baltimore,

16　Maryland, at 9:34 a.m., on Wednesday, April 2, 2003.

17　　　　　　　---------------------------

18

19

20　Reported by:

21　Martin J. Giordano, RMR

Page 10

1 Q. I'm sorry.
2 A. No. From '93 to '95.
3 Q. '93 to '95. Prior to '93, what position did
4 you hold?
5 A. Transportation Associate II.
6 Q. And for how long did you hold that position?
7 A. 1986 to 1993.
8 Q. Were you Transportation Associate I before
9 that?
10 A. No. Actually, I was a Traffic Investigator
11 II.
12 Q. And for how long did you hold that position?
13 A. 19 -- let me see. 1983 to '86.
14 Q. All right. So that gets us 20 years. How
15 about the other five? What did you do in that --
16 A. Well, I was a Traffic Investigator I, and
17 then I came -- entered the City as a traffic checker in
18 1978.
19 Q. Why did you move from the Transportation
20 Department to the Water Department?
21 A. It was an opportunity for advancement.

Page 11

1 Q. Okay. You felt you had a better opportunity
2 for advancement in the Water Department than in the
3 Transportation Department?
4 A. At that time.
5 Q. Why is that?
6 A. That's what was being offered.
7 Q. Can you tell me just generally your duties
8 and responsibilities in your current position?
9 A. Basically, as chief, I'm responsible for the
10 Maintenance Division, which is comprised of three
11 separate sections -- Water Maintenance Section, Waste
12 Water Maintenance Section, and a Storm Drain Section,
13 in addition to the administrative functions that
14 control all three. Under -- you know, in respect to
15 that, I have subordinates under me that physically
16 oversee those sections certainly.
17 Q. All right. To whom do you report?
18 A. I would report to the bureau head.
19 Q. Who is?
20 A. At this time, Mr. Jay Sakai.
21 Q. Can you spell the last name?

Page 12

1 A. S-A-K-A-I.
2 Q. And who reports to you directly?
3 A. Directly would be the three general
4 superintendents.
5 Q. Who are they? First, let's start with Storm
6 Drain?
7 A. Storm Drain is Mr. Anthony Bressi.
8 Q. Water?
9 A. Water is Mr. August Severn.
10 Q. And Waste Water?
11 A. Is Mr. Louis Owens.
12 Q. Tell me what you do on a day-to-day level. I
13 understand what your duties and responsibilities are,
14 but what do you do when you show up to work every day
15 on a typical day?
16 A. Basically, quite a few meetings for the
17 day-to-day operation of the division. We also
18 interconnect with the engineering sections, you know,
19 throughout the city for projects taking place in all
20 three of those areas. Most of my time is spent with
21 meetings, either outside, or internal meetings that I

Page 13

1 have based on meetings that I've had from the outside.
2 Q. Okay. How closely are you involved, if at
3 all, with procurement?
4 A. I am involved to the extent that I discuss
5 the need for equipment, materials, and supplies with my
6 general superintendents, and I signed -- sign all the
7 VDAs and purchase requisitions.
8 Q. What is a VDA?
9 A. Vendor delivery authorization.
10 Q. Who in the chain of command would be
11 responsible for ordering equipment from a third-party
12 vendor?
13 A. For physically --
14 Q. For physically placing the order.
15 A. Placing the orders would be the storekeeper
16 supervisor.
17 Q. Who is that in the Water Division?
18 A. Mr. Walter Blimline.
19 Q. Tell me how the process should work when Walt
20 Blimline places an order from start to finish. How
21 does it start at procurement and end up with him

Page 18

1  been approved so they can then proceed to order as
2  necessary.
3      Q. In a typical case, however, who then takes
4  the ball from that point on? Does the purchase order
5  go to Walt Blimline, and he then places the order, or
6  is there some other hierarchy that gets involved?
7      A. No. Typically he will be instructed to place
8  orders.
9      Q. By whom?
10     A. By the general superintendents.
11     Q. And, in the case of the Water Division, that
12 would be Augie Severn?
13     A. Now, it's Augie Severn, yes.
14     Q. Before Mr. Severn, who would it have been?
15     A. Well, actually, before he was actually made
16 general superintendent, it was a combination of
17 Mr. Severn and Mr. Joseph Bressi.
18     Q. When was Mr. Severn made the actual head of
19 Water?
20     A. I'm not sure. I was off then.
21     Q. Okay. In what time frame, then?

