**Post-it® Fax Note** 7671 Date 9/7 # of pages ▶ 1
To: SHELLEY  From: Tom WALSTON
Co./Dept.: SALES  Co.: HERE'S AN ORDER
Phone #: GOOD MORNING!  Phone #: FROM OUR BUDDY
Fax #: HOW DO YOU LIKE THIS ONE?!?  Fax #: WALT BLIMLINE @ THE CITY OF BALTIMORE!

City of Baltimore
Walt Blimline - 410-396-0906
Fax 410-523-6748
P.O. 179565

ALL VALVES ARE DOUBLE DISC - OPEN RIGHT - MJ

| QTY. | SIZE | | SELL PRICE (PER ANNUAL BID) |
|---|---|---|---|
| 10 | 3" | | |
| 20 | 6" | $195.00 | $1170.00 |
| 17 | 10" | $472.00 | $8,024.00 |
| 6 | 12" | $597.00 | $3,582.00 |
| 6 | 16" HORIZONTAL | $3,621.00 | $21,726.00 |
| 5 | 16" VERTICAL | $3,400.00 | $17,000.00 |
| 5 | 20" HORIZONTAL | $5,915.00 | $29,575.00 |
| 6 | 20" VERTICAL | $5,615.00 | $33,690.00 |
| 5 | 24" HORIZONTAL | $8,020.00 | $40,100.00 |
| 4 | 24" VERTICAL | $7,375.00 | $29,500.00 |
| 6 | 30" HORIZONTAL | $14,420.00 | $86,520.00 |
| 6 | 30" VERTICAL | $13,810.00 | $82,860.00 |
| 6 | 36" HORIZONTAL | $18,970.00 | $113,820.00 |
| 6 | 36" VERTICAL | $18,200.00 | $109,200.00 |

**Post-it® Fax Note** 7671 Date 2/28/03 # of pages ▶ 1
To: MARK MANECHE  From: TOM WALSTON
Co./Dept.:  Co.: CLOW VALVE CO.
Phone #: 410-244-7742  Phone #: 410-952-1650  Fax #: 410-420-0357

NOTE: THIS ORDER WAS GIVEN TO ME VERBALLY BY WALT. WHEN YOU HAVE THE ORDER ENTERED, COULD YOU PLEASE FAX A COPY TO WALT & HAVE HIM CONFIRM THE QUANTITIES & SIZES. ALSO, INCLUDE LEAD TIMES FOR HIM. THANKS. Tom Walston

CLOW-001