1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

---------------------------------x
                                  *
CLOW VALVE COMPANY,               *
                                  *
           Plaintiff              *
                                  *
    v.                            *   Case No.
                                  *
MAYOR AND CITY COUNCIL OF         *   JFM 02-CV-3136
                                  *
BALTIMORE CITY,                   *
                                  *
           Defendant              *
                                  *
---------------------------------x

COPY

Deposition of SHELLEY T. SHEPHERD

Baltimore, Maryland

Thursday, May 1, 2003

9:24 a.m.

Job No.: 1-15302

Pages: 1 - 73

Reported by: Marianne R. Hewitt



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

27

1      A.    Yes.

2      Q.    What is Exhibit 5?

3      A.    It's a faxed order from Tom Walston for the
4  City of Baltimore.

5      Q.    If you look where the phone number is it says
6  from our buddy Walt Blimline, is Walt your buddy?

7            MR. MANECHE:  Objection.

8            I'm going to object.  What's the relevance of
9  that question?

10           MR. JOHANSSON:  You can object, but she has
11 to answer.

12           MR. MANECHE:  You can answer it, it's a silly
13 question.

14           THE WITNESS:  I'd have to say no.

15 BY MR. JOHANSSON:

16     Q.    Do you know why Mr. Walston wrote that?

17     A.    No.

18     Q.    When you received this fax from Mr. Walston
19 what did you do?

20     A.    I called him.

21     Q.    You called who?

22     A.    Tom Walston.

28

1    Q.   And what did you say and what did he say?

2    A.   I confirmed that I received the faxed order,
3  and he asked how quickly we could get the valves out?

4    Q.   Okay. And what else did you say?

5    A.   I asked him if it was possible to change the
6  double disc to resilient wedge valves because they
7  would have a quicker lead time?

8    Q.   Okay. Was anything else said?

9    A.   He said he would call Walt and find out if
10 that was possible.

11   Q.   Okay. And when was -- and what did you do
12 after that?

13   A.   I waited for him to call me back.

14   Q.   Did he call you back?

15   A.   Yes.

16   Q.   And what did he say?

17   A.   He said Walt would accept resilient wedge
18 gate valves in lieu of double disc.

19       MR. MANECHE: Just to be clear, the "he"
20 you're talking about is Tom Walston.

21       THE WITNESS: Tom Walston.

22 BY MR. JOHANSSON:

29

1    Q.   And then what happened next?

2    A.   I took the order with the specifications to
3  our applications engineer to get part numbers made up.

4    Q.   Who's your parts engineer?

5    A.   Applications engineer.

6    Q.   Applications engineer.

7    A.   That would be George Ashman.

8         MR. JOHANSSON:  Can I have this marked as
9  Exhibit 6, please.

10        (Shepherd Deposition Exhibit Number 6 was
11 marked for identification and attached to the
12 transcript.)

13 BY MR. JOHANSSON:

14   Q.   And Exhibit 6 is a memo from you to George.

15   A.   Right.

16   Q.   And could you explain what these numbers are
17 and what this means, the three inch and 12 inch
18 mechanical joint double disc?

19   A.   Right, that's a request for part numbers.

20   Q.   And those are part numbers, the 261206 and so
21 on.

22   A.   Right.

30

1    Q.   Okay. So you asked George do we have these
2  parts in stock or what are you asking here exactly?
3    A.   I'm asking him to make new part numbers per
4  the Baltimore, Maryland specs.
5    Q.   As in manufacture them or --
6    A.   He makes up a part number that would tell
7  our manufacturing department what you or what the City
8  of Baltimore would require on their valves.
9    Q.   Okay.
10        MR. JOHANSSON:  Can I have this marked as
11  Exhibit 7, please.
12        (Shepherd Deposition Exhibit Number 7 was
13  marked for identification and attached to the
14  transcript.)
15  BY MR. JOHANSSON:
16    Q.   Exhibit 7 is a memo dated 9/17 from Ms.
17  Shepherd to George. Do you remember why you sent this
18  memo to George, Exhibit 7?
19    A.   I needed part numbers made up.
20    Q.   And you said -- it says here you want gearing
21  and barrel indicator.
22    A.   Yes.

DEPOSITION OF SHELLEY T. SHEPHERD
CONDUCTED ON THURSDAY, MAY 1, 2003

31

1    Q.   Where did you -- why did you want gearing and
2  barrel indicator?
3    A.   Because that's what Walt told Tom Walston he
4  wanted on the valves.
5    Q.   Did Walt, Mr. Blimline, tell you that or did
6  he call --
7    A.   No, he told Tom Walston that.
8    Q.   So after you wrote to George what did you do
9  next in terms of the order you had received from Tom
10 Walston?
11   A.   After which time, Exhibit 6 or Exhibit 7?
12   Q.   Let's go to Exhibit 6.
13   A.   After Exhibit 6 was when Tom Walston had
14 called me back and said that Walt said we could change
15 the double disc to resilient wedge valves.
16   Q.   All right.  So what did you do after that?
17   A.   I had to request new part numbers.
18   Q.   All right.  And so did you do that?
19   A.   Yes.
20   Q.   And then what did you do?
21   A.   I would have to wait for the part numbers to
22 be approved.

