

Clow Valve Company
902 South 2nd Street
Oskaloosa, IA 52577
Phone: 641-673-8611
Fax: 641-673-8269

GOD BLESS AMERICA

To: City of Baltimore
Attention: Walt Blimline
Date: 9/24

From: Shelley Terrell Ext. 228
Email: sterrell@clowvalve.com

# of pages: 3
Comments: Good Afternoon! Please sign off on 1st part of po# 179565 - Still waiting on part # approvals for 30" & 36" - should be able to generate an order by Wednesday. Return fax - 641-673-8269 Attn: Shelley. Thanks!

Shepherd
DEPOSITION EXHIBIT
NO. 9  5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

# CLOW VALVE COMPANY

| ORDER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 | Original | Yes | PPD TO DEST |

| CONTRACT/JOB NAME AND NUMBER | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | ENTERED BY |
|---|---|---|---|---|---|
| 179565 | 10-22-01 | 4103960906 | 10-15-01 | 913 | MRT |

| | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
|---|---|---|---|
| NEW ORDER | 09-24-01 | 1 | 223719 |

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SHIP TO:
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

**SPECIAL INSTRUCTIONS**

PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| POS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 10.0 | 263003305101O0 | CLOW FSCT RW 3" MJ OR NRS ON (867) | 630.0000 | 10-22-01 | 4 | 132.00 |
| 20 | 20.0 | 263006305101C0 | CLOW FSCT RW 6" MJ OR NRS ON (867) | 2720.0000 | 10-22-01 | 4 | 195.00 |
| 30 | 17.0 | 263010305101O0 | CLOW FSCT RW 10" MJ OR NRS ON (867) | 5984.0000 | 10-22-01 | 4 | 472.00 |
| 40 | 6.0 | 263012305101O0 | CLOW FSCT RW 12" MJ OR NRS ON (867) | 2880.0000 | 10-22-01 | 4 | 597.00 |
| 50 | 6.0 | 263016305101HC | CLOW FSCT RW 16" MJ OR NRS ON BGGC SP RTP BBL IND( 867)BALTIMORE | 7200.0000 | 11-12-01 | 4 | 3621.00 |
| 60 | 5.0 | 263016305101HD | CLOW FSCT RW 16" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 6000.0000 | 11-12-01 | 4 | 3400.00 |
| 70 | 5.0 | 263020305101HC | CLOW FSCT RW 20" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 9750.0000 | 11-12-01 | 4 | 5915.00 |
| 80 | 6.0 | 263020305101HD | CLOW FSCT RW 20" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11700.0000 | 11-12-01 | 4 | 5615.00 |
| 90 | 5.0 | 263024305101HC | CLOW FSCT RW 24" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 13750.0000 | 11-12-01 | 4 | 8020.00 |
| 100 | 4.0 | 263024305101HD | CLOW FSCT RW 24" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11000.0000 | 11-12-01 | 4 | 7375.00 |

| DER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 | Original | Yes | PPD TO DEST |

| CONTRACT/JOB NAME AND NUMBER | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | ENTERED BY |
|---|---|---|---|---|---|
| 179565 | 10-22-01 | 4103960906 | 10-15-01 | 913 | MRT |

# CLOW VALVE COMPANY

| | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
|---|---|---|---|
| NEW ORDER | 09-24-01 | 2 | 223719 |

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SHIP TO:
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| OS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | | sign* Walt Blimline | | | | |
| | | | Goods 188417.00 | Total Weight 71614.0000 | | | Total usd 188417.00 |