1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

CLOW VALVE COMPANY        :

      Plaintiff        :

v.                        : JFM 02-3136

MAYOR AND CITY COUNCIL    :

OF BALTIMORE CITY         :

      Defendant        :

-----------

Telephone 30(b)(6) Deposition of CLOW VALVE COMPANY

By and through its designee JERRY BOTTENFIELD

Baltimore, Maryland

Tuesday, April 29, 2003

2:55 p.m.

Job No: 1-16023

Pages: 1 - 61

Reported by:  Dawn M. Hart, RPR-RMR, Notary Public



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

30

1   A   That's correct.

2   Q   Which means it's either going to have X
3   number of turns, depending upon the first gear
4   actuator, or Y number of turns because of the second
5   gear actuator?

6   A   Correct.

7   Q   Are you familiar with Baltimore's
8   specifications for its valves?

9   A   Yes.

10  Q   And are you familiar with the number of
11  turns that Baltimore City has spec'd for its valves?

12  A   I don't recall it, no.

13  Q   Are there other municipalities that use
14  the same number of turn specifications as Baltimore
15  City?

16  A   I don't recall.

17  Q   Do you know whether any don't use
18  Baltimore City specifications for number of turns?

19  A   Yes.

20  Q   And who do you know that doesn't use
21  Baltimore City specifications?

22  A   Most of our specifications do not specify

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

31

1  number of turns.  However, they will request to know
2  how many turns.
3      Q    And there are only two different sets of
4  number of turns; is that right?
5      A    That's correct.
6      Q    So if it doesn't have one, it will have
7  the other --
8      A    That's correct.
9      Q    -- number of turns?
10          Are you familiar with right-opening
11 valves?
12     A    Yes.
13     Q    What percentage of valves that you
14 manufacture open right?
15     A    Do not know.
16     Q    Do you know if it's 50 percent?
17     A    Well, it's very low.
18     Q    What's very low?  Like ten percent?
19     A    Or less.
20     Q    Ten percent or less?
21     A    Yes.
22     Q    Most of the valves open left?

43

1       MR. JOHANSSON:  Well, I'm just trying to
2  see what he knows.
3  BY MR. JOHANSSON:
4       Q    Do you ship valves without epoxy coatings?
5       A    Yes.
6       Q    Let's talk about the difference between
7  horizontal and vertical.  When we were speaking of
8  valves earlier, would everything be the same for
9  horizontal and vertical valves as far as changing it
10 from left-opening to right-opening?
11      A    I believe that's true.
12      Q    I think what I was asking is, is there any
13 difference if you have a horizontal valve or a
14 vertical valve in regards to changing it from left-
15 opening to right-opening?
16      A    No.
17      Q    So it doesn't matter if you have a
18 horizontal or vertical valve.  Either one could be
19 changed by the same procedure from left-opening to
20 right-opening?
21      A    Yes.
22      Q    Do valves -- can they be damaged from

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

44

1  outside exposure, for example, sitting outside?
2     A    Yes, they can.
3     Q    And how can they be damaged?
4     A    Coatings can fade due to exposure to
5  sunlight or any UV attack.
6     Q    And what kind of coating, epoxy coating or
7  the basic coating?
8     A    Epoxy coating has a tendency to fade under
9  UV attack.  Fasteners can rust when exposed to the
10 elements for long periods of time.
11    Q    Anything else?
12    A    Not that comes to mind.
13    Q    What's a fastener?
14    A    In northern climates for some reason water
15 trapped in the valve could be allowed to freeze and
16 damage the valve component.
17    Q    You mentioned a fastener.  What's a
18 fastener?
19    A    Nut and bolt.
20    Q    Oh, nut and bolt.  Does Clow manufacture
21 its own parts for the valves?
22    A    Some, yes.

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

53

1    Q    What are most valve orders in that size
2    today?
3    A    Pardon?
4    Q    What is the most common type of valve
5    ordered in the 30- to 36-inch range at Clow today?
6    A    I believe it's the 36.
7    Q    No, I'm talking about what type of valve.
8    The resilient seat, double disk?
9    A    Oh, may I clarify?  By orders, you mean
10   nationwide or per Clow?
11   Q    Per Clow.
12   A    The double disk.  We do not make resilient
13   seated gate valves in 30- and 36-inch size.
14   Q    Is that also true to your knowledge for
15   non-Clow valve orders?
16   A    No, it's not.
17   Q    Why is that?
18   A    There are people, manufactures who make
19   30- and 36-inch resilient seated gate valves.
20   Q    Is it fair to say one or the other is the
21   prevailing standard?
22   A    Industry-wide?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

54

1     Q    Yes.

2     A    Yes.

3     Q    Which one?

4     A    Industry-wide is moving towards the
5  resilient seated gate valve.

6     Q    Is it fair to say that double disks valves
7  in that size, 30- and 36-inch, if they are not
8  already obsolete, are becoming obsolete?

9     A    Yes.

10          MR. MANECHE:  That's all I have.  Thank
11 you.

12          MR. JOHANSSON:  I have a few more
13 questions.

14      FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

15 BY MR. JOHANSSON:

16     Q    You mentioned to Mr. Maneche that you
17 would, that you have reassembled and tested valves
18 before; is that right?

19     A    Yes.

20     Q    Under what circumstances have you done
21 that?

22     A    Where we have -- oh, if there is, if a