1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

---------------------------------x
                                 *
CLOW VALVE COMPANY,              *
                                 *     COPY
       Plaintiff                 *
                                 *
   v.                            *   Case No.
                                 *
MAYOR AND CITY COUNCIL OF        *   JFM 02-CV-3136
                                 *
BALTIMORE CITY,                  *
                                 *
       Defendant                 *
                                 *
---------------------------------x

Deposition of MICHAEL H. VORE

Baltimore, Maryland

Thursday, May 1, 2003

10:50 a.m.

Job No.: 1-15302

Pages: 1 - 138

Reported by: Marianne R. Hewitt


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

112

1  that conversation at that point in time.  That was the
2  first that I remember hearing of this ordeal.
3          The conversation with Walt was that he had --
4  that we had shipped these valves, he had never ordered
5  them, Tom Walston was a liar, he was no longer welcome
6  in his office, that type of a conversation.
7          Towards the end of the conversation it was
8  decided that I needed to fly to Baltimore to discuss
9  this further.
10         And my request to Walt Blimline was that I
11 come to his office, bring Tom Walston to his office,
12 but I also wanted his supervisor there at the same time
13 so that we could hopefully get this settled.  And that
14 was pretty much the conversation.
15      Q.   And you flew out there.
16      A.   I did.
17      Q.   And what happened?
18      A.   Tom Walston and I went to Walt Blimline's
19 office.  We were invited in, Walt apologized that Mr.
20 Warren Williams could not be at the meeting, that he
21 was in the hospital with some sort of an emergency
22 surgery that had to be performed.  And that there just

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

113

1 really much we could get accomplished.

2     Q. So that was the meeting.

3     A. Well, I think I said, you know, it would have
4 been nice if someone would have called me before I flew
5 all the way out here so that we didn't have to play,
6 you know, this type of a game.

7     And that this was extremely important that we
8 get this handled, and that was pretty much the meeting
9 right there.

10     Q. Did you have any other conversations with
11 anyone from the City, including Mr. Blimline, after
12 that or any other meetings?

13     A. Yes. On several occasions after I got back
14 to Iowa from that meeting in February with Mr. Blimline
15 I tried to call Warren Williams and never was able to
16 catch him at his office, and never got a return phone
17 call back.

18     So finally because of my schedule I turned
19 the situation over to Randy Malloy to continue to try
20 and make contact with Mr. Williams.

21     He finally did catch up with him, we got a
22 meeting scheduled and that was sometime in April that

118

1    A.   I have not.

2    Q.   Does Clow Valve sell used valves?

3    A.   No, sir.

4    Q.   Does Clow Valve sell valves that are no
5 longer new but never been used?

6         MR. MANECHE:  I'm going to object.

7         But you can answer, if you know.

8         THE WITNESS:  Define new.

9 BY MR. ANBINDER:

10   Q.   Well, the City of Baltimore, if the City of
11 Baltimore were holding a large number of valves that
12 had not been used, Clow valves, in fact, that had not
13 been used that it received on or about September of
14 2001, would Clow Valve be able to use them if it -- if
15 the valves were returned to Clow?

16        MR. MANECHE:  Would Clow Valve be able to use
17 them?

18        MR. ANBINDER:  Re-sell them, re-sell them.

19        MR. MANECHE:  Re-sell them.  Objection.

20        You can answer.

21        THE WITNESS:  On the valve casting there is a
22 date that's on that valve and it's a year, it's not a

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

119

1   month and day, it's just the year of manufacture of
2   that valve.
3           Once that valve reaches a certain point,
4   which is typically two years from the date of that cast
5   mark, it's not a product that we can sell.  We have
6   customers that send them back to us if they get valves
7   that are more than two years old.
8   BY MR. ANBINDER:
9       Q.   And do you know why that is, is there a
10  problem with them?
11      A.   No, there's not a problem with them.  It's
12  just that they feel that they want to buy valves that
13  were manufactured in the year that they purchased them.
14      Q.   Do you have knowledge of whether any of your
15  customers, government or otherwise, use valves that
16  open to the right?
17      A.   Yes, I have that knowledge.
18      Q.   Okay.  Could you tell me whether any of your
19  customers do use such valves?
20      A.   Yes.
21      Q.   Is there anything, age aside, with respect to
22  the valves that the City currently has but has not paid

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

120

1  for, do you believe that any of your customers would be
2  able to use them?
3          MR. MANECHE:  Objection.
4          You're asking would they be able to use them?
5  BY MR. ANBINDER:
6      Q.  Well, the City specifications require them
7  among other things to open to the right; is that
8  correct?
9      A.  The Baltimore City specifications.
10     Q.  Yes.
11     A.  Yes.
12     Q.  And you say that other of your customers use
13 valves that open to the right, correct?
14     A.  Yes.
15     Q.  My question is could the City valves be
16 re-sold, if returned to Clow be re-sold by Clow to
17 those other customers?
18         MR. MANECHE:  Are we pointing aside the point
19 that Mr. Vore just made that nobody would buy them
20 given their age?
21         MR. ANBINDER:  No, let's not put that aside.
22 Despite the fact that they were marked, I assume, 2001.

