IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CLOW VALVE COMPANY, | ) |
|     Plaintiff | ) ) ) |
| v. | ) )   Case No. JFM 02-3136 |
| MAYOR and CITY COUNCIL OF BALTIMORE CITY | ) ) ) ) |
|     Defendants. | ) |

COUNTY OF MAHASKA

STATE OF IOWA

### AFFIDAVIT OF RANDY L. MALLOY

Randy L. Malloy, having been duly sworn, states the following:

1.  I am over the age of 21 years and I make this Affidavit based on my own personal knowledge.

2.  I am the Credit Manager for Clow Valve Company ("Clow Valve") in Oskaloosa, Iowa and I am familiar with the facts relevant to this lawsuit.

3.  I have reviewed the 18 invoices generated as a result of the September 7, 2001 order placed by Walt Blimline of the City of Baltimore ("the City"). The Clow Valves listed on those 18 invoices were delivered to the City by three trucking companies unaffiliated with Clow Valve (TMC Transportation, Paul Kuhn Co., and D.R.S. Transport) in at least 15 separate shipments over the course of two-and-a-half months between October and mid-December, 2001.

4.  The only information Clow Valve provided to each of the trucking companies regarding where to deliver the valves that the City had ordered was what is set forth on the

invoices themselves – Walt Blimline's name, his office address (on Fulton Avenue in Baltimore), his telephone number, and instructions to call Walt Blimline 24 hours prior to delivery. Clow Valve never instructed any of the trucking companies to deliver the City's valves to the Department of Public Works yard on Washington Boulevard in Baltimore. Indeed, at least initially, Clow Valve did not even know that this is where the City would be receiving and storing the valves.

5. I have calculated the actual freight costs associated with the delivery of the Clow Valves that the City ordered on September 7, 2001, as set forth in the attached Exhibit 1. Those costs total $14,133.42.

6. I have also calculated the materials, manufacturing, delivery and associated costs that Clow Valve would incurred (based on 2002 cost data) if it had received in 2002 an order identical to the one that Walt Blimline placed on September 7, 2001. That calculation is set forth in the attached Exhibit 2. The actual costs that Clow Valve incurred in 2001 in manufacturing and delivering those same valves to the City would have been approximately 2% less than the $402,020.38 total listed in Exhibit 2.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

                                                                    Randy L. Malloy

Sworn to and subscribed before me this 29th day of May, 2003.

NOTARY PUBLIC
[SEAL]

My commission expires:



BRENDA NETTEN
MY COMMISSION EXPIRES
June 22, 2004

2

**CITY OF BALTIMORE FREIGHT COSTS**

| DATE | INVOICE | FREIGHT COST |
|---|---|---|
| 9/27/2001 | 98105971 | 318.57 |
| 10/1/2001 | 98106249 | 338.44 |
| 10/15/2001 | 98107571 | 276.20 |
| 10/30/2001 | 98109019 | 641.27 |
| 11/2/2001 | 98109490 | 259.97 |
| 11/5/2001 | 98109649 | 1209.13 |
| 11/9/2001 | 98110115 | 827.54 |
| 11/12/2001 | 98110203 | 534.52 |
| 11/21/2001 | 98110922 | 911.37 |
| 11/26/2001 | 98111131 | 1084.55 |
| 11/28/2001 | 98111312 | 1169.76 |
| 12/5/2001 | 98111960 | 1025.09 |
| 12/7/2001 | 98112225 | 538.74 |
| 12/10/2001 | 98112335 | 1040.77 |
| 12/12/2001 | 98112551 | 1083.03 |
| 12/13/2001 | 98112655 | 1119.44 |
| 12/14/2001 | 98112767 | 1170.15 |
| 12/17/2001 | 98112867 | 584.88 |

**TOTAL $ 14,133.42**

EXHIBIT 1

**CITY OF BALTIMORE**

| DATE | INVOICE | INVOICE AMOUNT | STANDARD COST | PROFIT |
|---|---|---|---|---|
| 9/27/2001 | 98105971 | 4,054.00 | 2,187.98 | 1,866.02 |
| 10/1/2001 | 98106249 | 7,552.00 | 3,864.48 | 3,687.52 |
| 10/15/2001 | 98107571 | 5,220.00 | 2,559.20 | 2,660.80 |
| 10/30/2001 | 98109019 | 21,726.00 | 15,081.48 | 6,644.52 |
| 11/2/2001 | 98109490 | 17,000.00 | 12,567.30 | 4,432.70 |
| 11/5/2001 | 98109649 | 63,760.00 | 30,196.75 | 33,563.25 |
| 11/9/2001 | 98110115 | 39,605.00 | 20,526.57 | 19,078.43 |
| 11/12/2001 | 98110203 | 29,500.00 | 13,978.88 | 15,521.12 |
| 11/21/2001 | 98110922 | 57,680.00 | 41,842.92 | 15,837.08 |
| 11/26/2001 | 98111131 | 56,460.00 | 41,205.86 | 15,254.14 |
| 11/28/2001 | 98111312 | 55,240.00 | 40,568.80 | 14,671.20 |
| 12/05/01 | 98111960 | 36,400.00 | 28,892.42 | 7,507.58 |
| 12/07/01 | 98112225 | 18,200.00 | 14,446.21 | 3,753.79 |
| 12/10/2001 | 98112335 | 37,940.00 | 30,254.30 | 7,685.70 |
| 12/12/2001 | 98112551 | 37,940.00 | 30,254.30 | 7,685.70 |
| 12/13/2001 | 98112655 | 37,940.00 | 30,254.30 | 7,685.70 |
| 12/14/2001 | 98112767 | 36,400.00 | 28,892.42 | 7,507.58 |
| 12/17/2001 | 98112867 | 18,200.00 | 14,446.21 | 3,753.79 |
|  | **TOTAL** | **$580,817.00** | **$ 402,020.38** | **$178,796.62** |

EXHIBIT 2