# CLOW VALVE COMPANY

INVOICE NO. 98105971
PAGE 1

**SOLD TO:**
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

**SHIP TO:**
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

| CUSTOMER P.O. NO. | SALES ORDER NO. | ORDER DATE | SALES REP. | DESTINATION | INVOICE DATE | COMPANY NAME | CUSTOMER NO. |
|---|---|---|---|---|---|---|---|
| 179565 | 223719 | 09-24-01 | 913 | | 09-27-01 | Clow Valve Company | 136000 |

| DELIVERY DATE | CONTRACT / JOB NAME | ENTERED BY | TRACER NO. | FORWARDING AGENT | TERMS OF DELIVERY |
|---|---|---|---|---|---|
| 09-27-01 | 179565 | MRT | | TMC | PPD to DES |

| POS. | QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY | | |
| | | | 410-396-0906 | | |
| 30 | 1.0000 | 26301030510100 | CLOW FSCT RW 10" MJ OR NRS ON (867) | 472.00 | 472.00 |
| 40 | 6.0000 | 26301230510100 | CLOW FSCT RW 12" MJ OR NRS ON (867) | 597.00 | 3582.00 |

**ALL SALES ARE SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, INCLUDING WARRANTY, DISCLAIMER AND LIMITATION OF REMEDIES.**

NOTE: IF QUANTITY SHIPPED IS LESS THAN QUANTITY ORDERED BALANCE WILL FOLLOW

Less 2% if paid on or before 10-15-2001
Deduct Cash Discount     81.08

**TOTAL AMOUNT $ 4054.00**

Remit to Clow Valve Company
P.O. Box 91544
Chicago, IL 60693

CLOW VALVE COMPANY HEREBY CERTIFIES THAT THE GOODS REFERRED TO HEREIN WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.



Clow Valve
Oskaloosa, IA 52577

Packing Slip

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

Delivery Address
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

Maryland

| Pos. | Item Description | Ordered | Delivered Qty | Unit | Back Order | Weight | |
|---|---|---|---|---|---|---|---|

Order Origin   : Sales Order
Order No.      : 223719
Transport Order : L/114278    Trace Number : tmc#4686 on 9-27-2001
Terms Of Del.  : S01 PPD to DEST.
Tel No.        : 4103960906
Cust PO #      : 179565

Header Text
PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY

| 30 | 26301030510100 | 17.0000 | 1.0000 | ea | 16.0000 | 352.0000 | [lb] |
|    | CLOW FSCT RW 10" MJ OR NRS ON (867) | | | | | | |
| 40 | 26301230510100 | 6.0000 | 6.0000 | ea | 0.0000 | 2880.0000 | [lb] |
|    | CLOW FSCT RW 12" MJ OR NRS ON (867) | | | | | | |

Total Weight   3232.0000  [lb]

Terms Of Del.
PPD TO DEST