

**Clow Valve Company**
902 South 2nd Street
Oskaloosa, IA 52577
Phone: 641-673-8611
Fax: 641-673-8269

To: City of Baltimore
Attention: Walt Blimline
Date: 12/20

From: Shelley Terrell Ext. 228
Email: sterrell@clowvalve.com
# of pages: 4
Comments:

Here is the copy of the order faxed to me and the copies of the order you signed off on.

Thanks,
Shelley

EXHIBIT 6
Blimline
4-2-03   mb

SEP-26-2001 WED 10:32 AM CLOW VALVE CO          FAX NO. 6416738269              P. 4

| DER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|
| 09-21-01 | 100 | | 136000 | 179565 | Original | | Yes | |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | | ENTERED BY |
| 179565 | | | 10-22-01 | 4103960906 | 10-15-01 | 9-3 | | MPT |

CURRENT DATE | PAGE NO. | SALES ORDER NO.
09-24-01 | 1 | 22719

# CLOW VALVE COMPANY

NEW ORDER

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

PLEASE CONTACT WALT SLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| DB | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | W/H/S | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 10.0 | 263003305101010 | CLOW FSCT RW 3" MJ OR MRS ON (867) | 830.0000 | 10-22-01 | 4 | 82.00 |
| 20 | 20.0 | 263006305101010 | CLOW FSCT RW 6" MJ OR MRS ON (867) | 2720.0000 | 10-22-01 | 4 | 95.00 |
| 30 | 17.0 | 263010305101010 | CLOW FSCT RW 10" MJ OR MRS ON (867) | 5684.0000 | 10-22-01 | 4 | 172.00 |
| 40 | 6.0 | 263012305101010 | CLOW FSCT RW 12" MJ OR MRS ON (867) | 2880.0000 | 10-22-01 | 4 | 197.00 |
| 50 | 6.0 | 263016305101HD | CLOW FSCT RW 16" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 7200.0000 | 11-12-01 | 4 | 521.00 |
| 60 | 5.0 | 263016305101HD | CLOW FSCT RW 16" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 6000.0000 | 11-12-01 | 4 | 600.00 |
| 70 | 5.0 | 263020305101HD | CLOW FSCT RW 20" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 9750.0000 | 11-12-01 | 4 | 913.00 |
| 80 | 6.0 | 263020305101HD | CLOW FSCT RW 20" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 11700.0000 | 11-12-01 | 4 | 615.00 |
| 90 | 5.0 | 263024305101HD | CLOW FSCT RW 24" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 13750.0000 | 11-12-01 | 4 | 920.00 |
| 100 | 4.0 | 263024305101HD | CLOW FSCT RW 24" MJ OR MRS ON SGCC SP RTP BEL IND (867)BALTIMORE | 11000.0000 | 11-12-01 | 4 | 1375.00 |

DEC-20-2001 THU 02:33 PM CLOW VALVE CO          FAX NO. 6416738269          P. 04

SEP-26-2001 WED 10:32 AM CLOW VALVE CO          FAX NO. 6416738269          P. 05

| ER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | DESTINATION | TAX | TERMS | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 Original | | | Yes | | |

| CONTRACT/JOB NAME AND NUMBER | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP | | ENTERED BY |
|---|---|---|---|---|---|---|
| 179565 | 10-23-01 | 4103960906 | 10-15-01 | 913 | | MRT |

| | | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
|---|---|---|---|---|
| NEW ORDER | | 09-24-01 | 2 | 277719 |

## CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

PLEASE CONTACT WALT SLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| OS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|

sign* *[signature]*

| | | | Goods 188417.00 | Total Weight 71876.0000 | | | Total Net 188417.00 |

DEC-20-2001 THU 02:33 PM CLOW VALVE CO                FAX NO. 6416738269                P. 05

SEP-26-2001 WED 10:31 AM CLOW VALVE CO                FAX NO. 6416738269                P. 02

| ORDER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|
| 09-26-01 | 100 | | 136000 | 179565 1Original | | Yes | PPD 10 DAYS |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | ENTERED BY |
| 179565 | | | 12-19-01 | 4103960905 | 12-19-01 | 913 | MPT |
| | | | | | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
| | | | | NEW ORDER | 09-26-01 | 1 | 22806 |

# CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

| OP. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | W/C | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 6.0 | 2612303051O1HE | GV CLOW 30" MJ OR NRS ON BCCC SP 8TH EP RTS BBL IND D RTP E.C.(INT & EXT) | 33280.0000 | 12-19-01 | 4 | 16000.00 |
| 20 | 6.0 | 2612303051O1HF | GV CLOW 30" MJ OR NRS ON SCCC SP S/BP BBL IND RTP E.C.(INT & EXT) | 33840.0000 | 12-19-01 | 4 | 13000.00 |
| 30 | 6.0 | 2612363051O1HE | GV CLOW 36" FLG CR NRS ON BCCC S/BP RTS BBL IND RT F E.C.(INT & EXT)BALTIMORE | 58260.0000 | 12-19-01 | 4 | 16700.00 |
| 40 | 6.0 | 2612363051O1HF | GV CLOW 36" MJ OR NRS ON SCCC SP SIDE SP BBL IND R TP E.C.(INT & EXT)BALTIMORE | 55500.0000 | 12-19-01 | 4 | 18000.00 |

Sign X  /s/ [signature]

| | Goods | | | Total Weight | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | 393480.00 | | | 185820.0000 | | | 392400.00 |