1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

(Northern Division)

| | | |
|---|---|---|
| CLOW VALVE COMPANY | : | |
| Plaintiff | : | |
| v. | : | JFM 02-3136 |
| MAYOR AND CITY COUNCIL | : | |
| OF BALTIMORE CITY | : | |
| Defendant | : | |

----------

Telephone Deposition of JILL FERGUSON

Baltimore, Maryland

Tuesday, April 29, 2003

2:25 p.m.

Job No:   1-16023

Pages: 1 - 26

Reported by:   Dawn M. Hart, RPR-RMR, Notary Public



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

18

1   the invoice amount exceeds the purchase order
2   amount?
3       A   No, I would not know that.
4       Q   Are you familiar with the ordering
5   process, or how --
6       A   No.
7       Q   -- a customer would order valves if they
8   wanted valves?
9           MR. MANECHE:  Objection.
10          Go ahead.
11      A   No, I have no idea.
12      Q   Who have you spoken with at Baltimore City
13  in regards to these valves?
14      A   I spoke to -- Walt Blimline and Kathy
15  Smith were the only two contacts that I had with
16  Baltimore.
17      Q   Do you remember when you spoke to them?
18      A   I believe the first time that I spoke to
19  Walt was November 6th of 2001.
20      Q   And was that a phone conversation?
21      A   Yes, it was.  I asked Walt on the status
22  of an invoice.

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

19

1   Q   Did you call Walt?

2   A   Yes, I did.

3   Q   What were you asking about about the
4   status of the invoice?

5   A   Just wondering when it was set up for
6   payment because it had become past-due. Randy gave
7   it to me to call him on.

8   Q   And what did you say and what did he say?

9   A   I just asked for accounts payable, and I
10  got him. And I asked him on the status of a
11  particular invoice, and he wanted me to fax him a
12  copy, which I did.

13  Q   A copy?

14  A   Of the invoice, the material that was
15  shipped.

16  Q   Did you say anything else to him?

17  A   No.

18  Q   When was the next time you talked to
19  Walter Blimline?

20  A   I believe it was November 30th.

21  Q   And what was that in regards to?

22  A   Well, I hadn't heard anything from his

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

20

1  response on November 6th so I called on the status

2  of some invoices.  And his response was, I believe

3  he was going through some payables, accounts

4  payables and that he would let me know on

5  December 3rd.  He would call me back on

6  December 3rd.

7       Q    And did he say he was going to pay for

8  these invoices?

9       A    All he said was that he was going through

10 the payables.  He would check them out and he would

11 call me back on December 3rd.

12      Q    What phone number did you dial?

13      A    On the top -- I don't have it in front of

14 me, but it's on the top of our statement.

15           MR. MANECHE:  Miss Ferguson, hold on a

16 minute.

17           I'm going to object to the question

18 because I don't think it refers to any particular

19 phone call, but let's go ahead and answer the

20 question to the extent you understand it.

21           THE WITNESS:  Okay.

22           MR. JOHNASSON:  I'll rephrase it.

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

21

1    Q    On November 30th do you remember what
2    phone number you dialed?
3    A    No, I don't.
4    Q    On November 6th do you know what phone
5    number you dialed?
6    A    No, not right offhand.
7    Q    And at the November 30th conversation
8    Walter said he would get back to you?
9    A    Yes.
10   Q    And when was the next time you talked to
11   him?
12   A    I called back -- the next time that I
13   talked to him I believe was -- him personally?
14   Q    Yes.
15   A    -- was December 10th.
16   Q    And what did you say and what did he say
17   during that conversation?
18   A    Well, Walt said that he had set up the
19   payment, the payment had been set up for the
20   invoices, or it had been issued, I believe.
21   Q    What invoices are we talking about?
22   A    All the past-due invoices is what I

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

22

1   assumed.  I don't know, the ones that I had faxed
2   him previously.
3       Q    How many past-due invoices had you faxed
4   him?
5       A    I don't know the correct number right
6   offhand.
7       Q    Do you remember the amount of money that
8   those invoices totaled?
9       A    No.
10          MR. MANECHE:  This is all to be found in
11  documents we produced.
12          MR. JOHNASSON:  (Nods head.)
13      Q    Was anything else said on that
14  conversation?
15      A    No.
16      Q    And when was the next time you talked to
17  Mr. Blimline?
18      A    Seven days later, or December 17th.  I
19  hadn't received payment yet so -- I didn't talk to
20  Walt, I did talk to Kathy Smith.
21      Q    Did you ever talk to Walt any other time?
22      A    Only one other time, on December 28th.  I

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

23

1  just called him on the status and that is, that's
2  all that was said.
3       Q    And do you remember what he said?
4       A    No, I don't.
5       Q    Do you remember what you said?
6       A    Just called him on the status of some of
7  the invoices.
8       Q    Did Mr. Blimline ever call you?
9       A    Just on December 10th to tell me that the
10 payment had been issued.
11      Q    You said you also spoke to Kathy Smith.
12 When did you talk to her?
13      A    I talked to Kathy on -- I'm trying to
14 think.  I think it was December 7th.  She wanted me
15 to fax her all of the past-due invoices, and I also
16 faxed her the proof of delivery.
17      Q    That was all on December 7th?
18      A    Correct.
19      Q    Did you talk to her at any other time?
20      A    Yes, I did.  On December 17th, when I
21 hadn't received payment, I spoke to her again, Kathy
22 Smith, and she again wanted me to fax her all the

TELEPHONE DEPOSITION OF JILL FERGUSON
CONDUCTED ON TUESDAY, APRIL 29, 2003

24

1   past-due invoices and proof of delivery for all
2   those invoices, which I did.
3       Q   Were you refaxing the same information you
4   faxed on December 7th?
5       A   Yes.
6       Q   Did you talk to her after that?
7       A   No.
8       Q   So you spoke with her twice?
9       A   Correct.
10      Q   And you called her both times?
11      A   Yes.
12      Q   Did you send any other faxes besides the
13  ones you mentioned to Baltimore City?
14      A   That's all that I sent was all the
15  invoices and the proof of deliveries when they
16  requested them.
17      Q   Did you send any letters to Baltimore City
18  at any time?
19      A   No.
20      Q   And you said you documented every time you
21  spoke with Baltimore City?
22      A   Yes.