```
                                                            1

 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3                   (Northern Division)

 4

 5      -------------------------------x
                                       *
 6      CLOW VALVE COMPANY,            *
                                       *         COPY
 7                  Plaintiff          *
                                       *
 8           v.                        *    Case No.
                                       *
 9      MAYOR AND CITY COUNCIL OF      *    JFM 02-CV-3136
                                       *
10      BALTIMORE CITY,                *
                                       *
11                  Defendant          *
                                       *
12      -------------------------------x

13

14              Deposition of RANDY L. MALLOY

15                   Baltimore, Maryland

16                  Thursday, May 1, 2003

17                        3:02 p.m.

18

19

20      Job No.:  1-15302

21      Pages:   1 - 31

22      Reported by:  Marianne R. Hewitt
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

1  A. That's correct.

2  Q. Do you recall when those conversations

3  occurred and specifically what Mr. Blimline said to

4  give you that impression?

5  A. Well, Mr. Blimline first told Jill Ferguson

6  on November 10th that payment had been issued, which we

7  did not receive.

8       He next stated to me on January 24th that he

9  had done all his paperwork and sent it to his buyer for

10 his approval, and then it would go to finance and said

11 it would take about a week before we'd receive our

12 payment.

13 Q. This was in January --

14 A. Of 2002.

15 Q. January 24th, 2002.

16 A. Um-hum.

17 Q. Okay.

18 A. I also spoke with him on January 30th of

19 2002, he reiterated again that he had mailed his -- he

20 had done his part and sent it to purchasing, and we

21 will be getting paid.

22 Q. Now, at some point after that you testified

DEPOSITION OF RANDY L. MALLOY
CONDUCTED ON THURSDAY, MAY 1, 2003

26

1  that Mr. Blimline told you not only would payment not
2  be forthcoming, but that he hadn't ordered the valves;
3  is that correct?
4       A.   He never told us that payment wouldn't be
5  forthcoming, he just told us that he hadn't ordered the
6  valves.
7       Q.   And did you understand that to mean that
8  payment would not be forthcoming?
9       A.   Yes.
10      Q.   When did that conversation occur, as best you
11 recall?
12      A.   That would have been the first week of
13 February of 2002.
14      Q.   Okay.
15           MR. MANECHE:  That's all I have.
16           MR. ANBINDER:  Just a follow-up or two.
17      EXAMINATION BY COUNSEL FOR THE DEFENDANT
18 BY MR. ANBINDER:
19      Q.   Is there any question in your mind in your
20 conversations with Walt Blimline that he knew you were
21 talking about the 500,000-some dollars worth of valves
22 and not some other valve order that might have been