| VOUCHER NO. 204214 | | | THE ATTACHED CHECK IS IN FULL PAYMENT OF ACCOUNT AS SHOWN BELOW. PLEASE DETACH CHECK BEFORE PRESENTATION AT BANK. NO RECEIPT OR ACKNOWLEDGMENT OTHER THAN ENDORSEMENT IS NECESSARY. IF SETTLEMENT IS NOT SATISFACTORY RETURN BOTH STATEMENT AND CHECK TO THE ACCOUNTS PAYABLE DIVISION OF THE BUREAU OF ACCOUNTING OPERATIONS. | | | | | | | S.S. NO./VEN! 205 |
|---|---|---|---|---|---|---|---|---|---|---|
| INVOICE | | | ORDER NO. | INVOICE NUMBER | ACCOUNT NUMBER | | | | WORK ORDER NUMBER | NET AMOUNT | LIQUIDATION |
| MO | DAY | YR | | | FUND | PROG | ACCT | S/A | OBJ | | | |
| 09 | 24 | 01 | P179565 | 98106249 | | | | | | | 7552.00 | |

MAYOR AND CITY COUNCIL OF BALTIMORE

NET TOTAL  7552.00

**Bank of America**
**Chicago**

CLOW CORPORATION-VAL

DDA:  008188400600
Lockbox:  0091544
Date: 04/19/02   109
Batch: 658   Item: 10
Module: 50
Machine Number:  02
Operator Id:   JOY

Amt:   $7,552.00

"We want to be the people who make banking work for you in ways it never has before"

---

PLEASE PRESENT FOR PAYMENT PROMPTLY                                DETACH CHECK BEFORE DEPOSITING

PAY: 04/15/02    MAYOR AND CITY COUNCIL OF BALTIMORE    204214    7-11/520
                 BALTIMORE, MARYLAND 21202-3419                 CHECK NO
                                                                 204214

SEVEN THOUSAND FIVE HUNDRED FIFTY-TWO AND 00/100 DOLLARS

AMOUNT OF CHECK
$7,552.00

allfirst
Allfirst Bank
Baltimore, MD

VOID AFTER 180 DAYS
FROM CHECK DATE

TO THE ORDER OF
CLOW VALVE CO
P.O. BOX 91544
CHICAGO    IL    60693

MAYOR
Peggy J. Watson
DIRECTOR OF FINANCE

⑊204214⑊ ⑉052000113⑉ 9701967961⑊ ⑊000075520⑉

CLOW-521