

Bank of America
Chicago

CLOW CORPORATION-VAL

DDA: 008188400600
Lockbox: 0091544
Date: 05/03/02  123
Batch: 683  Item: 11
Module: 50
Machine Number: 08
Operator Id: NEELY

Amt: $4,054.00

"We want to be the people who make banking work for you in ways it never has before"

| VOUCHER NO. 210242 | | | THE ATTACHED CHECK IS IN FULL PAYMENT OF ACCOUNT AS SHOWN BELOW. PLEASE DETACH CHECK BEFORE PRESENTATION AT BANK. NO RECEIPT OR ACKNOWLEDGMENT OTHER THAN ENDORSEMENT ON CHECK IS NECESSARY. IF SETTLEMENT IS NOT SATISFACTORY RETURN BOTH STATEMENT AND CHECK TO THE ACCOUNTS PAYABLE DIVISION OF THE BUREAU OF ACCOUNTING OPERATIONS. | | | | | | | S.S. NO./VEND |
|---|---|---|---|---|---|---|---|---|---|
| INVOICE | | | ORDER NO. | INVOICE NUMBER | ACCOUNT NUMBER | | WORK ORDER NUMBER | NET AMOUNT | LIQUIDATION |
| MO | DAY | YR | | | FUND PROG ACCT S/A OBJ | | | | |
| 09 | 27 | 01 | P179565 | 98105971 | | | | 4054.00 | |

MAYOR AND CITY COUNCIL OF BALTIMORE

NET TOTAL  4054.00

CLOW-522