City of Baltimore                                    4-30-02

Joe, Augie, Walt.

Acting Gen'l
Sup't.              Warren Williams Was Called To A Meeting
                         W/ Bureau Cheif

Knew They Had Valves Coming From Another
Contract With Clow.

24" Have Not Yet Been Approved (RWD)
     DDGV OK Yet

Order Is 400% Over Contract Amount.

Thought They Were Receiving Contractors Valves
That KV Was Shipping In.

$132,145.⁰⁰

Walt. Never Given An Order To Someone Over A
Cell Phone.  Would Only Be Done W/ A PO.
Was Asking For A Price Quote Only.

3-36"  1 Vert  2 Horiz.
1-30"

Vore
DEPOSITION EXHIBIT
NO. 11  5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

CLOW-026
7870