IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CLOW VALVE COMPANY,       ) | |
| )  | |
|     Plaintiff        ) | |
| ) | |
|     v.             ) | Case No. JFM 02-3136 |
| ) | |
| MAYOR and CITY COUNCIL OF ) | |
| BALTIMORE CITY         ) | |
| ) | |
|     Defendants.      ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff Clow Valve Company's Motion for Summary Judgment, and Defendants' opposition thereto, it is this _____ day of _____, 2003

ORDERED that the Plaintiff Clow Valve Company's Motion for Summary Judgment be, and same hereby is, GRANTED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment in this matter in favor of Plaintiff Clow Valve Company and against Defendants Mayor and City Council of Baltimore City.

_____
J. Frederick Motz
United States District Court Judge