IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 24 P 3: 01

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| **CLOW VALVE COMPANY,**<br>a division of McWane, Inc.<br>902 South Second Street<br>Oskaloosa, Iowa 52577<br><br>    **Plaintiff**<br><br>    v.<br><br>**MAYOR and CITY COUNCIL OF**<br>**BALTIMORE CITY**<br>100 North Holliday Street<br>Baltimore, Maryland 21202<br><br>    **Defendants.**<br><br>Serve on:   Thurman W. Zollicoffer, Jr.<br>                City Solicitor<br>                100 North Holliday Street<br>                Room 101<br>                Baltimore, Maryland 21202 | Case No. _____ |

## COMPLAINT

Plaintiff, Clow Valve Company ("Clow"), a division of McWane, Inc., by its undersigned counsel, files this Complaint against the Mayor and City Council of Baltimore City and states as follows:

### Parties

1.    McWane, Inc. is a Delaware corporation with its principal place of business in Birmingham, Alabama. Clow is an unincorporated division of McWane, Inc. based in Oskaloosa, Iowa.

2.    Defendants Mayor and City Council of Baltimore City are located in Baltimore, Maryland.

**EXHIBIT**

A

### Jurisdiction and Venue

3. This Court has jurisdiction over the subject-matter of this action pursuant to 28 U.S.C. § 1332(a)(1) because Plaintiff and Defendant are citizens of different states – Plaintiff Clow being a citizen of Delaware and Alabama and Defendants Mayor and City Council of Baltimore City (collectively, "the City") being citizens of Maryland – and because the amount in controversy herein exceeds $75,000, exclusive of interest and costs.

4. Venue in this Court is proper under 28 U.S.C. § 1391(a).

### Factual Allegations

5. Clow manufactures and sells products, including valves, used in water transmission service. Clow valves are used in, among other projects, water distribution, water and wastewater treatment, and fire line projects.

6. On May 23, 2000, the City issued blanket Purchase Order #P179565 for Baltimore Standard Valves to Clow in the amount of $100,000. On March 6, 2001, the City issued a Change Order increasing the amount to $140,000. At the time of the Change Order, Clow had furnished no material pursuant to the Purchase Order, nor were there any outstanding releases.

7. On May 7, 2001, the City sent Clow an Award Notification letter contemplating work in the approximate amount of $175,000. On May 11, 2001, the City issued Purchase Order #P179655 for Baltimore Standard Valves.

8. Walt Blimline, the City Storekeeper Supervisor, contacted Clow salesman Tom Walston on September 7, 2001, and placed a large order by telephone. Walston requested that Blimline transmit the order to him by facsimile, but Blimline refused to do so and insisted that

2

BA2/196848.02

Walston take the order over the telephone and apply it to Purchase Order #P179565. That same day, Walston faxed to the Clow sales office in Oskaloosa, Iowa a handwritten version of the order that Blimline had placed via telephone. Shelly Terrell, Clow Inside Sales Representative, then faxed a request to Blimline for clarification of certain specifications. Blimline responded to Walston, who forwarded the information to Terrell.

9. On September 24, 2001, with the specifications finalized, Terrell entered the Sales Order for the 3"-24" Valves ("Sales Order I") and faxed it to Blimline for him to approve on behalf of the City. Blimline signed Sales Order I and faxed the signed order to Clow. A true and correct copy of this signed Sales Order I is attached hereto as Exhibit A and is incorporated herein by reference.

10. On September 26, 2001, Terrell entered the Sales Order for the 30" and 36" Valves ("Sales Order II") and faxed it to Blimline, who again signed it on behalf of the City and returned it to Clow. A true and correct copy of this signed Sales Order II is attached hereto as Exhibit B and is incorporated by herein reference. Clow also mailed copies of Sales Orders I and II (collectively, "the Sales Orders") to Blimline.

11. Clow began manufacturing the special-order valves upon receipt of the signed Sales Orders and made the first shipment of valves to the City on September 27, 2001. The final valve shipment occurred on December 17, 2001. Clow sent invoices with the various shipments and, as noted thereon, complied through its trucking companies with Blimline's request that Clow provide 24-hour notification prior to delivery so that adequate City personnel would be available to unload the large valves upon delivery.

3

12.  At no time during the manufacturing/delivery period did Blimline ever advise Clow that he had not ordered the valves, nor did he ever advise Clow that the City no longer needed the valves. Moreover, neither Blimline, nor anyone else on behalf of the City, ever refused delivery of any valves.

