# ORIGINAL BID

NO INFO OTHER THAN INCL. IN REFERRED
TO OR ATTACHED TO THIS DOCUMENT WILL
BE USED IN DETERMINING AWARD

BID PROPOSAL

**EXHIBIT**

B

PROPOSAL OF _Clow Valve Company_  TELEPHONE _515-673-8611_

ADDRESS _902 South 2nd Street_

CITY _Oskaloosa_  STATE _IA_  ZIP CODE _52577_

BIDS DUE: MARCH 24, 1999  CONTRACT: BP-99083  BALTIMORE STANDARD VALVES

TO THE BOARD OF ESTIMATES
OF BALTIMORE CITY:

THE UNDERSIGNED AGREES TO FURNISH AND DELIVER AS SPECIFIED **BALTIMORE STANDARD VALVES, RESILIENT WEDGE OR DOUBLE DISC** FOR THE BUREAU OF PURCHASES IN ACCOR-
DANCE WITH THE SPECIFICATIONS AND OTHER DOCUMENTS HEREIN AND AT THE FOLLOWING
PRICES:

## APPROXIMATE CONTRACT EXPENDITURE IS $200,000.00

### ITEM # 1 A  VERTICAL

| SIZE | MECHANICAL JOINT | FLANGED | TAPPING |
|------|------------------|---------|---------|
| 4 INCH | $ 150.00 EACH | $ 140.00 EACH | $ 188.00 EACH |
| 6 INCH | $ 195.00 EACH | $ 186.00 EACH | $ 261.00 EACH |
| 8 INCH | $ 303.00 EACH | $ 292.00 EACH | $ 387.00 EACH |
| 10 INCH | $ 472.00 EACH | $ 463.00 EACH | $ 579.00 EACH |
| 12 INCH | $ 597.00 EACH | $ 568.00 EACH | $ 886.00 EACH |
| 16 INCH | $ 3400.00 EACH | $ 3250.00 EACH | $ 3666.00 EACH |
| 20 INCH | $ 5615.00 EACH | $ 5405.00 EACH | $ 6175.00 EACH |
| 24 INCH | $ 7375.00 EACH | $ 7060.00 EACH | $ 7940.00 EACH |
| 30 INCH | $ 13810.00 EACH | $ 13210.00 EACH | $ 14250.00 EACH |
| 36 INCH | $ 18200.00 EACH | $ 17360.00 EACH | $ 18620.00 EACH |

MANUFACTURER _Clow Valve Company_  MODEL NUMBER _F5065 = MJ_
_F5070 = FLG_

Total Bid Item A1  $151,003.00  BP-1  F5093 = Tapping

## ITEM 1B              HORIZONTAL VALVES

| SIZE | MECHANICAL JOINT | FLANGED | TAPPING |
|---|---|---|---|
| 16 INCH | $3621.00 EACH | $3515.00 EACH | $ 3890.00 EACH |
| 20 INCH | $5915.00 EACH | $5706.00 EACH | $ 6480.00 EACH |
| 24 INCH | $8020.00 EACH | $7700.00 EACH | $ 8580.00 EACH |
| 30 INCH | $14,420.00 EACH | $13,815.00 EACH | $ 14,690.00 EACH |
| 36 INCH | $18,970.00 EACH | $18,130.00 EACH | $ 19,400.00 EACH |
| 42 INCH | $52,000.00 EACH | $50,000.00 EACH | $ 51,000.00 EACH |

MANUFACTURER  Clow Valve Company          MODEL NUMBER  F5065 = MJ
                                                         F5070 = FLG
Total Bid Item B1  $305,852.00                           F5093 = Tapping
TOTAL BID ITEMS 1A AND 1B  $456,855.00

**INDICATE IF YOUR BID IS FOR DOUBLE DISC OR RESILIENT WEDGE VALVES.**

        4" to 12"   6 to 8 weeks
        16" to 24"  14 to 18 weeks
        30" to 42"  20 to 26 weeks

**DELIVERY DATE:**_____

TERMS OF PAYMENT:  2% 20 net 30 day          F.O.B.   DELIVERED
        2%20 NET 30 UNLESS OTHERWISE STATED

**METHOD OF AWARD**
ONE AWARD WILL BE MADE TO THE LOW BIDDER MEETING SPECIFICATIONS.

**MBE/WBE GOALS**
THE GOALS FOR THIS CONTRACT ARE 5% MBE, 3% WBE.