BID/PROPOSAL, AFFIDAVIT SIGNATURE PAGE    CONTRACT NO. BP-99083

EXHIBIT C

BIDDER/OFFEROR __Clow Valve Company__
ADDRESS __902 South 2nd Street   Oskaloosa, IA__    ZIP __52577__
TELEPHONE NUMBER __515-673-8611__

If awarded a contract, the bidder/offeror will provide supplies, equipment, and/or services to the City of Baltimore in accordance and Special Conditions, Specifications and other documents of this solicitation at the bid/offer in the preceding pages of the solicitation.

I, __Larry J. Whitaker__ (Print Signer's Name), the undersigned, __General Sales Office Manager__ (Print Office Held) of the above named bidder/offeror do solemnly declare and affirm under the penalties of perjury this __22nd__ day of __March__ (Month), __1999__ (Year), that I hold the aforementioned Office in the above bidder/offeror and that the below affidavits and attachments hereto are true and correct to the best of my knowledge, information and belief.

### AFFIDAVIT I

This is to certify that the Bidder/Offeror or any person in his behalf, has not agreed, connived or colluded to produce a deceptive show of competition in the matter of the bidding or award of the referenced contract.

### AFFIDAVIT II

This is to certify that the Bidder/Offeror or any person in his behalf, complies fully with all provisions of the certification of non-segregated facilities as set forth on the reverse side of this sheet (Pertaining to contracts in the amount of $10,000.00 or more).

### AFFIDAVIT III

This affidavit is to determine whether any of the following persons has been convicted of bribery, attempted bribery, or conspiracy to bribe under the law of any State or the Federal Government. If so, state the following on an attached page: whether it is

(i) the person submitting the affidavit,
(ii) an Officer, Director or Partner of the person; or
(iii) an employee of that person who is directly involved in obtaining contracts with a public body.

For purposes of this affidavit, person is defined as an individual, receiver, trustee, guardian, personal representative, fiduciary, or representative of any kind and any partnership, firm, association, corporation or other entity consisting of or acting on behalf of the Bidder/Offeror. This is to include acts or omissions committed after June 30, 1977; all pursuant to Title 16, Section 16-203 of the State Finance and Procurement Article of the Annotated Code of Maryland.

### AFFIDAVIT IV

This affidavit is to determine whether any of the following has been convicted of false pretenses, attempted false pretenses, or conspiracy to commit false pretenses under the laws of any State or the Federal Government. If so, state the following on an attached page: whether it is

(i) the person submitting the affidavit,
(ii) an Officer, Director or Partner of the person; or
(iii) an employee of that person who is directly involved in obtaining contracts with a public body.

Person is defined as stated in Affidavit III. This is to include acts committed after June 30, 1979: City Code, Article I, Section 178 (1976 Ed., 1979 Supp.).

### AFFIDAVIT V

This is to certify that the Bidder/Offeror or any person on his behalf complies fully with the work capacity rating limit set by the Contractor's Qualification Committee of the City of Baltimore.

### AFFIDAVIT VI

This is to certify that the Bidder/Offeror or a person on his behalf has examined and understands the Specifications, including General and Special Conditions and the Bid Documents.

_Christy Shipman_

DEPOSITION EXHIBIT
NO. 6   5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

1320-14-3(2) REV. 3/89

SIGNATURE
SIGN HERE
(COMPANY)
(SEAL)

Larry J. Whitaker
General Sales Office Manager
NAME & TITLE OF SIGNER

page __BP-5__ of __BP-6__

CLOW-229

**EXHIBIT D**

| NAME & TITLE | JOHN R. MILLER, CPPO ~~CITY PURCHASING AGENT~~ | CITY of BALTIMORE |
|---|---|---|
| AGENCY NAME & ADDRESS | BUREAU OF PURCHASES<br>111 N. CALVERT ST. | **MEMO** |
| SUBJECT | BALTIMORE STANDARD VALVES<br>CONTRACT NO.: BP: 99083   REQ. NO.: VARIOUS<br>ACCOUNT NO.: VARIOUS | |

DATE:  April 28, 1999

TO

Honorable President and Members:
of the Board of Estimates

Dear President and Members:

### ACTION REQUESTED OF B/E:
Approve an award to the low bidder, CLOW VALVE COMPANY, 902 SOUTH 2nd ST., OSKALOOSA, IA 52577

### AMOUNT OF MONEY AND SOURCE OF FUNDS:

$200,000.00  Terms: 2%20 NET 30   F.O.B.: DELIVERED
Account No.:VARIOUS   Dept.: PUBLIC WORKS-WASTEWATER

### BACKGROUND/EXPLANATION:

Contract: BP-99083 BALTIMORE STANDARD VALVES
Bids Opened MARCH 31, 1999
Five ( 5 ) bids were received although twelve ( 12 ) were solicited.

The above is our estimated requirements for a two (2) year period. However the contract provides that the vendor shall supply the City's entire requirements more or less.

### MBE/WBE PARTICIPATION
E.O.C.O. finds vendors request for exception justified.

APPROVED BY BOARD OF ESTIMATES

MAY 1 2 1999

_____
DATE           CLERK

APPROVED FOR FUNDS
DEPT. OF FINANCE

REQ. CERT. FUNDS

JRM: MV
<u>0445</u>

# AGREEMENT



THIS AGREEMENT, made this __12TH__ day of __MAY__, __1999__, by and between the Mayor and City Council of Baltimore, a municipal corporation of the State of Maryland (hereinafter referred to as "City") and

## CLOW VALVE COMPANY

(hereinafter referred to as "Contractor".

WHEREAS, the Contractor has agreed to furnish all labor, materials and equipment, and perform all work required to satisfactorily deliver all items awarded in Contract #BP99083, in strict accordance with all drawings, conditions, covenants, stipulations and terms contained in the specifications and bid or proposal thereof, which are on file at the Bureau of Purchases and are in all respects made a part of this Agreement; and

WHEREAS, the City, through its Board of Estimates, has awarded Contract #BP99083, to the Contractor, and one of the conditions of such award is that its term be formalized with an agreement executed by the City and the Contractor.

NOW THEREFORE, THIS AGREEMENT WITNESSETH THAT, in consideration of the mutual promises set forth herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. The Contractor shall well and faithfully furnish all labor, material and equipment for and shall perform all work required on items awarded on Contract #BP99083, in accordance with each and every condition, covenant, stipulation and term contained in the specifications and bid or proposal thereof.

2. The City hereby agrees to pay and the Contractor agrees to accept the sum of $ __200,000.00__ as full and complete payment for all services to be performed under Contract #BP99083, when due and payable under the terms and specifications of the award.

3. Time is of the essence in this Agreement.

4. The Recitals are incorporated herein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written.

ATTEST/WITNESS

By:_____
Custodian of the City Seal
ternate

ATTEST/WITNESS

By:_____

APPROVED AS TO FORM AND LEGAL SUFFICIENCY

By: Elizabeth M. Lutz, Assistant Solicitor

APPROVED
BY: John R. Miller
         CITY PURCHASING AGENT

MAYOR AND CITY COUNCIL OF BALTIMORE

By: Kurt L. Schmoke
    Kurt L. Schmoke, Mayor

CONTRACTOR

By: Larry J. Whitaker (SEAL)
    Larry J. Whitaker
    General Sales Office Manager
Type name and title beneath signature

APPROVED BY THE BOARD OF ESTIMATES

By:_____  _____
   CLERK                       DATE

NO BONDING REQUIRED