**EXHIBIT G**

# PURCHASE ORDER

**PURCHASE ORDER NUMBER:** P162235

**CITY OF BALTIMORE — BUREAU OF PURCHASES**

**ISSUED TO:**
CLOW VALVE CO
902 SOUTH 2ND STREET
OSKALOOSA, IA 52577-

**SUPPLIER NUMBER:** 205624

**REQUISITION NUMBER:** R162235 0
**PURCHASE ORDER DATE:** 05/21/99

**SHIP TO & DELIVERY:**
DPW-UTIL.MAINT.STORM
2331 N. FULTON STREET 1ST. FLOOR
BALTIMORE, MD 21217
Contact Mark Vece On 396-5732 For Additional Information

**INVOICES TO BE SUBMITTED IN TRIPLICATE TO:**
DISBURSEMENTS DIVISION
7th FLOOR, 401 E. FAYETTE ST.
BALTIMORE, MARYLAND 21202

**ADDRESS RELATED CORRESPONDENCE TO:**
BUREAU OF PURCHASES
111 N. CALVERT STREET
BALTIMORE, MARYLAND 21202

**BUDGET ACCOUNT NUMBER:** G271-010-170-09-000
**TERMS:** 2% 20 NET 30 DAYS
**FOB:** DEK
**BUYER:** 53

| LINE NO. | COMMODITY NUMBER | DELIVER ON OR BEFORE | QUANTITY | UNIT | BID OR CONTRACT NUMBER | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 01 | BP03 | AS REQUIRED | 1 | LOT | 99083 | 100000.00 | 100,000.00 |
| 02 | | | | | | | 0.00 |
| 03 | BP50 | | | | | | 0.00 |

**DESCRIPTION:**

BLANKET ORDER FOR BALTIMORE STANDARD VALVES, MFG. BY CLOW VALVE CO., EITHER RESILIENT SEAT OR DOUBLE DISC, TO BE DELIVERED AS REQUIRED AND INVOICED IN ACCORDANCE WITH THE CITY CONTRACT.

B/E 5-12-99

THIS BLANKET ORDER MUST BE USED IN CONJUNCTION WITH BALTIMORE CITY VENDOR DELIVERY AUTHORIZATION FORM. ITEMS TO BE PICKED UP OR DELIVERED AS REQUIRED AND INVOICED IN ACCORDANCE WITH CONTRACT AND/OR BID TERMS AND CONDITIONS.

FORWARD /FIRST/ ORIGINAL INVOICE TO
BUREAU OR DISBURSEMENTS
401 E FAYETTE STREET
BALTIMORE, MD 21202.

MAIL REMAINING INVOICES IN TRIPLICATE TO THE ABOVE SHIP TO & DELIVERY ADDRESS.

MAIL INVOICES IN TRIPLICATE TO:
CITY OF BALTIMORE
UTILITY MAINTENANCE
2331 N. FULTON AVENUE
BALTIMORE, MD 21217

*FOR MAYOR & CITY COUNCIL*
*CITY PURCHASING AGENT*

See 179565 335