

EXHIBIT H

| Vendor ID | Account Number | Check | Invoice | Order# | DisburseAmt | Tr Date | TR | Act Date | Agency |
|---|---|---|---|---|---|---|---|---|---|
| 205624 | G271010170090000 | 714459 | 980060972 | P162235 | 2,985.00 | ######## | 30 | Jun-00 | 3700 |
| 205624 | G271010170090000 | 708582 | 980060689 | P162235 | 21,057.00 | ######## | 30 | Jun-00 | 3700 |
| 205624 | G271010170090000 | 705104 | 980060097 | P162235 | 13,050.00 | ######## | 30 | Jun-00 | 3700 |
| 205624 | G271010170090000 | 714459 | 980061254 | P162235 | 16,965.00 | ######## | 30 | Jun-00 | 3700 |
| 205624 | 207154600204409 | 694267 | 980556675 | P162235 | 17,000.00 | 4/4/2000 | 33 | May-00 | 7551 |
| 205624 | 207154600204409 | 694267 | 980556944 | P162235 | 13,600.00 | 4/6/2000 | 33 | May-00 | 7551 |
| 205624 | G271010170090000 | 646808 | 980038651 | P162235 | 133.00 | ######## | 30 | Dec-99 | 3700 |
| 205624 | G271010170090000 | 621004 | 980035973 | P162235 | 2,982.00 | ######## | 31 | Sep-99 | 3700 |
| 205624 | G271010170090000 | 618462 | 980035113 | P162235 | 3,059.00 | ######## | 30 | Sep-99 | 3700 |

$ 90,831.00