**CHANGE ORDER**

BUREAU OF PURCHASES
231 E. BALTIMORE STREET
SUITE 300
BALTIMORE, MD. 21202

CHANGE TO ORDER NO. P179565

CLOW VALVE CO
902 SOUTH 2nd ST.
OSKALOOSA, IA 52577

205624   3-6-2001

CHANGE NO. 1

DPW-WASTEWATER
2331 N. FULTON AVE
WALT BLIMLINE

THIS FORM IS A CHANGE TO THE PURCHASE ORDER PREVIOUSLY ISSUED UNDER THE ABOVE NUMBER.

| ITEM NUMBER | QUANTITY | UNIT | UNIT PRICE | ORDER NOW READS | EXTENSION |
|---|---|---|---|---|---|
|  | 1 | LOT | 100,000.00 | BALTIMORE STANDARD VALVES TO BE DELIVERED AS REQUIRED. B/E 5-12-1999 | 100,000.00 |
|  |  |  |  |  | 100,000.00 |
|  |  |  |  | CHANGE ORDER TO READ AS FOLLOWS: |  |
| 01 | 1 | LOT | 140,000.00 | AS ABOVE  Account No. G271-010-170-09-000  P.O. value INCREASE: 40,000.00 | 140,000.00  140,000.00 |

EXHIBIT I-A

DEPOSITION EXHIBIT
NO. 8  5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

APPROVED: _____
City Purchasing Agent

CLOW-119