EXHIBIT J

## BID PROPOSAL

PROPOSAL OF  Clow Valve Company          TELEPHONE 541-673-8611

ADDRESS  902 South Second St.

CITY  Oskaloosa          STATE  IOWA          ZIP CODE  52577

BIDS DUE: APRIL 18, 2001          CONTRACT: BP-01170   BALTIMORE STANDARD VALVES

TO THE BOARD OF ESTIMATES
OF BALTIMORE CITY:

THE UNDERSIGNED AGREES TO FURNISH AND DELIVER AS SPECIFIED **BALTIMORE STANDARD VALVES, RESILIENT WEDGE OR DOUBLE DISC** FOR THE BUREAU OF PURCHASES IN ACCORDANCE WITH THE SPECIFICATIONS AND OTHER DOCUMENTS HEREIN AND AT THE FOLLOWING PRICES:

### APPROXIMATE CONTRACT EXPENDITURE IS $175,000.00

**ITEM # 1 A**          **VERTICAL**

| SIZE | MECHANICAL JOINT | FLANGED | TAPPING |
|---|---|---|---|
| 4 INCH | $150.00 EACH | $140.00 EACH | $188.00 EACH |
| 6 INCH | $195.00 EACH | $186.00 EACH | $261.00 EACH |
| 8 INCH | $303.00 EACH | $292.00 EACH | $387.00 EACH |
| 10 INCH | $472.00 EACH | $453.00 EACH | $579.00 EACH |
| 12 INCH | $597.00 EACH | $568.00 EACH | $886.00 EACH |
| 16 INCH | $3400.00 EACH | $3250.00 EACH | $3556.00 EACH |
| 20 INCH | $5615.00 EACH | $5405.00 EACH | $6175.00 EACH |
| 24 INCH | $7375.00 EACH | $7060.00 EACH | $7940.00 EACH |
| 30 INCH | $13810.00 EACH | $13210.00 EACH | $14250.00 EACH |
| 36 INCH | $18,200.00 EACH | $17,350.00 EACH | $18,620.00 EACH |

MANUFACTURER  Clow Valve Company          MODEL NUMBER  F5065=MJ
DOUBLE DISC   F5070=FLG
4" TO 36"     [illegible] Tapping

*Handwritten annotation:* RESILIENT SEATED 4" TO 24"  F6100 = MJ  F6102 = FLG  F6114 = TAPPING

Total Bid Item A1   $151,003.00          BP-1

ORIGINAL BID
NO INFO OTHER THAN INCL. IN REFERRED TO OR ATTACHED TO THIS DOCUMENT WILL [...] AWARD

ITEM 1B            HORIZONTAL VALVES

| SIZE | MECHANICAL JOINT | FLANGED | TAPPING |
|---|---|---|---|
| 16 INCH | $ 3621.00 EACH | $ 3515.00 EACH | $ 3890.00 EACH |
| 20 INCH | $ 5915.00 EACH | $ 5706.00 EACH | $ 6480.00 EACH |
| 24 INCH | $ 8020.00 EACH | $ 7700.00 EACH | $ 8580.00 EACH |
| 30 INCH | $ 14420.00 EACH | $ 13,815.00 EACH | $ 14,690.00 EACH |
| 36 INCH | $18,970.00 EACH | $ 18,130.00 EACH | $19,400.00 EACH |
| 42 INCH | $52,000.00 EACH | $50,000.00 EACH | $51,000.00 EACH |

OR
RESILIENT
SEATED
16" TO 24"

MANUFACTURER Clow Valve Company         MODEL NUMBER F5065=MJ        F6100= MJ
                                        DOUBLE DISC { F5070=FLG      F6102=FLG
Total Bid Item B1 $305,852.00            16"-42"    { F5093=Tapping  F6114=TAPPING
TOTAL BID ITEMS 1A AND 1B $~~455,855.00~~

VALVE STYLE OFFERED:    DOUBLE DISC __X__   RESILIENT SEAT __X__

Double Disc                             Resilient Seated
4"-12"   6-8 weeks                      4"-12"   2-5 weeks
16"-24"  14-18 weeks                    15"-24"  8-12 weeks
DELIVERY DATE: 30"-42"  20-25 weeks

TERMS OF PAYMENT: 2%  20 days net 30              F.O.B.   DELIVERED
     2%20 NET 30 UNLESS OTHERWISE STATED

METHOD OF AWARD
ONE AWARD WILL BE MADE TO THE LOW BIDDER MEETING SPECIFICATIONS.