BID/PROPOSAL, AFFIDAVIT SIGNATURE PAGE    CONTRACT NO. BP-01170

BIDDER/OFFEROR __Clow Valve Company__
ADDRESS __902 South Second St, Oskaloosa, IA__   ZIP __52577__
TELEPHONE NUMBER __641-673-8611__

If awarded a contract, the bidder/offeror will provide supplies, equipment, and/or services to the City of Baltimore in accordance with the General and Special Conditions, Specifications and other documents of this solicitation at the bid/offer in the preceding pages of the solicitation.

I, __Larry J. Whitaker__ , the undersigned, __General Sales Office Manager__
     (Print Signer's Name)                                         (Print Office Held)

of the above named bidder/offeror do solemnly declare and affirm under the penalties of perjury this __13th__ day of __April__,
                                                                                                                               (Month)

__2001__, that I hold the aforementioned Office in the above bidder/offeror and that the below affidavits and attachments hereto are true and
 (Year)

correct to the best of my knowledge, information and belief.

**EXHIBIT K**

## AFFIDAVIT I

This is to certify that the Bidder/Offeror or any person in his behalf, has not agreed, connived or colluded to produce a deceit in the matter of the bidding or award of the referenced contract.

## AFFIDAVIT II

This is to certify that the Bidder/Offeror, or any person in his behalf, complies fully with all provisions of the certification of non-segregated facilities as set forth on the reverse side of this sheet (Pertaining to contracts in the amount of $10,000.00 or more).

## AFFIDAVIT III

This affidavit is to determine whether any of the following persons has been convicted of bribery, attempted bribery, or conspiracy to bribe under the law of any State or the Federal Government. If so, state the following on an attached page: whether it is

  (i) the person submitting the affidavit,
  (ii) an Officer, Director or Partner of the person;or
  (iii) an employee of that person who is directly involved in obtaining contracts with a public body.

For purposes of this affidavit, person is defined as an individual, receiver, trustee, guardian, personal representative, fiduciary, or representative of any kind and any partnership, firm, association, corporation or other entity consisting of or acting on behalf of the Bidder/Offeror. This is to include acts or omissions committed after June 30, 1977: all pursuant to Title 16, Section 16-203 of the State Finance and Procurement Article of the Annotated Code of Maryland.

## AFFIDAVIT IV

This affidavit is to determine whether any of the following has been convicted of false pretenses, attempted false pretenses, or conspiracy to commit false pretenses under the laws of any State or the Federal Government. If so, state the following on an attached page: whether it is

  (i) the person submitting the affidavit,
  (ii) an Officer, Director or Partner of the person;or
  (iii) an employee of that person who is directly involved in obtaining contracts with a public body.

Person is defined as stated in Affidavit III. This is to include acts committed after June 30, 1979: City Code, Article I, Section 178 (1976 Ed., 1979 Supp.).

## AFFIDAVIT V

This is to certify that the Bidder/Offeror or any person on his behalf complies fully with the work capacity rating limit set by the Contractor's Qualification Committee of the City of Baltimore.

## AFFIDAVIT VI

This is to certify that the Bidder/Offeror or a person on his behalf has examined and understands the Specifications, including General and Special Conditions and the Bid Documents.

_____         _____  SIGN
         WITNESS                                    SIGNATURE                  HERE
                                            Larry J. Whitaker    (COMPANY)
                                                                  (SEAL)

                                            __General Sales Office Manager__
                                               NAME & TITLE OF SIGNER

              BP-5    BP-6
          page ____ of ____

1320-14-3(2) REV. 3/89