| NAME & TITLE | ARTHUR B. McNEAL, SR., CPPO<br>CITY PURCHASING AGENT | CITY of |
|---|---|---|
| AGENCY NAME & ADDRESS | BUREAU OF PURCHASES<br>231 E. BALTIMORE ST. | BALTIMORE |
| SUBJECT | BALTIMORE STANDARD VALVES<br>CONTRACT NO.: BP: 01170   REQ. NO.: VARIOUS<br>ACCOUNT NO.: VARIOUS | MEMO |

DATE: April 20, 2001

EXHIBIT L

Honorable President and Members:
  of the Board of Estimates

Dear President and Members:

**ACTION REQUESTED OF B/E:**
Approve an award to the low bidder, CLOW VALVE CO., 902 SOUTH SECOND ST., OSKALOOSA, IOWA 52577

**AMOUNT OF MONEY AND SOURCE OF FUNDS:**

$175,000.00            Terms: 2% 20 NET 30     F.O.B.: Del
Account No.: VARIOUS                    Dept.: DPW-WASTEWATER

**BACKGROUND/EXPLANATION:**

Contract: BP-01170 BALTIMORE STANDARD VALVES
Bids Opened APRIL 18, 2001
Four ( 4 ) bids were received although thirteen ( 13 ) were solicited.

The above is our estimated requirements for a two (2) year period. However, the contract provides that the vendor shall supply the City's entire requirements more or less.

**MBE/WBE PARTICIPATION**
Not applicable. Waiver was approved on March 8, 2001.

APPROVED BY BOARD OF ESTIMATES          APPROVED FOR FUNDS
                                         DEPT. OF FINANCE
MAY 2 2001
_____              REQ. CERT. FUNDS
DATE         CLERK

ABM:MV
0446