
EXHIBIT
N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLOW VALVE COMPANY,<br>a division of McWane, Inc.<br><br>Plaintiff<br><br>v.<br><br>MAYOR and CITY COUNCIL OF<br>BALTIMORE CITY<br><br>Defendant | *<br>*<br>*<br>*  Case No.: JFM02CV3136<br>*<br>*<br>*<br>******************** |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit N (Contract BP-01170) which is an attachment to the Mayor and City Council of Baltimore's Motion for Summary Judgment exists only in paper format and is 15 pages or longer. It will be filed with the Clerks Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

_6/16/03_
Date

_[signature]_
Signature

Robert D. Anbinder   Federal Bar No.   10885
Printed Name                              Bar Number

100 Holliday Street
Street Address

Baltimore, Maryland 21202
City/State/Zip

410-396-3204                    410-547-1025
Phone No.                              Fax No.