**EXHIBIT**

0

P1796655

# PURCHASE ORDER

CITY OF BALTIMORE
BUREAU OF PURCHASES

ISSUED

CLOW 902
OSK OOSA, IA 52577

SUPPLIER NUMBER  205624

| REQUISITION NUMBER | PUR. ORDER DATE |
|---|---|
| R1796655 0 | 05/11/01 |

UNLESS OTHERWISE SPECIFIED, RENDER SEPARATE INVOICE FOR EACH ORDER AND EACH SHIPMENT.

CLOW VALVE CO
SOUTH 2ND STREET

SHIP TO
DPW UTIL.MAINT.STORM
233 N. FULTON STREET 1ST. FLOOR
BAL MORE, MD 21217
Con ct Mark Vece On 396-5732 For Additional Information

DELIVERY

FOB  DEL

BUYER  53

THIS PURCHASE ORDER NUMBER, COMMODITY NUMBER (IF ANY), AND SUPPLIER/COMMODITY NUMBER, IF ANY, MUST APPEAR ON ALL PACKAGES, INVOICES, SHIPPING PAPERS, AND DROP SHIPMENTS

DISBURSEMENTS DIVISION
INVOICES TO BE SUBMITTED IN TRIPLICATE TO:
7th FLOOR, 401 E. FAYETTE ST.
BALTIMORE, MARYLAND 21202

ADDRESS RELATED CORRESPONDENCE TO:
BUREAU OF PURCHASES
231 E. BALTIMORE ST., SUITE 300
BALTIMORE, MARYLAND 21202

FOR ADDITIONAL INFORMATION CALL:

DEPARTMENTAL INFORMATION ONLY

BUDGET ACCOUNT NUMBER
G271-010-170-09-000

WORK ORDER

TERMS

| LINE NO. | DELIVER ON BEFORE | COMMODITY NUMBER | BID OR CONTRACT NUMBER | QUANTITY | UNIT | UNIT PRICE | DESCRIPTION | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 01 | A REQUIRED | | BP-01170 | 1 | LOT | 87500.00 | ANNUAL BLANKET ORDER FOR BALTIMORE STANDARD VALVES, DOUBLE DISC AS MANUFACTURED BY CLOW VALVE CO. MATERIAL TO BE DELIVERED AS REQUIRED AND INVOICED IN ACCORDANCE WITH THE CITY CONTRACT.<br><br>B/E 5-2-01<br><br>THIS BLANKET ORDER MUST BE USED IN CONJUNCTION WITH THE BALTIMORE CITY VENDOR DELIVERY AUTHORIZATION FORM.<br><br>INVOICE IN TRIPLICATE TO:<br>CITY OF BALTIMORE<br>DPW-WASTEWATER<br>2331 N. FULTON AVE.<br>BALTIMORE,MD 21217<br>ATTENTION: WALT BLIMLINE | 87,500.00 |

Total  $87,500.00

DEPOSITION EXHIBIT
NO. 14  5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

FOR MAYOR & CITY COUNCIL
CITY PURCHASING AGENT

CLOW-117

SEE REVERSE SIDE FOR IMPORTANT

1320-14-2 REV. 4/98