EXHIBIT

tabbies®

R

0001

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MARYLAND
 3                    (Northern Division)
 4
 5     -------------------------------x
                                      *
 6     CLOW VALVE COMPANY,            *
                                      *
 7                    Plaintiff       *
                                      *
 8        v.                          *   Case No.
                                      *
 9     MAYOR AND CITY COUNCIL OF      *   JFM 02-CV-3136
                                      *
10     BALTIMORE CITY,                *
                                      *
11                    Defendant       *
                                      *
12     -------------------------------x
13
14               Deposition of MICHAEL H. VORE
15                    Baltimore, Maryland
16                   Thursday, May 1, 2003
17                       10:50 a.m.
18
19
20     Job No.:  1-15302
21     Pages:  1 - 138
22     Reported by:  Marianne R. Hewitt
```

0009

```
 1              MR. MANECHE:  If I can break in here just for
 2     a minute.
 3              MR. ANBINDER:  Sure.
 4              MR. MANECHE:  As I mentioned to you off the
 5     record, Mr. Anbinder, Mr. Vore will be testifying in
 6     his personal capacity today but also as the Clow Valve
 7     corporate representative with respect to items number
 8     one, two and three on your -- on the City of
 9     Baltimore's 30(b)(6) corporate designee notice of
10     deposition.
11              MR. ANBINDER:  Thank you very much.
12     BY MR. ANBINDER:
13         Q.   Mr. Vore, what is your title?
14         A.   General sales and marketing manager.
15         Q.   And that's for -- what's the official name of
16     your company?
17         A.   Clow Valve Company.
18         Q.   How long have you been there?
19         A.   Twenty-two years.
20         Q.   Did you start off as general sales and
21     marketing manager?
22         A.   No, I did not.
```

0013

```
 1        A.    Yes.
 2        Q.    And how long were you with the treatment
 3   plant, approximately?
 4        A.    Until 1994.
 5        Q.    And just for purposes of my math about --
 6        A.    Six years, roughly.
 7        Q.    And then since 1994 or in 1994 or so where
 8   did you go?
 9        A.    Then I started this current position of
10   general sales and marketing.
11        Q.    And you generally work in Oskaloosa.
12        A.    Yes.
13        Q.    Am I correct that that's sometimes referred
14   to as Osky?
15        A.    That's correct.
16        Q.    I don't know if that's a term of endearment
17   or not, but I saw it on an e-mail.  And it's O-s-k-y.
18             MR. MANECHE:  Well done, Counselor.
19   BY MR. ANBINDER:
20        Q.    Now, general sales and marketing manager does
21   what?
22        A.    Responsible for all sales of Clow Valve
```

0014

```
 1    Company nationwide, the responsibility of 22 outside
 2    sales representatives and three sales offices located
 3    across the country.
 4         Q.   All told about how many people, if you can
 5    estimate, are you responsible for?
 6         A.   Forty.
 7         Q.   Now that includes -- I assume that includes
 8    Ms. Shepherd, who was here today.
 9         A.   That's correct.
10         Q.   And that would include Mr. Walston, who we
11    may talk to later.
12         A.   That is correct.
13         Q.   Does that include -- I don't want to cause
14    any friction, does that include Mr. Malloy or is Mr.
15    Malloy a separate division?
16         A.   No, he works for our controller.
17         Q.   I want to ask you some questions generally
18    about Clow.  Is it a publicly held -- this is just
19    mostly background so I understand.
20              Are you a publicly held corporation?
21         A.   No.
22         Q.   And I saw that you are part of the McWane
```

