EXHIBIT S

0001

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3                        NORTHERN DIVISION
 4
 5      ------------------------------x
 6      CLOW VALVE COMPANY,           x
 7           Plaintiff                x
 8      v.                            x      Case No.
 9      MAYOR AND CITY COUNCIL OF     x      JFM 02 CV 3136
10      BALTIMORE CITY,               x
11           Defendant                x
12      ------------------------------x
13
14           Deposition of WILLIAM T. WALSTON, JR.
15                    Baltimore, Maryland
16                    Friday, May 2, 2003
17                        11:18 A.M.
18
19      Job No. 1-15305
20      Pages 1 - 105
21      Reported by:  Sharon D. Livingston, CSR-RPR
22
```

```
                                                                   0009
 1      A    Yes.
 2      Q    How long have you been with Clow Valve
 3 Company?
 4      A    I started November of 2000.
 5      Q    And your title is outside sales
 6 representative?
 7      A    Yes.
 8      Q    And that was your title when you started
 9 with Clow?
10      A    Yes.
11      Q    Where were you working before you started
12 with Clow?
13      A    Clow Pipe.
14      Q    And is Clow Pipe part of Clow Valve
15 Company?
16      A    They are one of the companies under the
17 McWane umbrella.
18      Q    And where was that job located?
19      A    Clow Pipe is based in Coshocton, Ohio,
20 C-o-s-h-o-c-t-o-n.
21      Q    What did you do for Clow Pipe?
22      A    Outside sales.
```

```
                                                            0020
 1   include government -- now that you're the outside
 2   sales rep for Clow Valve, it includes government, and
 3   it includes private entities?
 4        A    Yes.
 5        Q    Is there a breakdown, just roughly -- I
 6   won't hold you to it -- percentage-wise?
 7        A    Probably 95 percent private.
 8        Q    Can you estimate in that case because I --
 9             Well, let me ask you how many customers do
10   you have?  Do you know exactly?
11        A    Now I have three stocking distributors.
12   That's a distributor that has our product on the
13   ground and is selling it on a daily basis.
14        Q    And how many government entities do you
15   have of any sort, federal, state, local?
16        A    Not one that I'm selling right now
17   directly.
18        Q    As of September 1st, 2001, how many
19   governments did you service?
20        A    City of Baltimore.
21        Q    That was the only government that you had
22   worked, that you handled orders from?
```

```
                                                          0021
 1      A    Yes.
 2      Q    In the scope of things, at least as of
 3  September 1st, 2001, was the City of Baltimore
 4  considered a large customer, or did the distributors
 5  buy more stuff than the City did?
 6      A    It's hard to say.  You just never know
 7  what's going to happen.  You can't predict a sale or
 8  sales for a year.
 9           MR. MANECHE:  When you say large customer,
10  you mean in terms of annual sales?
11           MR. ANBINDER:  In terms of sales.
12           MR. MANECHE:  Okay.
13           MR. ANBINDER:  Not in terms of product
14  pieces.
15           MR. MANECHE:  Or in terms of size?
16           MR. ANBINDER:  Or in terms of size.  I'm
17  speaking in terms of annual sales.
18           MR. MANECHE:  Annual sales.
19      A    Again it's just hard to say.  You just
20  can't predict that.
21      Q    Did you learn in the course of your
22  experience, both before and after you worked at Clow
```

```
                                                                0023
 1      Q    If I'm misunderstanding --
 2      A    Yes, Baltimore City was the only government
 3  I would sell in my territory.
 4           MR. MANECHE:  Are you talking about --
 5  BY MR. ANBINDER:
 6      Q    That's for Clow Valve, and you sold no
 7  governments for Clow Pipe?
 8      A    Yes.
 9           MR. MANECHE:  If I can just object for a
10  second here.
11           MR. ANBINDER:  Sure.
12           MR. MANECHE:  You're mixing up Clow Valve
13  with Mr. Walston.  Clow Valve sells product to
14  government entities.
15           MR. ANBINDER: Right.  I was asking about
16  Mr. Walston.
17           MR. MANECHE:  You're talking about him
18  specifically?
19           MR. ANBINDER:  Him specifically.
20           MR. MANECHE:  Okay.  Because at times you
21  were asking about Clow Valve.
22  BY MR. ANBINDER:
```

