SEP-26-2001 WED 10:32 AM CLOW VALVE CO    FAX NO. 6416738269    P. 04

| ORDER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 | Original | Yes | PPD TO DEST |

| CONTRACT/JOB NAME AND NUMBER | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | ENTERED BY |
|---|---|---|---|---|---|
| 179565 | 10-22-01 | 4103960906 | 10-15-01 | 913 | MRT |

# CLOW VALVE COMPANY

| | CURRENT DATE | PAGE NO. | SALES ORDER NO. |
|---|---|---|---|
| NEW ORDER | 09-24-01 | 1 | 223719 |

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

S
H
I
P
T
O

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

EXHIBIT
tabbies
T

SPECIAL INSTRUCTIONS

PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| POS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 10.0 | 263003305101C0 | CLOW FSCT RW 3" MJ OR NRS ON (867) | 630.0000 | 10-22-01 | 4 | 132.00 |
| 20 | 20.0 | 263006305101C0 | CLOW FSCT RW 6" MJ OR NRS ON (867) | 2720.0000 | 10-22-01 | 4 | 195.00 |
| 30 | 17.0 | 263010305101C0 | CLOW FSCT RW 10" MJ OR NRS ON (867) | 5984.0000 | 10-22-01 | 4 | 472.00 |
| 40 | 6.0 | 263012305101C0 | CLOW FSCT RW 12" MJ OR NRS ON (867) | 2880.0000 | 10-22-01 | 4 | 597.00 |
| 50 | 6.0 | 263016305101HC | CLOW FSCT RW 16" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 7200.0000 | 1-12-01 | 4 | 3621.00 |
| 60 | 5.0 | 263016305101HD | CLOW FSCT RW 16" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 6000.0000 | 1-12-01 | 4 | 3400.00 |
| 70 | 5.0 | 263020305101HC | CLOW FSCT RW 20" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 9750.0000 | 1-12-01 | 4 | 5915.00 |
| 80 | 6.0 | 263020305101HD | CLOW FSCT RW 20" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11700.0000 | 1-12-01 | 4 | 5615.00 |
| 90 | 5.0 | 263024305101HC | CLOW FSCT RW 24" MJ OR NRS ON BGGC SP RTP BBL IND (867)BALTIMORE | 13750.0000 | 1-12-01 | 4 | 8020.00 |
| 100 | 4.0 | 263024305101HD | CLOW FSCT RW 24" MJ OR NRS ON SGGC SP RTP BBL IND (867)BALTIMORE | 11000.0000 | 1-12-01 | 4 | 7375.00 |

SEP-26-2001 WED 10:32 AM CLOW VALVE CO   FAX NO. 6416738269   P. 05

| DER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|
| 09-24-01 | 100 | | 136000 | 179565 | Original | | Yes | PPD TO DEST |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DELIVERY PHONE NO. | DELIVERY DATE | SALES REP. | | ENTERED BY |
| 179565 | | | 10-22-01 | 4103960906 | 10-15-01 | 913 | | MRT |
| | | | | | CURRENT DATE | PAGE NO. | | SALES ORDER NO. |
| | | | | NEW ORDER | 09-24-01 | 2 | | 223719 |

## CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SHIP TO:
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS
PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY
410-396-0906

| OS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| | | | sign X Walt Blimline | | | | |
| | | | Goods 188417.00 | Total Weight 71614.0000 | | | Total usd 188417.00 |

SEP-26-2001 WED 10:31 AM CLOW VALVE CO          FAX NO. 6416738269          P. 02

| ORDER DATE | COMPANY NO. | LOCATION | CUSTOMER NO. | CUSTOMER P.O. NO. | | DESTINATION | TAX | TERMS OF DELIVERY |
|---|---|---|---|---|---|---|---|---|
| 09-26-01 | 100 | | 136000 | 179565 | Original | | Yes | PPD TO DEST |
| CONTRACT/JOB NAME AND NUMBER | | | PLAN RECEIVE DATE | DEL.VERY PHONE NO. | DELIVERY DATE | SALES REP. | | ENTERED BY |
| 179565 | | | 12-19-01 | 4103960906 | 12-12-01 | 913 | | MRT |
| | | | | | CURRENT DATE | PAGE NO. | | SALES ORDER NO. |
| | | | NEW ORDER | | 09-26-01 | 1 | | 223806 |

# CLOW VALVE COMPANY

CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SHIP TO:
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

SPECIAL INSTRUCTIONS

| OS. | QUANTITY | ITEM NO. | DESCRIPTION | WEIGHT | PLANNED RECEIVE DATE | WHSE | UNIT PRICE |
|---|---|---|---|---|---|---|---|
| 10 | 6.0 | 261230305101HE | GV CLOW 30" MJ OR NRS ON BGGC SP BTM EP RTS BBL IND RTP E.C.(INT & EXT) | 35260.0000 | 12-19-01 | 4 | 14420.00 |
| 20 | 6.0 | 261230305101HF | GV CLOW 30" MJ OR NRS ON SGGC SP S/BP BBL IND RTP E.C.(INT & EXT) | 33840.0000 | 12-19-01 | 4 | 13810.00 |
| 30 | 6.0 | 261236305101HE | GV CLOW 36" FLG OR NRS ON BGGC S/BP RTS BBL IND RTP E.C.(INT & EXT)BALTIMORE | 58200.0000 | 12-19-01 | 4 | 18970.00 |
| 40 | 6.0 | 261236305101HF | GV CLOW 36" MJ OR NRS ON SGGC SP SIDE BP BBL IND RTP E.C.(INT & EXT)BALTIMORE | 58500.0000 | 12-19-01 | 4 | 18200.00 |

Sign X _Matt Blimline_

Goods
392400.00

Total Weight
185820.0000

Total usd
392400.00

EXHIBIT 4
Blimline
4-2-03  mb