EXHIBIT V

```
                                                           0001
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3                    (Northern Division)
 4
 5    -------------------------------x
                                     *
 6    CLOW VALVE COMPANY,            *
                                     *
 7              Plaintiff            *
                                     *
 8        v.                         *   Case No.
                                     *
 9    MAYOR AND CITY COUNCIL OF      *   JFM 02-CV-3136
                                     *
10    BALTIMORE CITY,                *
                                     *
11              Defendant            *
                                     *
12    -------------------------------x
13
14           Deposition of SHELLEY T. SHEPHERD
15                  Baltimore, Maryland
16                 Thursday, May 1, 2003
17                      9:24 a.m.
18
19
20    Job No.:  1-15302
21    Pages:  1 - 73
22    Reported by:  Marianne R. Hewitt
```

```
                                                              0018
 1   with it, but I've seen it.
 2   BY MR. JOHANSSON:
 3        Q.   Do you normally look at the contracts?
 4        A.   Look at.
 5        Q.   Yes.
 6        A.   Yes.
 7        Q.   And why do you look at them?
 8        A.   To see that they're there.
 9        Q.   Do you know why this cover page, Exhibit 1,
10   was stamped obsolete?
11        A.   Due to our new ISO procedures.
12        Q.   And could you explain what that is?
13        A.   No.
14        Q.   Do you know what the new ISO procedures are?
15        A.   Some of it.
16        Q.   Well, could you explain why you said it had
17   been stamped obsolete because of the new ISO
18   procedures?
19        A.   Because there is a sales trainee in the
20   office that was instructed to do so by my direct
21   supervisor, and his explanation was due to the new ISO
22   procedures.
```

```
                                                          0019
 1       Q.   There was a what, could --
 2       A.   A sales trainee.
 3       Q.   Okay.  A sales trainee stamped it obsolete.
 4       A.   Um-hum.
 5       Q.   And who was the sales trainee?
 6       A.   Brett Johnson.
 7       Q.   And what does he do?
 8       A.   He's training to be an outside salesman.
 9       Q.   Were you there when he stamped it obsolete?
10       A.   Yes.
11       Q.   Did you hear the discussion before he stamped
12  it obsolete?
13       A.   Yes.
14       Q.   And do you recall what that discussion was?
15       A.   Yes.
16       Q.   Could you tell me what that was?
17       A.   He was told to mark all bid files that were
18  two years and older with obsolete.
19       Q.   And do you know when that stamp was put on
20  there?
21       A.   This year.
22       Q.   In 2003.
```

```
                                                          0023
1      A.   Yeah.
2      Q.   Do you look at what the total amount is on
3 Exhibit 3?
4      A.   No.
5      Q.   Do you ever look at what the amount is on
6 purchase orders?
7      A.   Sometimes.
8      Q.   Under what circumstances do you look at the
9 amount?
10     A.   When it comes from a distributor.
11     Q.   And if it comes from a municipality?
12     A.   No.
13     Q.   Never.
14     A.   Never.
15     Q.   Is the purchase order amount in the computer
16 when you enter an order?
17     A.   No.
18     Q.   Just a purchase order number.
19     A.   I enter the number.
20     Q.   Of the purchase order.
21     A.   Yes.
22          MR. JOHANSSON:  Can I have this marked as
```

```
                                                          0060
 1   outside company that wrote them or if Clow themselves
 2   wrote them?
 3        A.   Clow wrote them.
 4        Q.   Okay.  You said because of the ISO procedures
 5   the contract with Baltimore City was stamped obsolete.
 6        A.   The 1999 contract for Baltimore City was
 7   stamped obsolete.
 8        Q.   And do you know why it was stamped obsolete?
 9        A.   Because it was more than two years old.
10        Q.   Did the ISO procedures state that any
11   contract more than two years is stamped obsolete?
12        A.   Any bid file that was more than two years old
13   needed to be stamped obsolete.
14        Q.   And what does it mean when a contract is
15   stamped obsolete?
16        A.   It means that it's --
17             MR. MANECHE:  Objection.
18             You can answer.
19             THE WITNESS:  It means that it's more than
20   two years old.
21   BY MR. JOHANSSON:
22        Q.   What do you do with the bid file once it's
```

```
                                                          0061
1   more than two years old?
2       A.   We keep it.
3       Q.   In the same place.
4       A.   They get moved around in the files.
5       Q.   Do you know why it's stamped obsolete?
6            MR. MANECHE:  Objection.
7            I think you've already asked that question
8   twice but okay.
9            MR. JOHANSSON:  Well, she said it's because
10  it's more than two years old --
11           MR. MANECHE:  Right.
12           MR. JOHANSSON:  -- but the reasoning.
13           THE WITNESS:  I don't know why they came up
14  with obsolete as the stamp, no.
15  BY MR. JOHANSSON:
16      Q.   Well, do you know why it's two years and
17  then it's stamped obsolete --
18      A.   No.
19           MR. MANECHE:  Objection.
20  BY MR. JOHANSSON:
21      Q.   -- the time frame?
22           MR. MANECHE:  Let me object before you
```