EXHIBIT X

# CHARTER
# OF
# BALTIMORE CITY

(Current through March 31, 2003)

Published by
BALTIMORE CITY DEPARTMENT OF LEGISLATIVE REFERENCE
Avery Aisenstark, Director
2003

(c) *Employment contingent on appropriation.*

No person shall be appointed or employed as a paid municipal officer or employee unless an appropriation to cover that person's compensation is included in the Ordinance of Estimates;

provided, however, that this provision shall not apply to:

(1) appointments or employments approved by resolution of the Board of Estimates, where funds are available for payment of the designated compensation; and

(2) persons whose appointment or employment is to be made and whose compensation is to be fixed by the Board of School Commissioners as provided in Section 63 of Article VII.

(d) *Increases beyond Ordinance of Estimates.*

Except in cases of promotion, the salary or compensation of no officer or employee of the City shall be increased beyond that set forth in the materials accompanying the proposed Ordinance of Estimates unless the increase be approved by the Board of Estimates upon the recommendation of the head of the agency concerned, and funds therefor are available in the appropriation allotted in the Ordinance of Estimates to the agency in question;

provided, however, that the Board of Estimates may adopt rules and regulations governing increments to be granted to employees whose classifications call for an annual increment until the maximum of such classification is reached;

provided, further, that nothing in this provision shall affect the power conferred by Section 63 of Article VII upon the Board of School Commissioners.

(e) *Payment intervals.*

The salaries of all municipal officers and employees, whether or not fixed by the Charter, shall be paid at such intervals, but not less frequently than semi-monthly, as the Board of Estimates may determine from time to time.

## § 11. Procurement.

(a) *Board of Estimates responsible.*

The Board of Estimates shall be responsible for awarding contracts and supervising all purchasing by the City as provided in this section and elsewhere in the Charter.

(b) *Contracts of $25,000 or more.*

(i) In contracting for any public work, or the purchase of any supplies (unless otherwise provided by ordinance for foodstuffs and related perishables), materials, equipment, or services other than professional services, involving an expenditure of twenty-five thousand dollars or more, for the City or by any municipal agency, advertisements for proposals shall first be published at least twice in two or more daily newspapers published in Baltimore City

Case 1:02-cv-03136-JFM    Document 14-24    Filed 06/16/2003    Page 3 of 4

    unless otherwise provided by the Charter. The first publication shall be made not less than ten nor more than ninety days prior to the day set for opening the bids.

  (ii) The City Council, by ordinance adopted by a majority of the members, may increase or decrease the dollar amounts provided in this subsection (b) for contracts requiring published advertisements.

  (iii) The contract for any public work or the purchase of any supplies (unless otherwise provided by ordinance for foodstuffs and related perishables), materials, equipment, or services other than professional services, involving an expenditure of five thousand dollars or more shall be made by the Board of Estimates in the manner provided in subsection (g).

(c) *Professional services.*

    All professional services contracted for by the City shall be engaged in the manner prescribed by resolution of the Board of Estimates.

(d) *Emergencies, etc.*

  (i) When any supplies, materials, equipment, services, or public works are of such a nature that no advantage will result in seeking, or it is not practicable to obtain, competitive bids, or when the need for such supplies, materials, equipment, services, or public works is of an emergency nature, and the using agency certifies this in writing to the Board of Estimates, with written notice to the Department of Finance, the provisions of subsection (b) may be dispensed with, but such purchase shall not be made, nor shall the City incur any obligation therefor, until approved by the Board of Estimates after considering the recommendation of the Department of Finance.

  (ii) In the event of an emergency of such a nature that the public welfare would be adversely affected by awaiting the approval of the Board of Estimates, the Department of Finance, upon application by the head of the municipal agency involved, may proceed to obtain the supplies, materials, equipment, services, or public works required without reference to the provisions of subsection (b); a full report of any such action shall be promptly submitted to the Board of Estimates.

(e) *Contracts of $5,000 - $25,000.*

    All purchases of services other than professional services, of property other than real estate or interests therein (except as may be otherwise provided by ordinance for foodstuffs and related perishables), and all other contracts involving an expenditure of more than $5,000 and less than $25,000 except those awarded by the Board of Estimates pursuant to the provisions of subsection (g), made by any municipal agency, in addition to compliance with other applicable provisions of the Charter, shall be submitted to the Board of Estimates for its approval and shall be binding upon the City only when so approved. The Board of Estimates may adopt rules and regulations governing the procedures and requirements to be followed by any municipal agency in making purchases or other contracts involving an expenditure of less than $25,000.

the Director shall retain out of the proceeds of sale the amount of taxes due from the delinquent, for which the levy or distraint shall have been made, with interest thereon, and all costs incurred in making the sale, and shall pay over the surplus, if any, to the owner of the property so levied upon and sold.

(c) *Other sales.*

All other sales of real or personal property, or interests therein, for nonpayment of taxes or other charges shall be conducted by such persons and in such manner as may be prescribed by law.

## § 16. Department of Finance: taxes as personal debt and lien.

All taxes and charges in the nature of taxes shall be the personal debt of the person against whom they are charged and recoverable as such, and shall also become a lien against the property assessed in the manner and to the extent provided by law.

## § 17. Department of Finance: purchasing.

(a) *Central purchasing system.*

The City shall have a centralized purchasing system, and the Department of Finance and all other municipal agencies shall cooperate fully to obtain the maximum benefits from this system.

(b) *Department to procure or approve procurement; competitive bidding.*

The Department shall procure, by purchase, lease or other acquisition, or shall approve the procurement of, all materials, supplies, and equipment, and all services, other than professional services, that municipal agencies use ("using agencies").

The Department shall insure that competitive bidding is used, and competitive prices are obtained, in purchasing these materials, supplies, equipment and services, to the fullest practicable extent.

(c) *Rules and regulations; standards.*

Subject to the approval of the Board of Estimates, the Department shall adopt rules and regulations that prescribe when, and the manner and form in which, using agencies will submit estimates of their procurement needs, make requisitions, and enter into contracts.

In cooperation with the using agencies, the Department shall adopt standards for materials, supplies, equipment, and services required by the using agencies.

(d) *Responsibility for storing, distributing, etc.*

Except as otherwise provided by the Charter as to the Department of Education, and unless special exception is made by resolution of the Board of Estimates, the Department shall be responsible for storing, distributing, disposing of and reclaiming materials, supplies, and equipment purchased for municipal agencies.