Clow Valve Company
v. Mayor and City Council of Baltimore City

Deponent: AUGUST WILLIAM SEVERN
April 2, 2003

Page 1

**EXHIBIT Y**

1       IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MARYLAND

3   CLOW VALVE COMPANY,            :

4           Plaintiff              :

5   vs.                            :   Case No.:

6   MAYOR AND CITY COUNCIL OF      :   JFM 02-3136

7   BALTIMORE CITY,                :

8           Defendant              :

9           ---------------------------

10      Deposition of AUGUST WILLIAM SEVERN, called for

11  examination by Counsel for the Plaintiff, having been

12  sworn by Martin J. Giordano, Registered Merit Reporter,

13  and a Notary Public in and for the State of Maryland,

14  taken at The Law Offices of Venable, Baetjer and

15  Howard, 2 Hopkins Plaza, Suite 1400, Baltimore,

16  Maryland, at 2:41 p.m., on Wednesday, April 2, 2003.

17          ---------------------------

18

19

20  Reported by:

21  Martin J. Giordano, RMR

IRWIN REPORTING & VIDEO, LLC                          410-494-1880

Clow Valve Company
v. Mayor and City Council of Baltimore City

Deponent: AUGUST WILLIAM SEVERN
April 2, 2003

**Page 14**

1   A. No.
2   Q. Okay. Why not?
3   A. Walt -- Walter's job usually comes under the
4  general superintendent or the division chief.
5   Q. Okay.
6   A. He feeds directly to the chief or to the
7  general superintendent.
8   Q. So he would have reported to -- in the 2001,
9  2002 time frame, he would have reported to Warren
10 Williams?
11  A. Warren Williams would be the chief, and I
12 think acting in that capacity of general would have
13 been Mr. Bressi -- Joe Bressi. Don't get those two
14 confused, now. Tony Bressi is his brother.
15  Q. That's what I was going to ask. You
16 anticipated my next question.
17     Mr. Severn, have you ever had any telephone
18 conversations with anyone at Clow Valve Company?
19  A. I don't recall any phone call, conversations
20 with Clow.
21  Q. Okay. You have met with Clow Valve

**Page 15**

1  representatives, though, have you?
2   A. I have met with Clow Valve representatives I
3  believe only one time, and that was in a meeting.
4   Q. Okay. When was that meeting?
5   A. Sometime in early -- I guess early 2002. I
6  don't remember the exact date. These people came from
7  out of town to meet with us about this order -- this
8  particular order we're talking about.
9   Q. All right. Do you recall who was at the
10 meeting?
11  A. There was a number of different people. I
12 don't recall everybody. I know Mr. Williams was there.
13 Mr. Blimline, Joe Bressi, and it was probably -- I
14 think three people from Clow. I don't remember their
15 names.
16  Q. You were here during Mr. Williams'
17 deposition, and did you recall him testifying, or do
18 you recall him testifying that he did most of the
19 talking at that meeting?
20  A. That's correct.
21  Q. Is that your recollection also?

**Page 16**

1   A. Yes. Uh-huh.
2   Q. What do you recall that he said?
3   A. Well, there were some questions about what --
4  did we order the valves, did we not order the valves,
5  and, according to Mr. Williams, he said that there was
6  no -- there was no documentation saying that we did
7  order the valves.
8   Q. You understand the valves that we're talking
9  about are valves that are sitting at the Washington
10 Boulevard yard right now?
11  A. Correct.
12  Q. Have you seen those valves yourself?
13  A. Yes, sir, I have.
14  Q. When is the last time you saw them?
15  A. The last time I was out there -- in fact, I
16 was out there a couple of days ago, look at them and
17 see -- look at some specific items on there.
18  Q. What were you looking at?
19  A. I was looking at the valve indicator that
20 would indicate whether the valve is open or closed.
21  Q. All right.

