**EXHIBIT Z**

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

CLOW VALVE COMPANY      :
    Plaintiff   :
v.                      : JFM 02-3136
MAYOR AND CITY COUNCIL  :
OF BALTIMORE CITY       :
    Defendant   :
----------

Telephone 30(b)(6) Deposition of CLOW VALVE COMPANY
By and through its designee JERRY BOTTENFIELD
Baltimore, Maryland
Tuesday, April 29, 2003
2:55 p.m.

Job No: 1-16023
Pages: 1 - 61
Reported by: Dawn M. Hart, RPR-RMR, Notary Public

## Page 2

Telephone 30(B)(6) deposition of Clow Valve Company, by and through its designee Jerry Bottenfield, taken at the law offices of:

Venable, Baetjer & Howard
1800 Mercantile Bank and Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

Pursuant to Notice, before Dawn M. Hart, RPR-RMR, Notary Public in and for the State of Maryland.

## Page 3

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
  MARK D. MANECHE, ESQUIRE
  VENABLE, BAETJER AND HOWARD
  1800 Mercantile Bank and Trust Building
  2 Hopkins Plaza
  Baltimore, Maryland 21201
  (410) 244-7400

ON BEHALF OF THE DEFENDANT:
  JUSTIN J. KING, ESQUIRE
  ROBERT D. ANBINDER, ESQUIRE
  NICHOLAS JOHANSSON, ESQUIRE
  BALTIMORE CITY LAW DEPARTMENT
  City Hall, LL Room 81
  100 Holliday Street
  Baltimore, Maryland 21202
  (410) 396-3204

ORIGINAL

## Page 4

CONTENTS

EXAMINATION OF JERRY BOTTENFIELD    PAGE
By Mr. Johansson    5
By Mr. Maneche    50
By Mr. Johansson    54

EXHIBITS
(No exhibits were marked.)

33

1  big valves that have to be manhandled that I
2  couldn't give you a specific time it would take for
3  any given valve size.
4     Q  Would it be expensive to do this, to
5  change a valve from right-opening to left-opening or
6  vice versa?
7        MR. MANECHE: I'm going to object to the
8  use of the term expensive, but you may answer it to
9  the extent that you understand it.
10    A  Expensive isn't very definitive.
11    Q  Do you know a price range to change --
12    A  No, I do not.
13    Q  -- the valve?
14       But besides labor and a valve stem and a
15 valve nut, nothing else would be required to change
16 a left opening valve to make it a right opening
17 valve?
18    A  That's correct.
19    Q  The resilient seat gate valve, can you
20 change a resilient seat gate valve from left-opening
21 to right-opening?
22    A  Yes.

34

1     Q  And how about, can you change a double
2  disk gate valve from left-opening to right-opening?
3     A  Yes.
4     Q  Did those valves require the same
5  procedure to change the valve from left-opening to
6  right-opening?
7     A  Yes.
8     Q  Could you change the -- correct me if I'm
9  wrong -- is it the gear housing for the gearing on a
10 valve?
11    A  Yes.
12    Q  So you could change it from -- you said
13 there were two different types of gear housing?
14    A  Yes.
15    Q  You could change a valve from one to the
16 other?
17    A  Yes, we can.
18    Q  And what would that require you to do?
19    A  Same thing as on a double -- or a
20 resilient seated gate valve. You have to remove
21 that actuator and put another actuator in its place.
22    Q  Does that require anything but a different

35

1  actuator?
2     A  Just to change the number of turns?
3     Q  Yes.
4     A  No.
5     Q  Are you familiar with Philadelphia's water
6  system and the type of valves that they use?
7     A  No, I am not.
8     Q  Are you familiar with Richmond, the City
9  of Richmond, Virginia, and the types of valves they
10 use?
11    A  No.
12    Q  Are you familiar with Howard County and
13 the types of valves they use?
14       MR. MANECHE: That would be Howard County,
15 Maryland.
16    A  No, I am not.
17    Q  Let's talk about the indicator barrel.
18 Are you familiar with what that is?
19    A  Yes.
20    Q  Could you explain what an indicator barrel
21 is?
22    A  An indicator barrel is a device that will

