| | | |
|---|---|---|
| CLOW VALVE COMPANY | : | IN THE |
| Plaintiff | : | UNITED STATES |
| v. | : | DISTRICT COURT FOR |
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY | : | THE DISTRICT OF MARYLAND (Northern Division) |
| | : | |
| Defendant | | Case No. JFM 02 CV3136 |
| | : | |

## AFFIDAVIT OF AUGUST SEVERN

I HEREBY CERTIFY that on this _11th_ day of _June_, 2003, before me a Notary Public in and for the State aforesaid, personally appeared August Severn, who made oath in due form as follows:

1. I am General Superintendent for the Utility Maintenance Division, Bureau of Water and Waste Water, Department of Public Works, City of Baltimore and have a thorough knowledge of the needs of the City and its contract with Clow Valve Company.

2. I have examined the valves which are the subject of the above-captioned matter.

3. All Clow Valves 16 inches and above contain a "barrel indicator" which does not meet the specifications demanded of Clow by the City in Contract BP-99083 and BP-01170.

4. This barrel indicator leaves the threads and other parts of the mechanism exposed, resulting in a clogged and/or eroded gear and requiring maintenance.

5. These values also contain a stem which extends 12 – 14 inches out of the gearing. This stem also does not meet City specifications.

6. The total price for the non-conforming valves is $563,991.00.

7. That I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing statements are true.

8. That I am over eighteen years of age and competent to testify to said facts.

_____
AUGUST SEVERN
Affiant


_____
NOTARY PUBLIC


My Commission Expires:   11/1/03