CI_ OF BALTIMORE
BUF_ U OF PURCHASES

# PURCHASE ORDER

REQUISITION NUMBER: R179565 0
ORDER DATE: 05/23/00

NUMBER & COMMODITY NUMBER, IF ANY, MUST APPEAR ON ALL PACKAGES, INVOICES, SHIPPING PAPERS AND DROP SHIPMENTS:

P179565

SUPPLIER NUMBER: 205624

ISSUED T_
CLOV_ VALVE CO
902 S_ UTH 2ND STREET
OSK/_OOSA, IA 52577

UNLESS OTHERWISE SPECIFIED, RENDER SEPARATE INVOICE FOR EACH ORDER AND EACH SHIPMENT.

INVOICES TO BE SUBMITTED IN TRIPLICATE TO: DISBURSEMENTS DIVISION, 7th FLOOR, 401 E. FAYETTE ST. BALTIMORE, MARYLAND 21202

ADDRESS RELATED CORRESPONDENCE TO: BUREAU OF PURCHASES, 231 E. BALTIMORE ST., SUITE 300 BALTIMORE, MARYLAND 21202

FOR ADDITIONAL INFORMATION CALL:

DEPARTMENTAL INFORMATION ONLY

SHIP TO & DELIVERY
DPW_ UTIL.MAINT.STORM
2331 _. FULTON STREET 1ST. FLOOR
BAL_ MORE, MD 21217
Con_ _t Mark Vece On 396-5732 For Additional Information

BUDGET ACCOUNT NUMBER: G271-010-170-09-000
WORK ORDER:

| DELIVER ON OR BEFORE | BID OR CONTRACT NUMBER | BUYER | FOB | TERMS |
|---|---|---|---|---|
| A_ REQUIRED | 99083 | 53 | DEL | 2% 20 NET 30 DAYS |

| LINE NO. | COMMODITY NUMBER | QUANTITY | UNIT | UNIT PRICE | DESCRIPTION | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 01 | | 1 | LOT | 100000.00 | BLANKET ORDER FOR BALTIMORE STANDARD VALVES AS MANUFACTURED BY CLOW VALVE CO. TO BE DELIVERED AS REQUIRED AND IVOICED IN ACCORDANCE WITH THE CITY CONTRACT.<br><br>B/.E 5-12-99<br><br>THIS ORDER CANCELS AND SUPERCEDES P162235 DATED 5-21-99 | 100,000.00 |
| 02 | | | | | THIS BLANKET ORDER MUST BE USED IN CONJUNCTION WITH THE BALTIMORE CITY VENDOR DELIVERY AUTHORIZATION FORM. | 0.00 |
| 03 | B_ | | | | MAIL INVOICES IN TRIPLICATE TO:<br>CITY OF BALTIMORE<br>UTILITY MAINTENANCE<br>2331 N. FULTON AVENUE<br>BALTIMORE, MD 21217 | 0.00 |
| | | | | | Total | $100,000.00 |

RECEIVED
JUN 05 2000
CLOW VALVE CO.

DEPOSITION EXHIBIT
Vore
NO. 7 5-1-03
MARIANNE R. HEWITT
L.A.D. REPORTING COMPANY, INC.

EXHIBIT
I

FOR MAYOR & CITY COUNCIL
CITY PURCHASING AGENT

SE_ REVERSE SIDE FOR IMPORTANT PURCHASE CONDITIONS TO BE

5/23

1320-14-2 REV. 4/98

CLOW-118