# CLOW VALVE COMPANY

INVOICE NO. 98106249

PAGE 1

**SOLD TO:**
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
BALTIMORE, MD 21217

**SHIP TO:**
CITY OF BALTIMORE
UTILITY MAINT.
2331 N. FULTON AVE.
PO# 179565
BALTIMORE, MD 21217

| CUSTOMER P.O. NO. | SALES ORDER NO. | ORDER DATE | SALES REP. | DESTINATION | INVOICE DATE | COMPANY NAME | CUSTOMER NO. |
|---|---|---|---|---|---|---|---|
| 179565 | 223719 | 09-24-01 | 913 | | 10-01-01 | Clow Valve Company | 136000 |

| DELIVERY DATE | CONTRACT / JOB NAME | ENTERED BY | TRACER NO. | FORWARDING AGENT | TERMS OF DELIVERY |
|---|---|---|---|---|---|
| 10-01-01 | 179565 | MRT | | Kuhn | PPD to DES |

| POS. | QUANTITY | ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 30 | 16.0000 | 26301030510100 | PLEASE CONTACT WALT BLIMLINE 24 HRS PRIOR TO DELIVERY 410-396-0906<br>CLOW FSCT RW 10" MJ OR NRS ON (867) | 472.00 | 7552.00 |

ALL SALES ARE SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, INCLUDING WARRANTY, DISCLAIMER AND LIMITATION OF REMEDIES.

NOTE: IF QUANTITY SHIPPED IS LESS THAN QUANTITY ORDERED BALANCE WILL FOLLOW

Less 2% if paid on or before 10-30-2001
Deduct Cash Discount   151.04

**TOTAL AMOUNT $  7552.00**

CLOW VALVE COMPANY HEREBY CERTIFIES THAT THE GOODS REFERRED TO HEREIN WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 & 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**Remit to Clow Valve Company**
P.O. Box 91544
Chicago, IL 60693