C O P Y
VENABLE, BAETJER AND HOWARD, LLP

VENABLE, BAETJER AND HOWARD, LLP
Including professional corporations

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

OFFICES IN

MARYLAND
WASHINGTON, D.C.
VIRGINIA



Writer's Direct Number
410-244-7826

December 2, 2002

Robert D. Anbinder, Esquire
Office of the City Solicitor
City Hall
100 N. Holliday Street
Baltimore, Maryland 21202

Re: <u>Clow Valve Co. v. Mayor and City Counsel of Baltimore City</u>,
Civil Action No. JFM 02-CV-3136

Dear Bob:

As you know, Clow Valve representative Tom Walston and I visited the City of Baltimore Department of Public Works ("DPW's") facility at 2947 Washington Boulevard on November 22, 2002. Along with your colleagues, Nick Johansen, Ernie Wickle and Steve Wright, we toured the DPW facility and inspected the City's inventory of Clow Valve products, particularly those valves that are the subject of the pending litigation between Clow Valve and the City.

All five of us agree that the DPW currently has in its possession 128 Clow Valves manufactured and shipped in 2001. Specifically, it is now undisputed that the DPW has in its inventory the following Clow Valve products:

| | |
|---|---|
| 10 | vertical 3" valves |
| 20 | vertical 6" valves |
| 5 | vertical 10" valves |
| 8 | horizontal 10" valves |
| 23 | vertical 16" valves |
| 6 | horizontal 16" valves |
| 12 | vertical 20" valves |
| 11 | horizontal 20" valves |
| 4 | vertical 24" valves |
| 5 | horizontal 24" valves |
| 6 | vertical 30" valves |
| 6 | horizontal 30" valves |
| 6 | vertical 36" valves |
| 6 | horizontal 36" valves |



VENABLE, BAETJER AND HOWARD, LLP

Robert D. Anbinder, Esquire
December 2, 2002
Page 2

     Clow Valve specially manufactured these valves in accordance with City of Baltimore specifications and pursuant to purchase orders approved and signed by Walt Blimline of the DPW. It is now clear that the City received and accepted the valves listed above, as well as four additional 10" valves that are apparently no longer in the DPW inventory. Frank Rumney, a DPW employee who assisted us with the inventory inspection, confirms that the Clow Valves listed above – which are readily identifiable by their bright orange color and the Clow Valve markings thereon – arrived at the Washington Boulevard facility sometime in late 2001.

     Having confirmed that these Clow Valve products were in fact delivered to the City as agreed, there is simply no valid basis for the City to continue refusing to pay for those valves that are the subject of the Complaint in this case. I ask that the City reconsider its untenable position in light of the inventory conducted on November 22, 2002. Clow Valve lived up to its end of the bargain, as everyone now agrees, and it is time for the City finally to pay for the Clow Valve products it received.

     Please give this matter your prompt and full attention and feel free to call me with any questions.

                              Very truly yours,

                              Mark D. Maneche

BA2DOCS1\202407.01