BP-03179

**BIDDER CHECK LIST**

HAVE YOU SIGNED BID
SIGNED AFFIDAVIT PAGE
INCLUDED PROPER BID BOND
FILLED OUT ALL APPLICABLE FORMS
RETURNED ORIGINAL & DUPLICATE
COPIES OF BID DOCUMENTS



# CITY OF BALTIMORE

## SPECIFICATIONS AND PROPOSAL

### FOR

## BALTIMORE RESILIENT WEDGE GATE & BUTTERFLY VALVES

### TO - THE BUREAU OF PURCHASES

### CONTRACT NUMBER – BP-03179

### RETAIN THIS COPY FOR YOUR FILE

### DATE DUE   JUNE 4, 2003   11:00 A.M.

NOTE: QUESTIONS CONCERNING THESE SPECIFICATIONS AND PROPOSAL SHOULD BE DIRECTED TO THE BUYER.

<u>JOHN R. DAVIS, BUYER SUPERVISOR</u>
TELEPHONE - (410) 396-5736
FAX - (410) 396-1822
EMAIL john.davis@baltimorecity.gov

# DETAILED SPECIFICATIONS

# BALTIMORE CITY RESILIENT SEATED GATE VALVES
# SIZES 4" THROUGH 12"

## GENERAL

RESILIENT WEDGE GATE VALVES SHALL BE ENCAPSULATED SOLID WEDGE WITH SEALING MECHANISM IN ACCORDANCE WITH AWWA C-509 OR C-515 AS MANUFACTURED BY U.S. PIPE, M & H, AMERICAN FLOW CONTROL, CLOW, KENNEDY AND MUELLER CO. ALL GATE VALVES SHALL COMPLY WITH AWWA C-509 OR C-515 (LATEST EDITION) EXCEPT AS MODIFIED BY THESE SPECIFICATIONS. IN ANY AND ALL CASES OF CONFLICT BETWEEN THESE SPECIFICATIONS AND AWWA C-509 OR C-515, THESE SPECIFICATIONS SHALL GOVERN BUT ONLY TO THE EXTENT OF SUCH CONFLICT.

## PRESSURE RATING

| WWP | TEST |
|---|---|
| 250psi | 500psi |

## END CONNECTIONS

VALVE ENDS SHALL BE DESIGNED FOR:

1. FLANGED (ANSI B16.1 – 125#)
2. MECHANICAL JOINT (AWWA C-111)
3. FLANGED X MECHANICAL JOINT

## TAPPING VALVES

WHEN USED AS A TAPPING VALVE, THE INSIDE DIAMETER OF THE WATER WAY SHALL BE AT LEAST ¼" GREATER THAN THE SHELL CUTTER. THE END CONFIRGURATION SHALL BE TAPPING FLANGE (MSSP – 60) X MECHANICAL JOINT.

## MATERIALS

THE VALVE BODY SHALL BE CAST IRON OR DUCTILE IRON. ALL CAST IRON SHALL CONFORM TO ASTM A-126 CLASS B; DUCTILE IRON SHALL BE ASTM A-395 OR ASTM A-536. STEMS SHALL BE MANGANESE BRONZE (ASTM B-132) HAVING A MINIMUM TENSILE STRENTH OF 60,000 psi. BONNET BOLTS AND NUTS SHALL BE STAINLESS STEEL IN ACCORDANCE WITH ASTM A-193 GR. B.8 304SS, ANSI B 18.2.1 AND ASTM A 194 GR. B.8 304SS, ANSI B18.2.2 RESPECTIVELY.

MAY 30 2003 10:36 FR M-H VALVE CO    256 741 6217 TO CLOW VALVE    P.10

## VALVE CONSTRUCTION

GATE VALVES SHALL BE OF THE NON-RISING STEM TYPE WITH "O" RINGS. WHEN BOTH "O" RINGS ARE LOCATED ABOVE THE THRUST COLLAR, THE BEARING AREA SHALL BE FUSION-BONDED EPOXY COATED AND CONTAIN A THERMOPLASTIC WASHER TO REDUCE FRICTION.

VALVES SHALL BE PROTECTED WITH AN EPOXY COATING THAT IS IN FULL COMPLIANCE WITH AWWA C-550.

VALVES SHALL BE CLOCKWISE TURING TO OPEN WITH AN AWWA OPERATING NUT.

### TABLE 1 – ACCEPTABLE RESILIENT GATE VALVES 4" – 12"

| MANUFACTURER | VALVE |
|---|---|
| AMERICAN FLOW | SERIES 2500 |
| KENNEDY | KEN-SEAL NRS |
| M & H | 4067 NRS |
| MUELLER | A-2360 NRS |
| U.S. PIPE | METROSEAL 250 NRS |
| CLOW | F6100 SERIES |

### TABLE II – VALVE TURNS

ALL VALVES SHALL HAVE A MAXIMUM OF THREE DIAMETERS PLUS 3 TURNS.

### BALTIMORE CITY RESILIENT SEATED GATE VALVES
### LARGE DIAMETER SIZES 16" AND 24"

## GENERAL

RESILIENT WEDGE GATE VALVES SHALL BE RUBBER ENCAPSULATED SOLID GATE, WITH A SEALING MECHANISM IN ACCORDANCE WITH AWWA C-509 OR C-515 AS MANUFACTURED BY U.S. PIPE, M & H, AMERICAN FLOW CONTROL, CLOW, KENNEDY VALVE AND MUELLER COMPANY. ALL GATE VALVES SHALL COMPLY WITH AWWA C-509 OR C-515 (LATEST EDITION), EXCEPT AS MODIFIED BY THESE SPECIFICATIONS. IN ANY AND ALL CASES OF CONFLICT BETWEEN THESE SPECIFICATIONS AND AWWA C-509 OR C-515, THESE SPECIFICATIONS SHALL GOVERN BUT ONLY TO THE EXTENT OF SUCH CONFLICT.

## PRESSURE RATING

| SIZE | WWP | TEST |
|---|---|---|
| 16" – 24" | 250 psi | 500 psi |

MAY 30 2003 10:36 FR M-H VALVE CO      256 741 6217 TO CLOW VALUE      P.11

## END CONNECTIONS

VALVES SHALL BE DESIGNED FOR:

1. FLANGED (ANSI B16.I-125#)
2. MECHANICAL JOINT (AWWA C-111)
3. FLANGED BY MECHANICAL JOINT

## TAPPING VALVES

WHEN USING A TAPPING VALVE, THE INSIDE DIAMETER OF THE WATERWAY SHALL BE AT LEAST ¼" GREATER THAN THE SHELL CUTTER. THE END CONFIGURATION SHALL BE FLANGE X MECHANICAL JOINT.

## MATERIALS

THE VALVE BODY SHALL BE CAST IRON OR DUCTILE IRON. ALL CAST IRON SHALL CONFORM TO ASTM A-126 CLASS B; DUCTILE IRON SHALL BE ASTM A395 OR ASTM A536. STEMS SHALL BE MANGANESE BRONZE (ASTM B-132) HAVING A MINIMUM TENSILE STRENGTH OF 60,000 psi. BONNET BOLTS AND NUTS SHALL BE STAINLESS STEEL IN ACCORDANCE WITH ASTM A-193 GR.B.8 304SS, ANSI B 18.2.1 AND ASTM A 194 GR.B.8 304SS, ANSI B18.2.2 RESPECTIVELY.

## VALVE CONSTRUCTION

GATE VALVES SHALL BE OF THE NON-RISING STEM TYPE WITH "O" RINGS. WHEN BOTH "O" RINGS ARE LOCATED ABOVE THE THRUST COLLAR, THE BEARING AREA SHALL BE FUSION-BONDED EPOXY COATED AND CONTAIN A THERMOPLASTIC WASHER TO REDUCE FRICTION. WHEN THE THRUST COLLAR IS LOCATED BETWEEN TWO "O" RINGS THE ENTIRE SPACE BETWEEN THE "O" RINGS SHALL BE LUBRICATED.

VALVES SHALL BE PROTECTED WITH AN EPOXY COATING THAT IS IN FULL COMPLIANCE WITH AWWA C-550.

VALVES SHALL BE CLOCKWISE TURNING TO OPEN WITH AN AWWA OPERATING NUT.

## TABLE I

| MANUFACTURER | VALVE |
| --- | --- |
| AMERICAN FLOW | SERIES 2500 |
| KENNEDY | KEN-SEAL NRS |
| M & H | 4067 NRS |
| MUELLER | A-2361 MODEL |
| U.S. PIPE | METROSEAL 250 NRS |
| CLOW | F6100 SERIES |

MAY 30 2003 10:37 FR M-H VALVE CO   256 741 6217 TO CLOW VALVE   P.12

## TABLE II VALVE TURNS

| DIAMETER | MIN. – MAX. TURNS |
|---|---|
| 16" VERTICAL | 50-51 (NO GEARING) |
| 16" HORIZONTAL | 95-110 (GEARING) |
| 20" VERTICAL | 62-63 (NO GEARING) |
| 20" HORIZONTAL | 120-135 (GEARING) |
| 24" VERTICAL | 95-155 (GEARING) |
| 24" HORIZONTAL | 95-155 (GEARING) |

## BALTIMORE CITY RUBBER-SEATED BUTTERFLY VALVE SPECIFICATIONS
## SIZES 30-INCH THROUGH 72-INCH

### GENERAL

BUTTERFLY VALVES SHALL CONFORM TO AWWA STANDARD SPECIFICATIONS C-504.00, RUBBER-SEATED BUTTERFLY VALVES (THE LATEST REVISION), OR AS HEREIN SPECIFIED. ALL VALVES SHALL BE "CLOCKWISE TURNING" TO OPEN.

### PRESSURE RATING

ALL VALVES SHALL BE RATED FOR 250 PSIG DIFFERENTIAL OPERATING PRESSURE. THE RATING SHALL BE BASED ON A DESIGN STRESS OF 3 TO 1 ON THE YIELD STRENGTH OR 5 TO 1 ON A TENSILE STRENGTH OF THE MATERIALS USED.

### END CONNECTIONS

VALVES SHALL BE DESIGNED FOR:

1. FLANGED (ANSI B16.1 CLASS 250) – VALVE SIZES 54-INCH TO 72-INCH
2. MECHANICAL JOINT (AWWA C-111) – VALVE SIZES 30-INCH TO 48-INCH

### VALVE CONSTRUCTION

### BODY:

VALVES SHALL BE RUBBER SEATED AND BUBBLE TIGHT IN BOTH DIRECTIONS. THE VALVE BODY SHALL BE CONSTRUCTED OF CAST IRON ASTM A-126 CLASS B. FLANGES SHALL BE IN STRICT ACCORDANCE WITH ANSI B16.1 CLASS 250 WHERE APPLICABLE. MECHANICAL JOINT ENDS SHALL MEET THE REQUIREMENTS OF AWWA C110/ANSI A21.11. MINIMAL BODY WALL THICKNESS SHALL BE EQUAL TO THAT SPECIFIED IN AWWA STANDARD C504, TABLE 1 FOR CLASS 250B GRAY IRON BODY MATERIAL. VALVES SHALL HAVE "250" CAST INTO THE BODY CASTING. THE ENTIRE VALVE BODY, BOTH INTERNAL AND EXTERNAL SURFACES, EXCEPT FOR THE SEATING SURFACE, SHALL BE EPOXY COATED. THE EPOXY COATING SHALL BE A MINIMUM OF 7 MILS NOMINAL OF NSF APPROVED 2-PART EPOXY, (TNEMEC OR AN APPROVED EQUAL).

DISC:

THE VALVE DISC SHALL BE DESIGNATED AND TESTED IN ACCORDANCE WITH AWWA C504.00. THWE VALVE DISC SHALL BE CONSTRUCTED OF STAINLESS STEEL ASTM A-296, GRADE CF8M, CAST IRON ASTM A-48, CLASS 40 OR DUCTILE IRON ASTM A-536, GRADE 65-45-12. THE DISC EDGE SHALL HAVE A STAINLESS STEEL, TYPE 316 EDGES, SIZES 30-INCH THROUGH 48-INCH AND A MINIMUM TYPE 304 FOR SIZES ABOVE 54-INCH, FOR MATING WITH THE RUBBER SEAT. DISCS SHALL BE OF THE FLOW THROUGH DESIGN WITH NO INTERNAL CORES OR RIBS TRANSVERSE TO THE FLOW.

SEAT:

THE VALVE SEAT SHALL BE OF A RUBBER COMPOUND COMPLYING WITH AWWA C504.00, SECTION 8. VALVE SEATS SHALL BE LOCATED IN THE VALVE BODY AND BE RETAINED BY MECHANICAL MEANS WITHOUT RETAINING RINGS, SEGMENTS, SCREWS OR HARDWARE OF ANY KIND IN THE FLOW STREAM. VALVES EMPLOYING SNAP RINGS, RETAINING RINGS OR SCREWS THAT PENETRATE THE RUBBER WILL NOT BE ACCEPTED. SEATS SHALL BE A FULL 360 DEGREES WITHOUT INTERUPTION AND HAVE A PLURALITY OF GROVES MATING WITH THE SPHERICAL DISC EDGE-SEATING SURFACE.

SHAFTS:

VALVE SHAFTS SHALL BE STAINLESS STEEL ASTM A-564, TYPE 630, CONDITION H-1100. STUB SHAFTS OF THROUGH SHAFTS ARE ACCEPTABLE. THE VALVE SHAFT/DISC CONNECTION SHALL BE MADE THROUGH THE USE OF ON-CENTER TAPER PINS. TAPER PINS SHALL BE MADE OF THE SAME MATERIAL AS THE SHAFT. THE MATERIAL SHALLSHALL BE ASTM A-564, TYPE 630, CONDITION H-1100. SHAFT SEALS SHALL BE SPLIT V-TYPE, SELF-ADJUSTING. O-RINGS ARE NOT ACCEPTABLE. VALVES SHALL BE SUPPLIED WITH 1-1/4-INCH SQUARE EXTENSION SHAFTS, IN 10-FOOT LENGTHS, WHICH ARE TO BE CUT AND ASSEMBLED IN THE FIELD INSTALLATIONS.

VALVE OVERTORQUE PROTECTOR:

ALL BUTTERFLY VALVES SHALL BE SUPPLIED WITH AN AVERTORQUE PROTECTOR, AS MANUFACTURED BY AUNSPACH CONTROLS COMPANY, MODEL D86BW-250.

ACTUATORS:

ALL ACTUATORS SHALL MEET DESIGH REQUIREMENTS AS SPECIFIED IN AWWA C504-00. MECHANICAL STOPS SHALL BE PROVIDED IN ACCORDANCE WITH AWWA C504-00 MAXIMUM INPUT LOAD REQUIREMENTS AND CAPABLE OF ADJUSTMENT FOR 90 DEGREE (+/-5%) OF VALVE TRAVEL. THE VALVE ACTUATOR SHALL BE SUITABLR FOR BURIED SERVICE. THE GEARING SHALL BE SUCH AS TO LOCATE THE OPERATING NUT IN THE VERTICAL POSITION. ALL ACTUATER GEARS SHALL BE FOR QUARTER TURN VALVE APPLICATIONS. THE INPUT SHAFT SHALL BE STAINLESS STEEL WITH BRONZE BUSHINGS AT THE OUTPUT DRIVE

SLEEVE AND SHALL ALSO BE EQUIPED WITH ADJUSTABLE MECHANICAL STOPS TO PREVENT OVER TRAVEL OF THE VALVE DISC IN THE OPEN AND CLOSED POSITIONS. A STOP-LIMITING DEVICE SHALL BE PROVIDED IN THE INPUT TO THE OPERATORS FOR OPEN AND CLOSED POSITION AND ALL OPERATOR COMPONENTS BETWEEN THE INPUT AND THESE STOPS SHALL BE DESIGNATED TO WITHSTAND WITHOUT DAMAGE AN INPUT TORQUE OF 300-FOOT POUNDS. GEARING PROVIDED ON THE VALVES SHALL BE SUCH AS TO PROVIDE OPERATION WITH AN AVERAGE 80-FOOT POINDS INPUT TORQUE AT THE OPERATING NUT.

THE VALVE OPERATOR SHALL BE SIZED TO OPERATE THE VALVE WITH THE SPECIFIED FLOW AND PRESSURE IN EITHER DIRECTION.

MAXIMUM VELOCITY..................................................FT/SEC_____

MAXIMUM OPERATING PRESSURE..........................PSI_____

TABLE 1 - ACCEPTED 30-INCH THROUGH 72-INCH BUTTERFLY VALVES

| | |
|---|---|
| PRATT | TRITON HP-250 |
| MUELLER | LINESEAL XP |
| DEZURIK | AWWA BUTTERFLY VALVE |

TABLE 2 - ACCEPTED 30-INCH TO 48-INCH BUTTERFLY VALVE ACTUATORS (TRAVELING NUT TYPE)

| | |
|---|---|
| PRATT | MDT SERIES |
| MUELLER | MDT SERIES |
| DEZURIK | LA SERIES |

TABLE 3 - ACCEPTED 54-INCH TO 72-INCH BUTTERFLY VALVE ACTUATORS (WORM GEAR TYPE)

| | |
|---|---|
| EIM CONTROLS | WB SERIES |
| LIMITORQUE | WTRA SERIES |
| AUMA | GS SERIES |

**NOTE: ALL VALVES CONTAINED IN THE PRECEEDING DETAILED SPECIFICATIONS MUST BE FURNISHED COMPLETE WITH MJ ACCESSORIES KITS AND KIT COST MUST BE EMBEDDED IN THE UNIT COST OF EACH VALVE.**

15