# M&H/KENNEDY VALVE COMPANY

# BID TABULATION FORM

Date of Letting: 6/11/2003  
Salesman: Burkardt  
M&H/KV Totals: see below  
M&H/KV Discou: 43.0%  

Valves: RW  
Hydrants: 4 1/2  

DD: see below  
5 1/4  

Date of Price Book  

Municipal ☒  
Contractor ☐  

City: City of Baltimore  
Low Bidder: M&H - KV - Mueller  
Low Bidder Totals: see below  
Low Bidder Discount: see below  

Awarded To: pending - line item award M&H \ KV  

Specifications or Comments: M&H not approved on BFV - will seek to get approval based on bid Dist. Discount 43% thru 12", 34% 14" and up

| Bidder Qty. | Item | M&H Price | % | Kennedy Price | % | Mueller Price | % | Price | % | Cost To Distributor | List Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 4" MJ RSGV w/acc | 140.00 | 58.2% | 141.00 | 57.9% | 144.17 | 57.0% | | | 191.11 | 335.28 |
| 500 | 6" MJ RSGV w/acc | 182.00 | 58.1% | 183.00 | 57.8% | 186.62 | 57.0% | | | 247.39 | 434.01 |
| 30 | 8" MJ RSGV w/acc | 283.00 | 58.1% | 284.00 | 57.9% | 290.99 | 56.9% | | | 384.86 | 675.20 |
| 45 | 10" MJ RSGV w/acc | 440.00 | 58.1% | 442.00 | 57.9% | 451.19 | 57.0% | | | 598.10 | 1,049.29 |
| 45 | 12" MJ RSGV w/acc | 557.00 | 58.0% | 559.00 | 57.9% | 570.29 | 57.0% | | | 755.96 | 1,326.25 |
| | Sub Total thru 12" | 149,955.00 | | 150,705.00 | | 153,773.10 | | | | | |
| 10 | 16" MJ RSGV w/acc less g | 1,959.00 | 57.0% | 1,968.00 | 56.8% | 1,914.80 | 57.9% | | | 2,595.21 | 4,553.00 |
| 10 | 20" MJ RSGV w/acc less g | 4,796.00 | 45.2% | 3,847.00 | 56.0% | 3,760.35 | 57.0% | | | 5,771.70 | 8,745.00 |
| 2 | 24" MJ RSGV w/acc w/sg | 6,541.00 | 56.0% | 6,570.00 | 55.8% | 7,270.05 | 51.1% | | | 9,811.75 | 14,868.29 |
| 10 | 16" MJ RSGV w/acc w\ bg | 2,773.00 | 56.0% | 2,770.00 | 56.1% | 2,710.35 | 57.0% | | | 4,159.88 | 6,303.00 |
| 10 | 20" MJ RSGV w/acc w\ bg | 4,815.00 | 56.0% | 4,837.00 | 55.8% | 4,706.44 | 57.0% | | | 7,223.70 | 10,945.00 |
| 3 | 24" MJ RSGV w/acc w\ bg | 6,576.00 | 56.0% | 6,608.00 | 55.8% | 6,429.37 | 57.0% | | | 8,522.64 | 14,952.00 |
| | Sub Total 14" & up low bid | 32,672.00 | | | | 131,059.51 | | | | | |
| 10 | 30" BFV Class 250, MJ w/acc | 4,500.00 | | 4,800.00 | | 6,889.00 | | | | | POA |
| 10 | 36" BFV Class 250, MJ w/acc | 5,800.00 | | 6,000.00 | | 8,949.00 | | | | | POA |
| | Sub total BFV | 103,000.00 | | 108,000.00 | | 156,480.00 | | | | | |
| | TOTAL | 429,201.00 | | 425,869.00 | | 903,529.32 | | 0.00 | | $0.00 | $446,513.08 |
| | Terms | 2% 30, net 31 | | 2% 30, net 31 | | 2% 30, net 31 | | | | | |