```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3                       (Northern Division)

 4   CLOW VALVE COMPANY          :

 5            Plaintiff          :

 6   v.                          : JFM 02-3136

 7   MAYOR AND CITY COUNCIL      :

 8   OF BALTIMORE CITY           :

 9            Defendant          :

10                       -----------

11   Telephone 30(b)(6) Deposition of CLOW VALVE COMPANY

12      By and through its designee JERRY BOTTENFIELD

13                     Baltimore, Maryland

14                   Tuesday, April 29, 2003

15                         2:55 p.m.

16   Job No:  1-16023

17   Pages: 1 - 61

18   Reported by:  Dawn M. Hart, RPR-RMR, Notary Public
```

COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

37

1  Q  Yeah, turn the -- what were you saying?

2  MR. MANECHE: Right, I think you
3  interrupted him before he finished his question. So
4  why don't you finish your question.

5  Q  Can that dirt make it difficult to open
6  the valve?

7  MR. MANECHE: I'm going to object to the
8  question.

9  You can go ahead and answer it,
10  Mr. Bottenfield.

11  A  It's conceivable it could, yes.

12  Q  And if a valve does not have an indicator
13  barrel, the gear housing isn't closed; is that
14  right?

15  A  Yes.

16  Q  Which means it would prevent dirt and
17  rocks from getting in there, into that gear housing?

18  A  That's the purpose, yes.

19  Q  Can an indicator barrel be removed from a
20  valve once it's been attached?

21  A  Yes, it can.

22  Q  And what would that entail?

TELEPHONE 30(b)(6) DEPOSITION OF CLOW VALVE BOTTENFIELD
CONDUCTED ON TUESDAY, APRIL 29, 2003

38

1    A    Loosening some bolts that attach it to the
2  actuator case.
3    Q    Is there anything else required to remove
4  the indicator barrel?
5    A    Not to remove the indicator barrel only,
6  no.
7    Q    Is there anything else that comes with an
8  indicator barrel that could be removed?
9    A    The indicator or the actuator input shaft
10 is special for that barrel.
11   Q    And when you say the actuator input shaft,
12 what do you mean?  What are you referring to?
13   A    That's the input shaft to the actuator,
14 which is the shaft the operator uses to operate the
15 valve.
16   Q    Is that the same as a stem?
17   A    No.
18   Q    Is it connected to the stem?
19   A    No.
20   Q    Now, when you have a barrel, usually you
21 have a larger piece extending than you normally
22 would from the top of the valve, is that --