IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CLOW VALVE COMPANY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.  JFM 02-3136 |
| | ) | |
| MAYOR and CITY COUNCIL OF BALTIMORE CITY | ) ) | |
| | ) | |
| Defendants. | ) | |

### *ERRATUM* TO PLAINTIFF CLOW VALVE COMPANY'S COMBINED MEMORANDUM IN OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT AND IN REPLY TO CITY OF BALTIMORE'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Please note that on page 17, line 14 of Plaintiff Clow Valve Company's Combined Memorandum in Opposition to Cross-Motion for Summary Judgment and in Reply to City of Baltimore's Response to Motion for Summary Judgment, the word "allude" should read "elude."

                                          /s/
                                  Otho M. Thompson
                                  Mark D. Maneche
                                  Venable, Baetjer and Howard, LLP
                                  1800 Mercantile Bank & Trust Building
                                  Two Hopkins Plaza
                                  Baltimore, Maryland  21201
                                  (410) 244-7400

                                  Jayna Partain Lamar
                                  MAYNARD, COOPER & GALE, P.C.
                                  1901 Sixth Avenue North
                                  2400 AmSouth/Harbert Plaza
                                  Birmingham, Alabama 35203-2618
                                  (205) 254-1000

                                  *Attorneys for Plaintiff Clow Valve Company, a*
                                  *division of McWane, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2003, a copy of this *Erratum* to Plaintiff Clow Valve Company's Combined Memorandum in Opposition to Cross-Motion for Summary Judgment and in Reply to City of Baltimore's Response to Motion for Summary Judgment was transmitted by electronic filing to:

>Robert D. Anbinder, Esquire
>Assistant City Solicitor
>Department of Law
>Room 81
>100 North Holliday Street
>Baltimore, Maryland 21202

/s/
Mark D. Maneche