| | | |
|---|---|---|
| CLOW VALVE COMPANY | : | IN THE |
|    Plaintiff | : | UNITED STATES |
| v. | : | DISTRICT COURT FOR |
| MAYOR AND CITY COUNCIL OF BALTIMORE CITY | : | THE DISTRICT OF MARYLAND (Northern Division) |
| | : | |
|    Defendant | : | Case No. JFM 02 CV3136 |
| | : | |

:..................................................

## AFFIDAVIT OF AUGUST SEVERN

I HEREBY CERTIFY that on this 17th day of July, 2003, before me a Notary Public in and for the State aforesaid, personally appeared August Severn, who made oath in due form as follows:

1. I am General Superintendent for the Utility Maintenance Division, Bureau of Water and Waste Water, Department of Public Works, City of Baltimore and have a thorough knowledge regarding the City's use of water valves.

2. In 2003, the City created a new initiative called the valve exercise program.

3. The purpose of this program is to test the functionality of all water valves and repair or replace any broken or malfunctioning valves.

4. The City requested bids for valves to use for the valve exercise program.

5. The City changed its specifications to use butterfly valves instead of double disk gate valves in November 2002.

**EXHIBIT 1**

6. Butterfly valves are much better suited for use in the Baltimore City water system.

7. Butterfly valves are significantly cheaper.

8. Butterfly valves require less torque to operate. One person using a valve-operating key can operate a butterfly valve while it takes a minimum of two people or a valve-operating machine to operate a double disk gate valve.

9. Installation time is shorter.

10. There is no need for an expensive pre-poured vault in most situations. The butterfly valve can be direct buried. Even where a pre-poured vault is required, the vault is smaller & cheaper.

11. Double disk gate valves must be installed in a vault, which requires a larger cut in the street and longer closure of the street.

12. Butterfly valves have fewer moving parts, resulting in lower maintenance frequency and cost.

13. Butterfly valves have a lower water leakage factor in a closed position.

14. No bypass valve is required on butterfly valves as in the case of double disc valves.

15. Butterfly valve parts are easily available as there are large numbers of manufacturers as compared with double disk gate valves where there are very few manufacturers and availability of spare parts for maintenance is limited.

16. That I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing statements are true.

17. That I am over eighteen years of age and competent to testify to said facts.

                                                                 AUGUST SEVERN
                                                                 Affiant

                                                                 NOTARY PUBLIC

My Commission Expires:

Counsel hereby certifies that he has a signed notarized copy of the foregoing document available for inspection at any time by the court or a party to this action.

3