Writer's Direct Number:
(410) 244-7826

July 21, 2003

**VIA ELECTRONIC FILING**

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Clow Valve Co. v. Mayor and City Council of Baltimore City,
              Civil Action No.: JFM-02-3136

Dear Judge Motz:

      I write to advise the Court that I have conferred with counsel for the City of Baltimore ("the City"), Robert Anbinder, regarding the possibility of settlement in this case. While the parties have been unable to make significant progress in private negotiations, both sides continue to feel that reference of this matter to a Magistrate Judge of this Court for a formal settlement conference would be a worthwhile endeavor. To that end, the parties would request that the case be referred to Magistrate Judge Grimm for settlement purposes only; however, if he is unavailable in the near future, then the parties would alternatively request that this matter be referred to another Magistrate Judge at the Court's earliest convenience. To the extent that a formal settlement conference may prove successful, the parties are eager to proceed as soon as possible.

      A separate letter requesting leave to file a short summary judgment surreply memorandum will follow this letter.

                    Respectfully,

                    /s/

                    Mark D. Maneche
                    *Counsel for Plaintiff Clow Valve Company*

cc:    Robert D. Anbinder, Esquire (via electronic filing)
       Jayna P. Lamar, Esquire
       Otho M. Thompson, Esquire

BA2/DOCS1/#216304 v1