Writer's Direct Number:<br>(410) 244-7826

July 21, 2003

**VIA ELECTRONIC FILING**

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      Re:   Clow Valve Co. v. Mayor and City Council of Baltimore City,
            Civil Action No.:  JFM-02-3136

Dear Judge Motz:

    I write separately to request on behalf of Clow Valve Company ("Clow") leave to file a short (five pages or less) surreply memorandum in support of Clow's summary judgment motion.  In particular, the City's summary judgment reply memorandum (filed on July 17) raises arguments that could have been raised in its initial summary judgment opposition memorandum, but were not.  More particularly, the City devotes several pages of its reply memorandum to – and, in so doing, raises new legal arguments on – the central (ratification) issue raised in Clow's initial summary judgment memorandum, whereas the City relegated its argument in opposition to ratification to a footnote in its initial opposition memorandum.  Additionally, the City misstates a few record facts in its reply memorandum filed on July 17.

    Clow would like the opportunity to address briefly the City's new arguments and factual misstatements.  Clow is prepared to do so in a surreply memorandum to be filed no later than one week from the date of this letter, which should not delay scheduling a settlement conference.

    Counsel for the City, Mr. Anbinder, advises that he will respond to Clow's request in a letter to be transmitted to the Court later today.

    I very much appreciate the Court's consideration of this matter.

                                    Respectfully,

                                    /s/

                                  Mark D. Maneche
                                *Counsel for Plaintiff Clow Valve Company*

The Honorable J. Frederick Motz
July 21, 2003
Page 2


cc:   Robert D. Anbinder, Esquire (via electronic filing)
      Jayna P. Lamar, Esquire
      Otho M. Thompson, Esquire
BA2/DOCS1/#216304 v1