July 21, 2003

The Honorable J. Frederick Motz
Judge
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:   *Clow Valve Company v. Mayor and City Council of Baltimore City*
             Case No. JFM 02 CV3136

Dear Judge Motz:

    This letter is in response to Clow Valve's request of this date to file a surreply memorandum in this case.

    The City's ratification argument as set forth in its Reply Memorandum was a fairly framed response to the extensive multi-page argument devoted to the topic by Clow Valve in its "Combined Memorandum." In fact, Clow has had ample opportunity to address all the relevant issues regarding its case for ratification in both its very lengthy Motion for Summary Judgment and its Combined Memorandum.

    Nonetheless, the City takes no position on whether the Court should grant Clow's request to file a surreply memorandum in support of its Motion for Summary Judgment.

    Thank you for your consideration of this matter.

                                  Very truly yours,

                                  ROBERT D. ANBINDER
                                  Assistant Solicitor

RDA:sch

**BALTIMORE BELIEVE**
1-866-BELIEVE • www.baltimorebelieve.com