Page 19

1      A. Within the last five months.
2      Q. All right. So, in 2001 and 2002, it would
3  have been this combination of Mr. Severn and Mr. Bressi
4  that you were just talking about?
5      A. Yes. Mr. Severn was more in charge of valve
6  operations.
7      Q. So, for a valve purchase, he would have been
8  the one instructing Mr. Blimline about the purchase?
9      A. He was typically very involved, yes.
10     Q. All right. What would then have happened
11 after Mr. Severn spoke to Mr. Blimline after the
12 purchase order came in and said place the order?
13     A. Typically, the vendor VDA, vendor delivery
14 authorization, would be prepared, and the equipment
15 would be ordered.
16     Q. By Mr. Blimline?
17     A. Uh-huh. Yes.
18     Q. Does the City have any standard operating
19 procedure as to how an order is placed at that stage of
20 the process?
21     A. If they do, I'm not familiar.

Page 20

1      Q. So Mr. Blimline is pretty much on his own at
2  that point; is that right?
3      A. After being given instruction, yes.
4      Q. What type of follow up takes place after
5  Mr. Blimline places the order? Is he then instructed
6  to report to Mr. Severn, for example, or to you?
7      A. No. None that I'm aware of.
8      Q. Is anyone required to follow up with
9  Mr. Blimline at some point after the order has been
10 placed, whether you or Mr. Severn or anyone else?
11     A. I'm not sure I understand what you're asking.
12     Q. Is there any standard procedure in place -- a
13 tickler system, or whatever, that's in place that says,
14 after X number of days, I'm going to check with Walt
15 Blimline to make sure that the order was placed and
16 that it was placed correctly?
17     A. No.
18     Q. What then typically happens after
19 Mr. Blimline places the order and the goods arrive?
20     A. After the goods arrive?
21     Q. Yes.

Page 21

1      A. Well, depending on the arrival site, the
2  paperwork is then sent up to Mr. Blimline to keep track
3  of against the purchase order if it doesn't -- if it
4  doesn't deplete the order so he can keep a running
5  total in case we have to reorder again.
6      Q. So is Mr. Blimline from that point forward in
7  charge of making sure the goods are delivered,
8  delivered on time, and delivered as ordered?
9      A. Not specifically, no. He's one person, and
10 this is a division, so there are other people involved
11 at the yards that have to work in conjunction with
12 Mr. Blimline.
13     Q. But does he oversee that process?
14     A. Not completely, no.
15     Q. Who else other than he would be overseeing
16 the process?
17     A. Well, that's where the superintendents and
18 supervisor would also come into play from each
19 respective yard, and working up through the general
20 superintendent; not just Mr. Blimline.
21     Q. So, at some point after the order was placed,

**Page 22**

1  Mr. Severn would be involved again?
2   A. Could be, possibly.
3   Q. But possibly not?
4   A. Correct.
5   Q. Is it possible that Mr. Blimline, from the
6  point of actually placing the order forward, could be
7  the only one responsible for seeing that the order is
8  actually fulfilled as ordered?
9       MR. ANBINDER: Do you understand the
10 question?
11      THE WITNESS: That's -- no. Not completely.
12      MR. MANECHE: Okay.
13      BY MR. MANECHE:
14  Q. From --
15      MR. ANBINDER: You should say so if you don't
16 understand the question.
17      THE WITNESS: Well, I was trying to --
18      MR. ANBINDER: Okay.
19      MR. MANECHE: Okay. Let me rephrase it.
20      BY MR. MANECHE:
21  Q. Let's get clear on the chain of command above

**Page 23**

1  Mr. Blimline. You have Mr. Blimline, and, at least in
2  the 2001, 2002 time frame, we had some combination of
3  Mr. Bressi and Mr. Severn above him; is that correct?
4   A. Yes. And Mr. Owens.
5   Q. For Waste Water?
6   A. Yes.
7   Q. Okay. And then above them is you, correct?
8   A. Yes.
9   Q. And then above you, at least now, is
10 Mr. Sakai?
11  A. Right.
12  Q. And before was Mr. Sohkey?
13  A. Yes.
14  Q. Of those people we just named, is it possible
15 that Mr. Blimline could place an order for a product or
16 products with a third-party vendor and from that point
17 forward he would be the highest in that chain of
18 command to then see that the order is fulfilled as
19 ordered?
20  A. It depends, and the reason I say that, his
21 authority is very, very limited as to what he can order

**Page 24**

1  without being given specific direction.
2   Q. All right. Let's put that aside for the
3  moment. I'm not talking about whether he has authority
4  to place the order in the first place. Let's assume
5  that the order has been placed.
6   A. Okay.
7   Q. From that point forward, is it possible that
8  he would then be running the show from that end --
9   A. No.
10  Q. Who else would be involved?
11  A. Depending on what was ordered, and where it
12 would come in, anybody from a respective yard would be
13 involved of where the material is being delivered, the
14 paperwork that has to follow, the superintendent who
15 oversees that yard, the storekeeper who may be
16 accepting or taking the materials, equipment, supplies,
17 whatever it may be. So it's not just one person.
18  Q. I understand that. Of the individuals we
19 named, though -- Mr. Blimline, Mr. Owens, Mr. Bressi,
20 Mr. Severn, yourself, Mr. Sakai, and Mr. Sohkey -- once
21 an order is placed, is it possible -- does it happen

**Page 25**

1  that Mr. Blimline is then the only person among that
2  group of folks that sees that the order is fulfilled as
3  ordered?
4   A. At that point, yes.
5   Q. In other words, there is no required follow
6  up among any of the other folks; is that right?
7   A. It will be, yes, but not at that point.
8   Q. Okay. At what point?
9   A. Well, again, when payment and when materials
10 are coming in, other people are involved.
11  Q. I understand that. Of the individuals we
12 named -- I'm not -- I'm putting aside the individuals
13 from the other yards. If it's coming into a different
14 yard, I understand there is logistical issues that have
15 to be dealt with.
16  A. Uh-huh.
17  Q. But, of the individuals that I just named, is
18 there any required follow up by Mr. Owens, Mr. Bressi,
19 Mr. Severn, yourself, or the bureau chief?
20  A. You're saying follow up?
21  Q. Yes. After the order has been placed.

### Page 26

1  A. After the order has been placed, when payment
2  is due, yes, it would come to me.
3  Q. Okay. The bill comes to you?
4  A. Yeah.
5  Q. Okay. But, in terms of the actual order
6  arriving and the goods conforming to the order, that's
7  Mr. Blimline's job, right, to make sure that that
8  happens?
9  A. Not specifically his, no. That's, again,
10 where other people come into play.
11 Q. Okay. Of the individuals that I named --
12 A. Of the individuals you named, Blimline, yes.
13 Q. Okay. Do you know who Tom Walston is?
14 A. I know him from the meeting we had, yes.
15 Q. You had a meeting with the Clow Valve
16 representatives concerning the valves at issue in this
17 case?
18 A. Yes.
19 Q. When I say "the valves at issue in this
20 case," do you know what I'm talking about?
21 A. Yes, I do.

### Page 27

1  Q. Where are those valves currently?
2  A. Washington Boulevard.
3  Q. Have you seen them physically sitting there?
4  A. I've seen some of them, yes.
5     MR. ANBINDER: I think you can see them from
6  here, all stacked up.
7     MR. KING: I thought they were on a truck in
8  Iowa.
9     BY MR. MANECHE:
10 Q. The meeting that you just mentioned, when did
11 that occur?
12 A. Let's see. April.
13 Q. Last April?
14    MR. ANBINDER: Don't guess.
15 A. No. Don't -- I honestly don't remember the
16 exact date. I know it was in April.
17 Q. You don't remember if it was 2001 or 2002?
18 A. 2002.
19 Q. Okay. That was the first time you met Tom
20 Walston?
21 A. Yes.

### Page 28

1  Q. Had you heard of him before that?
2  A. Not that I recall.
3  Q. Had you had any dealings prior to that time
4  with Clow Valve Company -- you personally?
5  A. Mr. Malloy.
6  Q. Okay. You dealt with Mr. Malloy before --
7  A. I've had conversation with him regarding
8  these valves.
9  Q. Okay. You have to let me finish the question
10 before you answer.
11 A. Okay.
12 Q. So you had conversations with Mr. Malloy
13 before the April 2002 meeting concerning the valves
14 that are the subject of this case?
15 A. Yes.
16 Q. Had you had any dealings with Mr. Malloy or
17 anyone else from Clow Valve prior to that time that you
18 just mentioned?
19 A. Prior to April?
20 Q. I'm sorry. Prior to discussions you had with
21 Mr. Malloy.

### Page 29

1  A. Not that I recall.
2  Q. Okay. You don't ever recall having any
3  dealings with Clow Valve relating to any other valve
4  orders?
5  A. No. Not --
6  Q. Do you recall the first time you spoke to
7  Mr. Malloy?
8  A. I don't recall the date. I recall speaking
9  to him regarding his concern for payment.
10 Q. Can you tell me what you remember of that
11 conversation?
12 A. Basically they were concerned about payment
13 for valves that they had shipped, and I told him I
14 would look into it and get back to him.
15 Q. All right. Was there a follow-up telephone
16 call?
17 A. Yes, there was, and that's what led to our
18 meeting.
19 Q. So there were two telephone calls, and then
20 the meeting?
21 A. At least two calls. May have been one.

Page 30

1  Q. Okay. Do you recall having any other
2  substantive discussions with Mr. Malloy prior to the
3  meeting about the valves?
4      MR. ANBINDER: Objection as to substantive.
5  Q. What else did you discuss?
6  A. No. We discussed it over the phone, you
7  know, and I essentially told him what I was being
8  informed of, and naturally he disagreed.
9  Q. What did you tell him?
10 A. Well, as far as I was being told and was
11 being made aware of, that the valves were not ordered,
12 and, you know, that it was a mistake, and that they
13 needed to come and get their valves.
14 Q. Who was telling you this?
15 A. I had got that from Mr. Blimline.
16 Q. Anyone else?
17 A. At that point, no.
18 Q. Was this the first time that you had heard
19 that Clow valves had been ordered by mistake, as you
20 say?
21 A. Ordered by mistake, yes. My first finding

Page 31

1  out about the valves was around December of 2001.
2  Q. You found out that the valves had been
3  ordered in December 2001?
4  A. No. I didn't find out they were ordered in
5  2001. I found out that they were being delivered and
6  dropped off at Washington Boulevard.
7  Q. How did you find that out?
8  A. Through Mr. Severn.
9  Q. What did he tell you?
10 A. He had received a call from Mr. Scheining
11 complaining about lack of room for the valves that were
12 being dropped off at Washington Boulevard, and that's
13 when we questioned it and when I was told that they
14 were -- we didn't order those valves.
15 Q. You were told that in December of 2001?
16 A. Yes, sir.
17 Q. By whom?
18 A. By Mr. Blimline.
19 Q. He told you this December 2001? Can you
20 recall specifically the date?
21 A. No.

Page 32

1  Q. Was it before or after Christmas?
2  A. I don't recall.
3  Q. So Mr. Blimline told you in December 2001 as
4  the valves were coming in that they had not been
5  ordered; is that correct?
6  A. Yes.
7  Q. Did he tell you why he thought that the
8  valves were coming in even though they hadn't been
9  ordered?
10 A. The only thing I was told, it was a mistake.
11 Q. Did he tell you who had made the mistake?
12 A. At that time, no.
13 Q. What was your reaction to that?
14 A. He told me that he was in touch with Clow
15 Valve, and that arrangements were being made for the
16 valves to be picked up.
17     MR. ANBINDER: The question was what was your
18 reaction? Just listen to the question carefully.
19     THE WITNESS: What was my reaction?
20     MR. ANBINDER: I think that was the question.
21 Wasn't it?

Page 33

1      THE WITNESS: I --
2      MR. ANBINDER: You answered --
3  A. I was satisfied with the answer that
4  Mr. Blimline gave.
5  Q. You figured he'd take care of it?
6  A. At that point, yes.
7  Q. So you didn't raise the issue again until you
8  got the phone call from Mr. Malloy?
9  A. Yes.
10 Q. You never contacted Clow Valve, is that
11 correct --
12 A. No.
13 Q. -- between the time --
14 A. No.
15     MR. ANBINDER: Let him --
16 Q. Let me finish the question.
17     MR. ANBINDER: -- finish.
18     THE WITNESS: I thought he was done.
19     BY MR. MANECHE:
20 Q. Between December of 2001 and the time that
21 you next spoke to Randy Malloy on the telephone in

### Page 38

1  that --
2      MR. MANECHE: I'm happy to use it in the
3  vernacular for purposes of this question as
4  Mr. Williams used it.
5      THE WITNESS: Now the question again?
6      BY MR. MANECHE:
7    Q. Do you have any specific knowledge as to what
8  Mr. Blimline was told was his authority to place the
9  order for the Clow valves involved in this case, or
10 orders?
11   A. Are you done? Okay.
12     MR. ANBINDER: Yeah. With the understanding
13 that Mr. Maneche put on the record that it's a
14 vernacular; not a legal sense, then you can answer the
15 question if you --
16   A. The only thing I recall is he was not -- he
17 was asked to get price quotes for various size valves.
18   Q. By whom?
19   A. By myself and Mr. Severn at various times.
20   Q. Do you recall when you asked Mr. Blimline to
21 get price quotes for the Clow valves?

### Page 39

1    A. That would have been during the tunnel fire.
2    Q. July?
3    A. July of 2000 --
4    Q. '1?
5    A. '1.
6    Q. Okay. July of 2001?
7    A. Yeah.
8    Q. Okay. Did you have any subsequent
9  conversations with Mr. Blimline regarding the price
10 quotes for the Clow valves after July of 2001?
11   A. Not that I recall.
12   Q. How do you know that Mr. Severn had similar
13 conversations with Mr. Blimline?
14   A. As I told you, Mr. Severn was the main person
15 in charge of valve operations, so he was very concerned
16 with the overseeing of valves and what valves were
17 ordered and what should be ordered.
18   Q. How do you know, though, that he specifically
19 talked to Walt Blimline about getting price quotes for
20 Clow valves?
21   A. Because we had conversations about that, and

### Page 40

1  he would mention, you know, he's had conversation with
2  Walt, or this or that.
3    Q. The conversations you just described that you
4  had with Mr. Severn were prior to September of 2001?
5    A. That, I don't recall.
6    Q. They were prior to the actual placement of
7  the order, using "the order" in the vernacular term?
8    A. We've had numerous talks, so they could have
9  been. I honestly don't remember.
10   Q. Why did you ask Mr. Blimline to get price
11 quotes for Clow valves in July of 2001?
12   A. I did not ask Mr. Blimline to get price
13 quotes from Clow Valve. I asked Mr. Blimline just to
14 get price quotes in general to make sure we had
15 sufficient inventory in stock.
16   Q. Okay. Why would getting price quotes make
17 sure you had sufficient inventory?
18   A. I don't understand your question.
19   Q. Okay. Well, I just didn't understand your
20 answer.
21   A. Okay.

### Page 41

1    Q. You said you asked Mr. Blimline to get price
2  quotes generally to assure that the City had sufficient
3  inventory.
4    A. Okay.
5    Q. Is that what you just said?
6    A. To make sure we had sufficient inventory,
7  yes, for -- of valves of the various types that we use
8  size-wise.
9    Q. All right. How would getting price quotes
10 from third-party vendors assure that the City had
11 sufficient inventory of the valves?
12   A. It would allow us to get together and put a
13 contract out, if we needed to, that had to go out to
14 bid to make sure it was done within the proper time
15 frame to get us valves in stock before we ran out.
16   Q. Okay. Wouldn't part of the process also be
17 checking the inventory itself?
18   A. Certainly.
19   Q. Who would do that?
20   A. My storekeepers, had I had any.
21   Q. I'm sorry. Say that again?

Page 42

1  A. My storekeepers, had I had any. I only had
2  one storekeeper, Mr. Blimline.
3  Q. Okay. So he would have been in charge of
4  actually checking the inventory as well?
5  A. Yes.
6  Q. How does he know how much inventory to keep
7  in the City's stockpiles for a given product?
8  A. Again, that's where Mr. -- the general
9  superintendents and/or superintendents would have
10 direct conversation with Mr. Blimline regarding those
11 needs.
12 Q. Okay. So Mr. Severn, or possibly Mr. Bressi
13 would have had a conversation with Mr. Blimline and
14 said, we need X number of 36-inch valves, X number of
15 30-inch valves; check the inventory; make sure we've
16 got that?
17 A. Conceivably, yes.
18 Q. How else might it have occurred?
19 A. The superintendents also of the respective
20 yards, they could have conversations either with
21 Mr. Severn or Mr. Bressi, or could have had direct

Page 43

1  conversation with Mr. Blimline.
2  Q. All right. Are you aware of any such
3  specific conversations with regard --
4  A. No.
5  Q. -- to the Clow valves in this case?
6  A. No.
7  Q. So, once Mr. Blimline would have had this
8  conversation with whomever about inventory, would he
9  then have the authority to determine which valves
10 should be ordered and which shouldn't?
11 A. If he were given the instruction to place the
12 order, yes.
13 Q. You mentioned that there was a meeting
14 scheduled with the Clow Valve representatives in
15 February of 2002?
16 A. Meeting was scheduled.
17 Q. When did the meeting actually occur?
18 A. That's the meeting that actually occurred in
19 April. The day they came, or arrived, unfortunately I
20 was called away by my bosses, and that meeting had to
21 be rescheduled, and that's when it wound up being

Page 44

1  rescheduled for April.
2  Q. All right. Who attended that meeting?
3  A. Myself, Mr. Severn, Mr. Bressi, Mr. Blimline,
4  Mr. Malloy, Mr. Vore, and Mr. Walston.
5  Q. And where did the meeting occur?
6  A. At Park Terminal.
7  Q. Where is that?
8  A. 2331 North Fulton.
9  Q. Was anyone in particular designated as a
10 spokesman on behalf of the City at that meeting?
11 A. I pretty much took that role.
12 Q. All right. What did you say?
13 A. Essentially, after introductions, I explained
14 to Mr. Malloy that, based on the information I had
15 gotten from Mr. Blimline and with the general
16 superintendents I had in attendance, that we -- we, the
17 City, felt we did not order those valves, and did not
18 intend to keep them. As a matter of fact, I asked,
19 again, Mr. Malloy to make arrangements to have them
20 picked up.
21     I did tell him that, in that we had an

Page 45

1  existing contract with Clow Valve, I would be willing
2  to accept valves that we could legitimately use within
3  our system up to the amount of the contract, which I
4  believe was 130,000 at that time, and I had asked
5  Mr. Severn to go through the list of the valves and
6  pick out those that we couldn't use within our system.
7  Q. Did he do that?
8  A. Yes, we did, and we gave Mr. Malloy a list of
9  what we felt we could use.
10 Q. Do you recall how many valves were on the
11 list, or what the dollar figure was?
12 A. I really don't remember the exact number.
13 Q. Okay. Was it anywhere near the 130,000
14 figure that you just mentioned?
15 A. Yes.
16 Q. What happened at the conclusion of that
17 meeting?
18 A. Mr. Malloy indicated to me he didn't think
19 his company, Clow Valve, would accept that, but he did
20 say he would go back and talk to his superiors and get
21 back to me and let me know, and I said, "Fine."