DEPOSITION OF SHELLEY T. SHEPHERD
CONDUCTED ON THURSDAY, MAY 1, 2003

32

1  Q. Okay. And did you do that?
2  A. Yes.
3  Q. And after they were approved then what did
4  you do after that?
5  A. I entered the order.
6  Q. And by entering the order what did you do to
7  enter the order?
8  A. I typed it in the computer.
9  Q. Okay. And what information goes in the
10 computer?
11 A. The customer number, the purchase order, the
12 shipped to address, and the item numbers, the
13 quantities.
14 Q. Okay. Once you do that what happens with
15 that information?
16 A. It gets processed in the system.
17 Q. And do you do anything else with it?
18 A. With the order in the system.
19 Q. With the order, right.
20 A. In the system, the computer system.
21 Q. Yes, the order you just entered.
22 A. In the system, no.

DEPOSITION OF SHELLEY T. SHEPHERD
CONDUCTED ON THURSDAY, MAY 1, 2003

33

1    Q.    Okay.  What do you do in terms of the order?

2    A.    In terms of the City of Baltimore order.

3    Q.    Yes.

4    A.    What did I do after it was processed in the
5 system?

6    Q.    Yes.

7    A.    It prints an order acknowledgement.

8    Q.    Okay.  And what did you do with that order
9 acknowledgement?

10   A.    I faxed it to Walt Blimline for his
11 signature.

12        MR. MANECHE:  Let me just be clear, you're
13 asking hypotheticals and she's giving you specific
14 answers as to what --

15        MR. JOHANSSON:  No, I'm asking about this
16 order --

17        MR. MANECHE:  Okay.

18        MR. JOHANSSON:  -- from Tom Walston.

19        MR. MANECHE:  You said what do you do?  As
20 opposed to what did you do?  And I wasn't clear whether
21 you're talking about hypothetical situations or --

22        MR. JOHANSSON:  No, I'm talking about this

DEPOSITION OF SHELLEY T. SHEPHERD
CONDUCTED ON THURSDAY, MAY 1, 2003

34

1  situation.
2          MR. MANECHE:  -- specifically this order.
3          MR. JOHANSSON:  This specifically what she
4  did with the order that we've been discussing from Tom
5  Walston.
6          MR. MANECHE:  Okay.
7  BY MR. JOHANSSON:
8      Q.   So you print the order or what was the word
9  you used for it?
10     A.   Order acknowledgement.
11     Q.   Order acknowledgement.  And you mentioned
12 Walt Blimline's name.  How long have you known Walt
13 Blimline?
14     A.   My first conversation with him was in
15 February of 2001.
16     Q.   And what did you talk to him about?
17     A.   He called me.
18     Q.   And why did he call you?
19     A.   To order valves.
20     Q.   And did he order valves?
21     A.   Not that time.
22     Q.   Why wasn't the order made?

35

1    A.  I can't remember.

2    Q.  When was the next time you talked to him?

3    A.  I didn't.

4    Q.  You haven't talked to him since February
5  2001.

6    A.  Not on the phone.

7    Q.  Not on the phone.  In what ways have you
8  communicated with him?

9    A.  Faxed correspondence.

10   Q.  Fax.  Any letters?

11   A.  No.

12   Q.  So when was the last time you corresponded
13  with Mr. Blimline?

14   A.  In September.

15   Q.  And was that in reference to the order from
16  Tom Walston we've been talking about?

17   A.  Yes.

18       MR. MANECHE:  September of 2001, correct?

19       THE WITNESS:  September of 2001.

20  BY MR. JOHANSSON:

21   Q.  And what did you fax Mr. Blimline at that
22  time?

36

1      A.   I faxed him, I believe, three times.

2      Q.   Okay. And do you remember what you faxed

3  him?

4      A.   One time was to remind him that I needed him

5  to sign my order acknowledgements and send them back

6  before I could proceed with the order process.

7           I faxed him questions, specific questions on

8  what he wanted for his valves.

9      Q.   Who else have you talked to at the City of

10 Baltimore?

11     A.   Nobody.

12     Q.   Mr. Blimline is the only person you have

13 spoken to --

14     A.   Yes.

15     Q.   -- in Baltimore City?

16          Have you had any other correspondence with

17 anyone else in Baltimore City?

18     A.   No.

19          (Discussion off the record.)

20          (Shepherd Deposition Exhibit Number 8 was

21 marked for identification and attached to the

22 transcript.)