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

                                                              121

1      MR. MANECHE:  I guess I'm going to object
2  because I don't understand the question.
3      But if you do, you can answer it.
4      THE WITNESS:  Well, I'm not sure.
5  BY MR. ANBINDER:
6      Q.  Is there any re-sale value as far as Clow
7  Valve is concerned of the valves currently in
8  possession of the City?
9      MR. MANECHE:  Objection.
10     That's just too broad.  There's valves
11 running from three inch to 46, I think it varies.
12     MR. ANBINDER:  That's correct.
13 BY MR. ANBINDER:
14     Q.  Well, that's correct.  They vary from three
15 inches to 36 inches and if your answer is different for
16 the different valves, please say so.
17     MR. MANECHE:  Objection.
18     But you may answer.
19     THE WITNESS:  The three inch through 12-inch
20 valves if they were within that two-year time frame, if
21 they were in salable shape depending on how they've
22 been stored and everything else that goes along with

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

122

1  that, would probably be re-salable.

2  They are not that far from what we sell to

3  our other customers that buy open ranked valves.

4  The 16 inch through 24 inch, some of those

5  valves would have to -- would not be re-salable in the

6  condition that they're in because of the specification

7  requirements of the City of Baltimore.

8  Others in that grouping, 16 inch through 24

9  inch, would still require some sort of modification.

10 BY MR. ANBINDER:

11   Q.   Is there a correct way, if you know, a

12 correct way to store a valve that is being kept above

13 ground?  Correct meaning to minimize damage.

14   A.   We store all of ours indoors.

15   Q.   If they're kept outside then they'd be shrink

16 wrapped.

17   A.   That would be --

18   Q.   Advisable.

19   A.   Yeah.  I mean you have to protect them from

20 the sun.

21   Q.   Okay.  Do you happen to remember the -- I

22 know you don't micromanage.  Do you recall the last

132

1        EXAMINATION BY COUNSEL FOR THE PLAINTIFF

2   BY MR. MANECHE:

3        Q.   Besides the City of Baltimore has any

4   municipality ever placed an order with Clow Valve in

5   excess of a corresponding purchase order?

6        A.   Yes.

7        Q.   Can you give me an example of a municipality

8   that's done that besides Baltimore City?

9        A.   Yes.  Los Angeles Department of Water and

10  Power has on a fairly consistent basis where they will

11  issue what they believed to be a blanket order and then

12  over the course of the year of ordering what it is that

13  they need they will exceed that amount.

14            And it typically causes some delay in us

15  getting paid for any invoices over that amount but

16  through the course of working back through their

17  accounts payable department they're able to allocate

18  more money into that fund and get us taken care of.

19       Q.   And is it then fair to say that it's not

20  unusual for Clow Valve to receive an order from a

21  municipality that is in excess of a corresponding

22  purchase order?

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

133

1    A.   I would say that to be correct, it's not
2  unusual.  You know, we do not go back and check the
3  amounts and verify that we're approaching a sealing or
4  going beyond the sealing of the purchase order, it has
5  just never been an issue before.
6    Q.   In response to Mr. Anbinder's questions about
7  the re-salability as it were of the valves that are at
8  the -- that are in Baltimore City's possession right
9  now you answered with respect to the valves three inch
10 through 24, but you didn't answer the question as to
11 the re-salability of the 30 and 36-inch valves that
12 Baltimore City ordered.
13      Could you address that aspect of Mr.
14 Anbinder's question?
15   A.   Certainly the 30 and 36-inch valves become
16 increasingly difficult to sell.  We do sell 30 and
17 36-inch valves but for the most part they are butterfly
18 valves that we sell, and they're not a double disc gate
19 valve.
20      As time goes on it becomes even more
21 difficult to sell these because two of our competitors
22 are in the marketplace right now selling resilient

DEPOSITION OF MICHAEL H. VORE
CONDUCTED ON THURSDAY, MAY 1, 2003

134

1  wedge valves, which is the preferred product of most
2  customers instead of a double disc gate valve.
3          And as those two competitors get around and
4  see more and more people we lose more and more of our
5  double disc gate valve business.  As a matter of fact,
6  Clow is in the process and should be within the next 60
7  days on the market with their own 30 and 36-inch RW.
8          MR. MANECHE:  Thank you, that's all I have.
9          MR. ANBINDER:  Okay, thank you.
10         MR. MANECHE:  We'll read and sign.
11         (Signature having not been waived, the
12  deposition of MICHAEL H. VORE was concluded at 2:57
13  p.m.)
14
15
16
17
18
19
20
21
22