13.  Beginning in November 2001, Clow's credit department began calling Blimline regarding past due invoices. However, Clow received no payments due from the City during that month. On December 5, 2001, a Clow representative called the City's Cathy Smith regarding a past due invoice, and then faxed the subject invoice and proof of delivery.

14.  On December 10, 2001, Blimline called Clow and advised that payment had been issued. Having received no payment as of December 17, 2001, Clow then faxed copies of all past due invoices and proofs of delivery to Cathy Smith.

15.  On January 22 and 24, 2002, Clow Credit Manager Randy Malloy called Blimline about the invoices. Malloy was told that there were several issues to resolve but that payment would be forthcoming. On January 30, 2002, Blimline advised that he had resolved everything on his end and that payment would be tendered.

16.  During the first week of February 2002, no payment having been received, Malloy and Mike Vore of Clow had a conference call with Blimline. For the first time, Blimline denied having placed the Sales Orders. Mike Vore then arranged to meet with Clow's Walston, Blimline, and Blimline's supervisor, Warren Williams. That meeting occurred on February 19, 2002, although Williams did not attend. During the meeting, Blimline continued to deny having placed the Sales Orders, but agreed to review the City's needs to determine what valves could be retained.

17. During the next month, Vore made several more unsuccessful attempts to contact Williams.

18. On March 21, 2002, Blimline advised Malloy that the City could use certain valves, and that it would remit payment for those valves. After that payment also did not arrive, Malloy called Blimline and asked to be transferred to Williams. At Williams' request, Malloy faxed the Sales Orders signed by Blimline and scheduled a meeting with Williams on April 30, 2002.

19. On April 30, 2002, Vore, Walston and Malloy met with Williams and Blimline. The meeting produced no resolution.

20. Without explanation, Clow subsequently received checks from the City dated April 30 and April 15, 2002, for the first and second valve shipments, respectively. Those payments having been credited, the City owes Clow a remaining balance of $569,211, exclusive of interest and costs.

## COUNT ONE
### Breach of Contract

21. Clow adopts and incorporates herein by reference every allegation stated in paragraphs 1 through 20 as if set forth fully herein.

22. A valid, enforceable contract exists between Clow and the City for the purchase and sale of custom valves.

23. The City has breached the contract by accepting the valves without tendering full payment.

24. Because Clow manufactured the valves especially for the City pursuant to City specifications, the valves cannot be resold to another purchaser.

25. The balance due on the contract is $569,211, exclusive of interest and costs. In addition, Clow's standard terms and conditions, as set forth clearly on the reverse of every invoice and sales order (including the Sales Orders), provide that unpaid balances shall accrue interest at the rate of eighteen percent (18%) and that Clow shall be entitled to collect and recover from the City any costs and fees, including without limitation attorneys' fees, Clow incurs in enforcing the contract.

### COUNT TWO
### Unjust Enrichment

26. Clow adopts and incorporates herein by reference every allegation stated in paragraphs 1 through 25 as if set forth fully herein.

27. Clow conferred on the City a benefit in the form of shipments of specially-ordered valves having a market value of at least $580,817.

28. The City accepted these shipments between September 27, 2001 and December 17, 2001 and, since that time, has continued to retain the benefit thereof.

29. The City has remitted only a partial payment for these shipments.

30. As a result, the City has been unjustly enriched in the amount of at least $569,211.

WHEREFORE, Clow respectfully requests that this Court:

a. enter judgment in favor of Clow and against the City on Counts I and II herein;

b. award Clow damages in the amount of $569,211.00, plus interest at the rate of 18% from the date that payment became due under the Sales Orders;

    c.    award Clow the costs it has incurred in enforcing its contract with the City, including without limitation those attorneys' fees it has incurred and will incur in enforcing that contract; and

    d.    grant such other relief as the Court deems appropriate.

/s/ Mark Maneche
Otho M. Thompson
Federal Bar No. 01569
Mark D. Maneche
Federal Bar No. 23368
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Jayna Partain Lamar
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000

*Attorneys for Plaintiff Clow Valve Company*

7

BA2/196848.02

SEP-26-2001 WED 10:32 AM CLOW VALVE CO          FAX NO. 64167...

| ORDER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|
| 09-21-01 | 100 | | 136000 | 179565 | Original | | YES | 2ND 10 DAYS |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | | ENTERED BY |
| 179565 | | | 10-22-01 | 4103960906 | 10-15-01 | 913 | | MPT |
| | | | | | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
| NEW ORDER | | | | | 09-26-01 | 1 | 22719 |

# CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS
PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| POS | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 10.0 | 263003305101HC | CLOW FSCT RW 3" MJ OR NRS ON (867) | 630.0000 | 10-22-01 | 4 | 52.00 |
| 20 | 20.0 | 263006305101HC | CLOW FSCT RW 6" MJ OR NRS ON (867) | 2720.0000 | 10-22-01 | 4 | 95.00 |
| 30 | 17.0 | 263010305101HC | CLOW FSCT RW 10" MJ OR NRS ON (867) | 5584.5000 | 10-22-01 | 4 | 72.00 |
| 40 | 6.0 | 263012305101HC | CLOW FSCT RW 12" MJ OR NRS ON (867) | 2880.0000 | 10-22-01 | 4 | 97.00 |
| 50 | 6.0 | 263016305101HC | CLOW FSCT RW 16" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 7200.0000 | 1-12-01 | 4 | 321.00 |
| 60 | 5.0 | 263016305101HD | CLOW FSCT RW 16" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 6000.0000 | 1-12-01 | 4 | 200.00 |
| 70 | 5.0 | 263020305101HC | CLOW FSCT RW 20" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 9750.0000 | 1-12-01 | 4 | 915.00 |
| 80 | 6.0 | 263020305101HD | CLOW FSCT RW 20" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11700.0000 | 1-12-01 | 4 | 615.00 |
| 90 | 5.0 | 263024305101HC | CLOW FSCT RW 24" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 13750.0000 | 1-12-01 | 4 | 020.00 |
| 100 | 4.0 | 263024305101HD | CLOW FSCT RW 24" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11000.0000 | 1-12-01 | 4 | 375.00 |

EXHIBIT A

SEP-26-2001 WED 10:32 AM CLOW VALVE CO    FAX NO. 6416

| DER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | | NATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 | Original | | | Yes | PRO 10 %ST |
| CONTRACTING NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | | | ENTERED BY |
| 179565 | | | 10-22-01 | 4103950906 | 10-15-01 | 913 | | | NET |
| | | | | | CURRENT DATE | PAGE NO. | | | SALES ORDER NO. |
| | | | NEW ORDER | | 09-24-01 | 2 | | | 272719 |

# CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| OS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | | sign X _____ | | | | |
| | | | Goods 188417.00 | Total Weight 71614.0000 | | | Total usd 188417.00 |

SEP-26-2001 WED 10:31 AM    VALVE CO    FAX NO.

| DER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|---|
| 09-26-01 | 100 | | 136000 | 179565 Original | | | | Yes | PPD 10 DAYS |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | | | ENTERED BY |
| 179565 | | | 12-19-01 | 4103960906 | 12-12-01 | 913 | | | MRT |
| | | | | | CURRENT DATE | PAGE NO. | | | SALES ORDER NO. |
| | | | | NEW ORDER | 09-26-01 | 1 | | | 221805 |

# CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

| OB. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | W | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 6.0 | 2612303051O1HE | GV CLOW 30" MJ OR NRS ON BGCC SP BTM OP RTS BBL IN D RTP E.C.(INT & EXT) | 33280.0000 | 12-19-01 | 4 | 14100.00 |
| 20 | 6.0 | 2612303051O1HF | GV CLOW 30" MJ OR NRS ON SGSC SP S/OP BBL IND RTP E.C.(INT & EXT) | 33640.0000 | 12-19-01 | 4 | 13100.00 |
| 30 | 6.0 | 2612363051O1HE | GV CLOW 36" FLG OR NRS ON BGSC S/OP RTS BBL IND RT P E.C.(INT & EXT)BALTIMORE | 58200.0000 | 12-19-01 | 4 | 18170.00 |
| 40 | 6.0 | 2612363051O1HF | GV CLOW 36" MJ OR NRS ON SGCC SP SIDE OP BBL IND R TP E.C.(INT & EXT)BALTIMORE | 58300.0000 | 12-19-01 | 4 | 18500.00 |

Sign X _____

Goods
392400.00

Total Weight
185820.0000

Total USD
392400.00

EXHIBIT
B