```
 1              MR. ANBINDER:   Fine, thank you.   I appreciate
 2   that clarification.
 3   BY MR. ANBINDER:
 4        Q.   Is Clow Company located only in Oskaloosa,
 5   aside from its outside sales reps., who I assume are
 6   throughout the country, is headquartered in Oskaloosa,
 7   correct?
 8        A.   Clow Valve Company is headquartered in
 9   Oskaloosa, yes.
10        Q.   And are there any other Clow locations in the
11   country besides your outside sales reps.?
12        A.   Yes.
13        Q.   Okay.  Where would they be?
14        A.   We have a manufacturing facility and a sales
15   office in Corona, California; and a warehouse and sales
16   office in Piedmont, South Carolina.
17        Q.   Are they also under you, those locations,
18   because they sound sales oriented?
19        A.   The sales side of the Corona operation would
20   fall under my umbrella.  The warehouse and sales office
21   in South Carolina would also be under my direction,
22   yes.
```

0019

```
 1        A.    Yeah.   Presently I don't know that we have
 2   any orders pending for the City of Baltimore.
 3        Q.    Okay.   But let's say in the early part of
 4   2001, just to take us back before the subject of this
 5   litigation, the City of Baltimore would be -- would
 6   have been one of those.
 7        A.    That's correct.
 8        Q.    Do you know approximately the number of
 9   employees which Clow generally has?
10        A.    The average number of employees over the
11   course of the last 12 months would be 450.
12        Q.    Including people who work in the outside
13   locations.
14        A.    That's correct.
15        Q.    And I suppose that the company is in
16   different divisions, set up in different divisions,
17   you're in the sales division.
18        A.    Yeah, that's probably a little more formal
19   than what we actually are.
20        Q.    How is it set up then?
21        A.    We have a general manager who is responsible
22   for all aspects of the operation.
```

0024

```
 1        A.    That's correct.
 2        Q.    If in January 2001 there were no standard
 3   operating procedures regarding the sales of valves, no
 4   written standard operating procedures regarding the
 5   sales of valves what, if anything, governed the way
 6   that you did business?
 7        A.    I would say just in having been in business
 8   for 125 years and having the experience passed on
 9   through the employees as they came in and the longevity
10   of the employees that we have that we just try to do
11   business the same way every time.
12        Q.    Is there a person within Clow who would have
13   the most knowledge of how the sales relationship is
14   with the City of Baltimore?
15        A.    That would be either Tom Walston or myself.
16        Q.    And Tom Walston is the outside sales rep.
17   governing -- which includes Baltimore, correct?
18        A.    That's correct.
19        Q.    And what's the rest of that territory that
20   includes Baltimore?
21        A.    Tom also covers all of New Jersey and Eastern
22   Pennsylvania, the State of Maryland, and the northern
```

0056

```
 1   contract or the purchase order before filling the
 2   order?  This is an order for a government.
 3            MR. MANECHE:  Okay.  I'm not trying to be
 4   difficult here but that's --
 5            MR. ANBINDER:  It's hard to tell.
 6            MR. MANECHE:  -- not a different question.
 7            MR. ANBINDER:  I know.  Well, I'm allowed.
 8            MR. MANECHE:  This is an expectation you're
 9   talking about, no longer are we talking about policies
10   and procedures.
11            MR. ANBINDER:  Well, I'm asking whether it
12   was a policy or procedure in September -- prior to
13   September of 2001 for the sales -- the inside sales
14   reps. to check their files before filling an order?
15            MR. MANECHE:  A written policy or procedure.
16            MR. ANBINDER:  Yes, that's a written policy
17   or procedure.
18            THE WITNESS:  The question as I understand it
19   is well, is there a written policy or was there a
20   written policy or procedure prior to September of 2001
21   requiring the inside sales representative to check the
22   contract or contract documents of a governmental agency
```

0057

```
 1   for an order placed from that governmental agency?
 2   BY MR. ANBINDER:
 3        Q.   Correct.
 4        A.   No.
 5        Q.   Was there any expectation that they would
 6   check?
 7             MR. MANECHE:  Objection.
 8             You may answer.
 9             Are you talking about in general or in the
10   specific sense?
11             THE WITNESS:  Check it for what?
12   BY MR. ANBINDER:
13        Q.   Any reason.
14        A.   It might be to check unit pricing, check
15   specifications, those types of things.
16        Q.   Thank you.  How do your outside sales reps.
17   know who they can talk -- how do they know who to deal
18   with with their government customers, deal with meaning
19   do business with?
20        A.   They have to go in and root that information
21   out of the governmental customer.
22        Q.   Did Clow Valve prior to September of 2001
```

0074

```
 1        Q.    And it's possible that it was when the bid
 2   was made.
 3        A.    That's possible.
 4        Q.    And one of the things we noticed first of all
 5   on the contract when we received it was that it is
 6   marked obsolete.  It's a rubber stamp marked obsolete,
 7   correct?
 8        A.    Yes.
 9        Q.    Could you please explain why it's marked
10   obsolete?
11        A.    That has to do with our ISO 9,001 2000
12   registration in that we had to go back through all of
13   our files and mark anything that was not current
14   obsolete.
15        Q.    And whether was this done?
16        A.    December -- it started December of 2002.
17        Q.    So at some point after that.
18        A.    Yes.
19        Q.    How was the determination made that it was
20   obsolete?
21        A.    I don't know the answer to that question.  I
22   was not involved in the process of doing that.
```

0077

```
 1        A.    Where it says page 8 at the bottom?
 2        Q.    Yes, sir.  It also says Clow-155 in the
 3   bottom right.
 4        A.    Thank you.  Okay.
 5        Q.    Now under Contract Period it says, "This is a
 6   requirements type contract," do you know what it means,
 7   requirements type contract?
 8        A.    To me that would mean --
 9              MR. MANECHE:  Are you asking him what he
10   thinks it means?
11   BY MR. ANBINDER:
12        Q.    Yes, what you think it means?
13        A.    To me that -- I would read that as the
14   requirements contract being we will purchase as
15   requirements prevail themselves.
16        Q.    Okay.  And the rest of that says, "for a
17   period of two years."
18              What does that mean to you, "for a period of
19   two years"?
20        A.    That it would be two years.
21        Q.    Is that sentence, that full sentence that we
22   just parsed, "this is a requirements type contract for
```

0078

```
 1   a period of two years" important to you as general
 2   sales manager?
 3               MR. MANECHE:  Objection.
 4               THE WITNESS:  No.
 5   BY MR. ANBINDER:
 6        Q.   Why not?
 7        A.   In doing business with governmental agencies,
 8   municipalities over the years what we found is that
 9   they tend to use the wording in this type of stuff to
10   whatever suits their advantage the best.
11               And so if all of a sudden they determine in a
12   period of one year that they can buy this product from
13   someone else cheaper than what they can buy it from me
14   for under the pricing that was given to them at the
15   time this bid was let, then chances are they're going
16   to go ahead and do that.
17               If they find that two years runs and they can
18   still buy the product from me at the pricing that was
19   let for this bid, then they will continue to buy it
20   from me thinking that they're going to get the best
21   deal.
22        Q.   Does that vary customer by -- government
```

0079

```
 1    customer by government customer?
 2         A.   Yes, some are more stringent than others.
 3         Q.   At any course as general sales manager did
 4    you receive any information from the City of Baltimore
 5    as to whether or not it was going to enforce that line
 6    of the contract?
 7              MR. MANECHE:  Which line?
 8              MR. ANBINDER:  The line I just read.
 9              MR. MANECHE:  The two year provision.
10              MR. ANBINDER:  Yes.
11              THE WITNESS:  I'm sorry, say the question --
12    BY MR. ANBINDER:
13         Q.   Did you have any conversations with anybody
14    from the City of Baltimore prior to September 2001
15    about the two-year term of this Contract BP-99083?
16         A.   Not that I recall.
17         Q.   Are you aware of anyone else who might have?
18         A.   No, (nods head negatively.)
19         Q.   When the order came in or what Clow calls an
20    order came in from the City of Baltimore for the
21    subject valves, do you know whether anyone in inside
22    sales reviewed this contract to determine the term of
```

0080

```
 1   the contract?
 2        A.    I don't know if when this order was received
 3   if anyone looked at this contract to determine the term
 4   length of time, no.
 5        Q.    Was there any requirement from you as sales
 6   manager that they review the contract?
 7              MR. MANECHE:  Objection.
 8              We've been over this, you can answer it
 9   again.
10              THE WITNESS:  When this order was received I
11   don't -- there was no written policy or procedure in
12   place.
13   BY MR. ANBINDER:
14        Q.    But was there any kind of policy or procedure
15   that wasn't written?  You said things were basically
16   institutionalized within Clow, correct, the way you did
17   things?
18              MR. MANECHE:  Objection.
19              I'm not sure that's a fair characterization
20   of what he said, but you may answer.
21              THE WITNESS:  What I testified to previously
22   was that over a period of doing business for 125 years
```

0081

1   and over employees training younger employees as they
2   come in, and the longevity of the employees that we
3   have yes, that we have established a certain routine.
4   BY MR. ANBINDER:
5       Q.    Well, let me ask you this, when this subject
6   order came into Clow and was on the desk of Shelley
7   Terrell, was she supposed to check this contract to see
8   what the term of the contract was?
9           MR. MANECHE:  Was she supposed to?
10  Objection.
11          THE WITNESS:  No, I don't know that she was
12  supposed to.
13  BY MR. ANBINDER:
14      Q.   Is there a risk in not checking for Clow
15  Valve in that an order could be placed under a contract
16  which might have expired by its terms?
17          MR. MANECHE:  Objection.
18          THE WITNESS:  Certainly no risk that we were
19  aware of.  It had never been an issue in the past.
20  BY MR. ANBINDER:
21      Q.   And would that be -- your answer it had not
22  come up in the past is that why there was no specific

0082

1    requirement that the contract be checked for the
2    contract term?
3        A.   Typically when a governmental agency,
4    municipality, water district gives us an order it's
5    because they want material.  We fill the order and ship
6    it and wait to get paid.
7            Like I say, the municipalities, governmental
8    agencies, water districts that we've dealt with on
9    these bid types of situations can sometimes run pretty
10   fast and loose with these things.
11           And so I don't know that there is a, you
12   know, a standard that would -- that you would say the
13   inside salesperson would be held accountable to.  You
14   would just if you thought you had an order, you would
15   go ahead and book it.
16       Q.   Now let me direct you down to the -- farther
17   down there if I might, sir, under Method of Purchasing.
18   And I will read the sentence, "Purchase orders or order
19   releases will be issued from time to time in such
20   quantities as may be needed by the City."
21           What does that sentence mean to you, sir?
22       A.   That means that in time from time to time the

0085

```
 1    them, would you consider yourself able to have a
 2    working knowledge of what it all means?
 3         A.    Fairly knowledgeable, yes.
 4         Q.    Okay.  Is it correct that by specifications
 5    within this contract it means this is what the City
 6    wants?
 7         A.    That's the way I would look at that.
 8         Q.    Can you tell by looking at these four pages
 9    whether the City has in its specifications that the
10    barrel indicator which came on some of the larger
11    valves?
12         A.    I don't see that in here anywhere.
13              MR. ANBINDER:  I'm aware that you've all
14    ordered lunch, so I'm going to try and get to a
15    stopping place.
16              (Discussion off the record.)
17              MR. ANBINDER:  Would you please mark this.
18              (Vore Deposition Exhibit Number 5 was marked
19    for identification and attached to the transcript.)
20    BY MR. ANBINDER:
21         Q.    Mr. Vore, as you review this document I'm
22    wondering whether you remember having seen it before?
```

0096

 1          Q.    Are these documents important to Clow Valve
 2     in any way?
 3          A.    Not particularly, no.
 4          Q.    And why is that?
 5          A.    Well, simply because as previously testified,
 6     we know that municipal customers of ours will run fast
 7     and loose with their purchase orders, contracts,
 8     whatever that they write and order what they need, and
 9     then deal with the dollars on a later date.
10          Q.    So when an order comes into Clow Valve, for
11     example, from the City of Baltimore, do you know
12     whether anybody from Clow Valve would check to see the
13     amount of the purchase order before filling that order?
14               MR. MANECHE:  Objection.
15               You've asked this question many times before,
16     but you can answer it again to the extent you
17     understand it, to the extent that you haven't already
18     answered it.
19               THE WITNESS:  There's no written policy that
20     would direct them to do that.  The normal course of
21     business would probably not cause them to go pull this
22     document from the file and look at it.

0097

```
 1   BY MR. ANBINDER:
 2        Q.   Thank you.
 3             (Discussion off the record.)
 4             (Vore Deposition Exhibit Number 9 was marked
 5   for identification and attached to the transcript.)
 6   BY MR. ANBINDER:
 7        Q.   Mr. Vore, I'm showing you now Vore Deposition
 8   Exhibit Number 9 which refers -- it says at the top,
 9   "This agreement, made this 2nd day of May, 2001."  And
10   it references in the second Whereas, Contract
11   BP-01170.
12             Are you familiar with this document?
13        A.   Not that I recall.
14        Q.   Okay.  Would it be important to you as the
15   general sales manager if the Contract BP-99083 that
16   we're discussing had been replaced by a second
17   contract?
18             MR. MANECHE:  Objection.
19             You may answer.
20             THE WITNESS:  No.
21   BY MR. ANBINDER:
22        Q.   And is that for the previously stated fast
```

0098

```
 1   and loose reason?
 2        A.   Yes.
 3        Q.   It would not indicate to you that the
 4   previous contract maybe was being replaced or was no
 5   longer valid?
 6             MR. MANECHE:  Objection.
 7             THE WITNESS:  No.
 8             (Vore Deposition Exhibit Number 10 was
 9   marked for identification and attached to the
10   transcript.)
11   BY MR. ANBINDER:
12        Q.   For the record, I'm showing you because I
13   didn't bring copies of this, but I believe all counsel
14   have seen it, what is labeled -- it's Vore Deposition
15   Exhibit Number 10.  At the top it says, Explanation Of
16   Business Meetings And Business Entertainment.  And on
17   the left it has the date 1999.
18             And I will represent that this is a document
19   which I received in response to discovery requests to
20   Clow Valve, and I'm going to show it to you just
21   generally, not with respect to anything listed on the
22   document but just when is that document -- I assume
```

0101

```
 1   asking him are there any more expense reports after
 2   1999 anywhere in Clow's files?  And I'm sure there are,
 3   but you have to specify with regard to the City of
 4   Baltimore.
 5   BY MR. ANBINDER:
 6        Q.   I apologize if I asked you a too broadly
 7   worded question but with the information that you now
 8   have do you know whether any other documents relating
 9   to this containing expenses spent on the City of
10   Baltimore might be if they exist?
11        A.   These documents are all maintained in
12   Oskaloosa so that's where they're all filed at.  Is
13   that what --
14        Q.   All right.  Did your sales reps. get an
15   allowance, a specific amount that they could spend?
16        A.   No.
17        Q.   Does Clow Valve keep a running total of money
18   spent against a purchase order?  And I can be more
19   specific, if you'd like.
20        A.   Please.
21        Q.   If the purchase order exists for say $100,000
22   and a customer purchases $25,000 worth of goods, does
```

0102

```
 1   Clow somewhere, somehow keep track of how much is left
 2   on that purchase order?
 3        A.   No.
 4        Q.   Prior to September 2001 had you ever heard of
 5   Walter Blimline, you personally?
 6        A.   Not that I recall.
 7        Q.   I think you said this before the lunch break,
 8   and I want to be sure I understand.  Do you leave it to
 9   your outside sales reps. to decide or to learn who they
10   should be dealing with purchasing -- accepting valve
11   orders from?
12        A.   Yes.
13        Q.   Okay.  And does Clow do any -- take any steps
14   to confirm whether or not that person does, in fact,
15   have the authority that the outside sales rep. says he
16   has?
17             MR. MANECHE:  Objection.
18             THE WITNESS:  Not that I can recall.
19   BY MR. ANBINDER:
20        Q.   When is the first time that you remember
21   hearing something about this issue involving the City
22   of Baltimore?
```