```
                                                              0024
 1       Q    I apologize, I think you understood.
 2            Just to be sure, the City of Baltimore is
 3  the only government that you sold to for Clow Valve,
 4  correct?
 5       A    Yes.
 6            MR. MANECHE:  That Mr. Walston sold to.
 7  BY MR. ANBINDER:
 8       Q    You --
 9       A    Yes.
10       Q    -- right?  You, Mr. Walston?
11       A    (Nods head.)
12       Q    And I'll try to refer to you when I mean
13  you and Clow Valve when I'm referring to the
14  company.
15       A    Okay.
16       Q    I'll try and keep that straight.  Okay.
17            And to finish my thought, and you sold to
18  no governments, you personally, as a member of Clow
19  Pipe, correct?
20       A    Correct.
21       Q    Is it correct that you were a salaried
22  employee for Clow Valve?
```

```
                                                       0033
1       A    No, I haven't.
2       Q    Thank you.  I'm now going to show you
3  Walston 4, entitled, Change Order, which is also
4  labeled Clow 119.  I'd like to ask you if you have
5  ever seen that document before.
6       A    No.
7       Q    I'm going to show you Walston 5, which is
8  labeled Clow 117.  It says, Purchase Order, P, like
9  Paul, 179655.  I'd like to ask you if you've ever
10 seen that document before.
11      A    No.
12      Q    Thank you.
13           Do you know whether the City of Baltimore
14 had, as of September 2001, any limit to the amount of
15 money which could be spent on Clow Valve product?
16           MR. MANECHE:  Objection.  Go ahead.
17      A    No.
18      Q    Would it have been important to you to know
19 whether the City of Baltimore had a limit on the
20 amount of money that could be spent on Clow Valve
21 product --
22           MR. MANECHE:  Objection.  Go ahead.
```

```
                                                              0037
1      Q    Approximately when did that occur?
2      A    It was February of '01.
3      Q    Do you know why the sale never completed?
4      A    No.
5      Q    It was nothing on your end; is that
6    correct?
7      A    Right.
8      Q    Was there a particular person that you were
9    dealing with, or persons that you were dealing with,
10   in that incomplete sale in February 2001?
11          MR. MANECHE:  Persons being?
12          MR. ANBINDER:  Person or persons.
13   BY MR. ANBINDER:
14     Q    I mean who were you dealing with?
15          MR. MANECHE:  Generally?
16          MR. ANBINDER:  Specifically.
17          MR. MANECHE:  I mean are we talking City of
18   Baltimore?
19          MR. ANBINDER:  City of Baltimore, yes.
20     A    Walt Blimline.
21     Q    Had you met Mr. -- strike the question,
22   please.
```

```
                                                           0038
 1              I want to step back just a second because I
 2   want to ask you another contract question.
 3              Would it be important to you as the Clow
 4   outside sales representative to know if a contract
 5   between Clow Valve and the City of Baltimore had
 6   expired?
 7              MR. MANECHE:  Objection.  Go ahead.
 8        A     No.
 9        Q     And why not?
10        A     I would say that would be the business of
11   the City, not mine.
12        Q     Would it be correct to say that you would
13   not make any independent investigation on your own of
14   whether or not the contract had expired?
15              MR. MANECHE:  Objection.  Go ahead.
16        A     No.
17        Q     You would not conduct an investigation of
18   your own to determine whether the contract had
19   expired?
20              MR. MANECHE:  Objection.
21        A     No, I would not.
22        Q     And would you conduct an investigation of
```

```
                                                              0048
 1      Q    From you personally.
 2      A    Yes.
 3      Q    What was the next time that the City began
 4 to purchase Clow Valve material from you?
 5      A    September of '01.
 6      Q    And those would be the valves that are the
 7 subject of this sale, of this case?
 8      A    Yes.
 9      Q    I don't recall if I asked you.
10           Did you ever investigate to try to confirm
11 whether Walter Blimline was the person you should be
12 dealing with for the City of Baltimore to sell
13 valves?
14           MR. MANECHE:  Objection.  Go ahead.
15      A    No.
16      Q    Did you know, as of September 2001, who if
17 anyone might have been Mr. Blimline's superiors?
18           MR. MANECHE:  Who might have been or who
19 were?
20           MR. ANBINDER:  Who were.
21      A    No.
22      Q    As of September 2001, what was your
```

```
                                                      0063
 1   document was because it uses the term, barrel
 2   indicator, right above the words, open right.
 3           Do you see that?
 4      A    Yes.
 5      Q    Do you know why it says, barrel indicator?
 6      A    No, I don't.
 7      Q    Do you know what a barrel indicator is?
 8      A    Yes.
 9      Q    Do you know whether Walt Blimline or
10   anybody from the City of Baltimore said anything to
11   you about needing valves that have a barrel
12   indicator?
13      A    Yes, I spoke with Walt about indicators.
14      Q    And he told you?  Did he tell you something
15   about barrel indicators?
16      A    Yes.
17      Q    That he wanted them?
18      A    Yes.
19      Q    Was that after the time that you took this
20   initial information, or was it at the same time you
21   took the initial information?
22      A    It was after this.
```

```
                                                                  0064
 1       Q    And did you communicate that information to
 2  Shelley?
 3       A    Yes.
 4       Q    Do you recall why Walt Blimline would say
 5  or said that he wanted a barrel indicator?
 6            MR. MANECHE:  Wait a minute.  Does he know
 7  why?
 8  BY MR. ANBINDER:
 9       Q    The question is did Walt Blimline tell you
10  why he wanted a barrel indicator?
11       A    No.
12       Q    Were you aware at that time whether or not
13  the barrel indicator was part of the City valve
14  specifications?
15       A    No, I was not.
16            (Walston Deposition Exhibit 8 was marked
17  for identification and attached to transcript.)
18  BY MR. ANBINDER:
19       Q    Mr. Walston, here is Walston 8.  I assume
20  you have seen this document before.  I don't really
21  know.
22            Have you?
```

```
                                                             0065
 1       A    Yes.
 2       Q    What would you describe this document as?
 3       A    This is a sales order.
 4       Q    And is this something that would have come
 5  from Shelley?
 6       A    Yes.
 7       Q    And you believe that it was faxed from
 8  Shelley to Walt Blimline?
 9       A    Yes.
10       Q    Now, it mentions, in the middle there on
11  the top column, customer PO number, and it has the
12  number 179565.
13            Is that the number that came from Walter
14  Blimline?
15       A    Yes.
16       Q    Under special instructions it says, please
17  contact Walt Blimline 24 hours prior to delivery, and
18  it mentions a telephone number.
19            Was that just normal course of business, or
20  was that something he specifically requested?
21       A    I don't know.
22       Q    Would it have been important to you to know
```

```
                                                                0066
 1   whether or not the barrel indicator was actually part
 2   of the City's specifications?
 3           MR. MANECHE:  Objection.  Go ahead.
 4       A   No.
 5       Q   Is that because if Walt Blimline wanted it,
 6   then you would provide it?
 7       A   Yes.
 8           (Walston Deposition Exhibit 9 was marked
 9   for identification and attached to transcript.)
10   BY MR. ANBINDER:
11       Q   Mr. Walston, this is Walston Exhibit 9.  I
12   believe you've seen it before because I think I got
13   another copy of it from you this morning.
14           Have you seen that before?
15       A   Yes.
16       Q   It's dated 2-26-01.
17           Is this a document related to what I
18   referred to as the aborted sale of the valves in
19   February of 2001?
20       A   Yes.
21       Q   At the bottom it says, Walt will fax you a
22   confirming purchase order.
```

```
                                                              0090
 1      A    Yes.
 2      Q    And I think you said that didn't matter to
 3  you?
 4           MR. MANECHE:   Objection.  You can answer.
 5      A    Yes.
 6      Q    Did you know whether or not the contract
 7  under which these valves were ordered had expired by
 8  the terms of the contract?
 9           MR. MANECHE:   Objection.  I think we've
10  been over this, but you can answer.
11      A    No, I did not.
12      Q    And that didn't matter to you either?
13           MR. MANECHE:   Objection.  Go ahead.
14      A    No, it did not.
15      Q    What is your understanding if any of the
16  way the City of Baltimore authorizes money to be
17  spent on contracts like Clow Valve products?
18           MR. MANECHE:   Objection.  Go ahead.
19      A    I have no idea.
20      Q    In September of 2001 when the valve issue,
21  valve order arose, was it your belief that Walter
22  Blimline was authorized to place that order?
```

```
                                                              0091
1       A    Yes.
2       Q    And what exactly did you base that belief
3  on?
4       A    During one of our meetings he told me he
5  would be ordering valves.
6       Q    Was there anything that led you to believe,
7  besides that, that he had the authority of his
8  supervisors to place the order?
9            MR. MANECHE:  Objection.  Go ahead.
10      A    I don't know.
11      Q    Did you believe in September of 2001 that
12 Walter Blimline had the authority to place an order
13 for valves in excess of the amount on the purchase
14 order?
15           MR. MANECHE:  Objection.  I think we've
16 already established that he didn't know what the
17 amount of the purchase order was, so the question is
18 fundamentally flawed.
19 BY MR. ANBINDER:
20      Q    All right.  Well, that's correct.
21           You said you did not know the amount on the
22 purchase order, correct?
```