**Page 17**

1   A. That's something we wouldn't even spec in our
2  spec.
3   Q. All right. So that's out of spec in your
4  opinion?
5   A. Yes, sir.
6   Q. All right. Was there anything else in the
7  valves that you considered out of spec?
8   A. I went over them pretty well, and actually
9  that would be the only thing that I could -- that I
10 could see that would be out of the spec, out of the
11 realm of the spec.
12  Q. Is the indicator you're referring to
13 sometimes called a barrel?
14  A. I've never heard it called that.
15  Q. All right.
16  A. I'm not saying it's not. I'm just not aware.
17  Q. Did you notice whether the indicator was
18 affixed to the outside of the valve?
19  A. Yes.
20  Q. Did you notice whether or not the indicator
21 could be removed?

5 (Pages 14 to 17)

410-494-1880

IRWIN REPORTING & VIDEO, LLC

Page 18

1  A.  I do believe it can be removed with some
2  modifications, because the stem has to be removed, too,
3  that it's attached to.
4  Q.  How many other times do you estimate that
5  you've been out to the Washington Boulevard yard to
6  look at the Clow valves that are there now?
7  A.  I remember going out, oh, sometime between --
8  God. I'm trying to think -- October of 2001 and
9  December of 2001, and that was the period of time that
10 the valves were -- all these valves were being
11 delivered, because Mr. Greg Scheining had asked --
12 Mr. Williams had asked me, "What about these valves?
13 Why are all these valves coming in -- these large-
14 diameter valves," which is very unusual for us to buy
15 large-diameter valves in that quantity. So I went out
16 to look at it. Just looking at the valves with that
17 indicator on it would tell me that that's something we
18 would not spec.
19 Q.  Okay. That was sometime, you said, between
20 October and December of 2001?
21 A.  Yeah. The valves started coming in, I

Page 19

1  believe, in October, and then they finished up in
2  December, I do believe, and I don't know what phase
3  that the large valves came in. I don't know whether it
4  was the beginning or the end. I don't remember.
5  Q.  Did you know who manufactured the valves when
6  you saw them?
7  A.  Excuse me?
8  Q.  Could you tell who manufactured the valves
9  when you saw them coming in?
10 A.  Yeah. Clow's name was on them.
11 Q.  Did you contact Clow Valve, or did you ask
12 anyone to contact Clow Valve to see what the hell was
13 going on?
14 A.  I asked Mr. Blimline. I asked Mr. Williams
15 after going out and looking at them. I talked to
16 Mr. Williams, and we both were talking to Mr. Blimline
17 about the valves and the amount of valves that we had
18 out that came in -- the large-diameter valves that came
19 in.
20 Q.  Do you recall exactly what you said to
21 Mr. Blimline regarding those large-diameter valves in

Page 20

1  particular?
2  A.  Well, the thing that I told him, that we
3  would not have spec'd that indicator on there, because
4  it's open faced. The gears are open, and we don't spec
5  anything with open-face gears. Everything is
6  closed-face gears. The indicator is an open-faced
7  gear, which wouldn't be in our specs.
8  Q.  What did Mr. Blimline say in response to
9  that?
10 A.  He was -- I don't remember when he did it,
11 but he was to get in touch with Clow Valve and explain
12 to them those problems and all the valves -- the amount
13 of valves we got. Not only what -- the operator, but
14 the amount of valves that we have.
15 Q.  But you didn't contact Clow directly; is that
16 correct?
17 A.  No, sir. Uh-uh.
18 Q.  Was it your understanding that Mr. Blimline
19 was going to make that contact himself?
20 A.  Yes.
21 Q.  Did you ever follow up with Mr. Blimline to

Page 21

1  determine whether he called Clow Valve regarding these
2  issues and what Clow Valve had said in response?
3  A.  I had talked to Mr. Blimline several times
4  about that, and he said, yes, he was in contact and
5  they would make good the problems that we're having.
6  Q.  Okay. So he suggested to you that he was
7  handling the problem?
8  A.  That's right. Uh-huh.
9  Q.  Did you make any independent investigation to
10 determine whether that was, in fact, the case?
11 A.  No, sir.
12 Q.  When, if at all, did you begin to realize
13 that the problem was not being resolved?
14 A.  I would guess that -- I heard -- I heard that
15 we had a meeting that -- with Clow Valve about the
16 payment for the valves that we received, and I guess,
17 after that first initial touch base with Mr. Blimline,
18 that would probably be the next time I actually
19 followed up anything with it.
20 Q.  Okay.
21 A.  It wasn't in my job to do -- follow up with

**Clow Valve Company**
**v. Mayor and City Council of Baltimore City**

Deponent: AUGUST WILLIAM SEVERN
April 2, 2003

### Page 34

1     Q. When you were there, did you note that all of
2 the Clow valves had been shrink wrapped?
3     A. They were shrink wrapped, but, from people
4 looking at it -- looking at the valves, people that
5 look at it, they managed to tear some of the shrink
6 wrap, and some of it may have fallen down, so probably
7 some of them have to be shrink wrapped again.
8     Q. And this was how recently that you saw this?
9     A. Probably a week ago, a few days ago. I don't
10 recall exactly.
11     Q. Let me show you quickly, Mr. Severn, what was
12 marked as Blimline Exhibit 3. Do you see at the bottom
13 there is a question regarding epoxy coating?
14     A. Uh-huh.
15     Q. What does that say exactly?
16     A. Epoxy coating on interior -- I'm not sure
17 what that means -- and exterior.
18     Q. Do you recall what the Baltimore City
19 specification is with regard to epoxy coating?
20     A. I don't know that, but I know it does require
21 epoxy coating.

### Page 35

1     Q. Okay. So the answer most likely would be
2 that epoxy coating, yes, it should be part of the spec?
3     A. Yes.
4     Q. Okay.
5     MR. MANECHE: I think that's all I have.
6     MR. ANBINDER: Okay.
7     EXAMINATION BY MR. ANBINDER:
8     Q. I just have one sort of -- Mr. Severn, you
9 mentioned several -- three, I think, things that
10 indicated the valves did not meet specifications, and,
11 when Mr. Maneche asked you again, you had mentioned two
12 of them, so I just want to be sure that we properly
13 cover the record in terms of those things that you
14 believe -- those things about the valves that do not
15 meet the specifications.
16     Could you just run through them again?
17     MR. MANECHE: Objection.
18     A. Well --
19     MR. MANECHE: Go ahead. I'm just objecting
20 for the record.
21     THE WITNESS: Okay.

### Page 36

1     A. The stem that you operate the valve with from
2 a -- it's a gallas nut that sits on the top, and you
3 would put your key into that. That is probably about a
4 foot high. Coming down that stem, you have a worm
5 gear, which is another part of that stem, I do believe,
6 and then you have the indicator that goes back and
7 forth that this gear goes around as your valve turns.
8 The indicator, the worm gear, and that stem would not
9 be in our specs.
10     MR. MANECHE: All right.
11     MR. ANBINDER: That's all.
12     MR. MANECHE: Okay.
13     EXAMINATION BY MR. MANECHE:
14     Q. Just a follow-up question, and I think I've
15 asked this already, too, but, if you removed the
16 indicator, wouldn't that clear up the problem with the
17 worm gear as well as the size of the stem?
18     A. No. You'd have to change that stem to sit
19 probably about an inch, inch and a half from the gear
20 box itself.
21     Q. Could that be done, though, without

### Page 37

1 reconstructing the valve?
2     A. I don't know -- I would say yes. I would say
3 yes, but I'm not a manufacturer, so I don't know that's
4 all that would be involved with it.
5     MR. ANBINDER: That's all, and we will read
6 and sign.
7     MR. MANECHE: Thanks for your time.
8     (Thereupon, at 3:23 p.m., the deposition was
9 concluded.)