36

1  count revolutions, input stem and the actuator.
2     Q  Can an indicator barrel be put on any
3  valve?
4     A  Not sure.
5     Q  How often -- on what percentage of valves
6  do you put indicator barrels on them?
7     A  Do not know. However, it is extremely
8  low.
9     Q  Would you say extremely low is less than
10 ten percent?
11    A  Yes.
12    Q  An indicator barrel leaves the stem
13 exposed; is that correct?
14    A  Yes, it does.
15    Q  By leaving the stem exposed, could rocks
16 or objects get into the indicator barrel?
17    A  Into the indicator barrel?
18    Q  Or the stem of the indicator barrel.
19    A  It could come in contact with that stem,
20 yes.
21    Q  And could that make it difficult to turn?
22    A  It's conceivable.

37

1  Q  Yeah, turn the -- what were you saying?
2     MR. MANECHE: Right, I think you
3  interrupted him before he finished his question. So
4  why don't you finish your question.
5  Q  Can that dirt make it difficult to open
6  the valve?
7     MR. MANECHE: I'm going to object to the
8  question.
9     You can go ahead and answer it,
10 Mr. Bottenfield.
11 A  It's conceivable it could, yes.
12 Q  And if a valve does not have an indicator
13 barrel, the gear housing isn't closed; is that
14 right?
15 A  Yes.
16 Q  Which means it would prevent dirt and
17 rocks from getting in there, into that gear housing?
18 A  That's the purpose, yes.
19 Q  Can an indicator barrel be removed from a
20 valve once it's been attached?
21 A  Yes, it can.
22 Q  And what would that entail?

38

1  A  Loosening some bolts that attach it to the
2  actuator case.
3  Q  Is there anything else required to remove
4  the indicator barrel?
5  A  Not to remove the indicator barrel only,
6  no.
7  Q  Is there anything else that comes with an
8  indicator barrel that could be removed?
9  A  The indicator or the actuator input shaft
10 is special for that barrel.
11 Q  And when you say the actuator input shaft,
12 what do you mean? What are you referring to?
13 A  That's the input shaft to the actuator,
14 which is the shaft the operator uses to operate the
15 valve.
16 Q  Is that the same as a stem?
17 A  No.
18 Q  Is it connected to the stem?
19 A  No.
20 Q  Now, when you have a barrel, usually you
21 have a larger piece extending than you normally
22 would from the top of the valve, is that --

39

1  A  It does stand higher than an actuator, a
2  valve and actuator that does not have the barrel, or
3  barrel indicator on it, yes.
4  Q  So if you remove the barrel indicator, the
5  valve would stand -- continue to stand higher?
6     MR. MANECHE: I'm going to object.
7  A  Yes.
8     MR. MANECHE: I think that's the opposite
9  of what he just said, but maybe I'm wrong. Can you
10 ask and answer the question again, please?
11    MR. ANBINDER: Ask him to answer it again.
12 BY MR. JOHANSSON:
13 Q  If you remove the barrel indicator, you
14 said valves with a barrel indicator stand higher
15 because it has a larger actuator; is that right?
16 A  No, the input stem.
17 Q  Input stem?
18 A  The actuator is a little longer for valves
19 that require the barrel indicator.
20 Q  When you said that the barrel indicator
21 could be removed, does that mean leaving the longer
22 actuator stem in the valve?

40

1  A  Yes. It can be removed without removing
2  the input stem to the actuator. But we would not
3  ship the, ship the valve that way.
4  Q  So can you remove the input stem while
5  removing the barrel indicator?
6  A  Not without disassembling the actuator
7  case.
8  Q  Okay. But if you disassembled the
9  actuator case, then you can do that?
10 A  Yes, you can.
11 Q  Is that a difficult process to do?
12 A  Define difficult.
13 Q  Could you do that? Could you remove --
14 open up the actuator?
15 A  Yes, I could.
16 Q  Do Baltimore specifications -- could you
17 hold on for one second, please?
18    MR. MANECHE: Go off the record for a
19 second.
20    (Discussion off the record.)
21    MR. JOHANSSON: Back on the record.
22 BY MR. JOHANSSON: