**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____

CLOW VALVE COMPANY, )
a division of McWane, Inc. )
    Plaintiff )
    v. ) Case No.: JFM 02 CV 3136
MAYOR and CITY COUNCIL OF )
BALTIMORE CITY )
    Defendant. )

_____

**CORRECTION TO DEFENDANT, MAYOR AND CITY COUNCIL**
**OF BALTIMORE CITY'S REPLY TO PLAINTIFF, CLOW**
**VALVE COMPANY'S COMBINED MEMORANDUM**

Mayor and City Council of Baltimore City ("the City"), by Justin J. King, Principal Counsel, Robert D. Anbinder, Assistant Solicitor, and Nicholas Johansson, Assistant Solicitor, hereby files this Correction to Defendant, Mayor and City Council of Baltimore City's Reply to Plaintiff, Clow Valve Company's Combined Memorandum and says:

    1.    On Page 5, the last line of the second paragraph, the final "of" should be "or", making the parenthetical phrase read ("A municipal corporation cannot be held liable for the unauthorized acts of its agents, although done officii colore, without some corporate act of ratification **or** adoption…."

The City regrets this typographical error.

                                                      _____/s/_____
                                                      JUSTIN J. KING
                                                      Bar No.: 00819
                                                      Principal Counsel
                                                      (signed by Robert D. Anbinder,
                                                      with permission of Justin J. King)
                                                      Department of Law

>Room 81
>100 N. Holliday Street
>Baltimore, Maryland 21202
>(410) 396-3945
>Fax: (410) 547-1025
>
>
>_____/s/_____
>ROBERT D. ANBINDER
>Bar No.: 10885
>Assistant City Solicitor,
>Department of Law
>Room 81
>100 N. Holliday Street
>Baltimore, Maryland 21202
>(410) 396-3204
>Fax: (410) 547-1025
>
>
>_____/s/_____
>NICHOLAS JOHANSSON
>Bar No.: 27067
>Assistant City Solicitor,
>(signed by Robert D. Anbinder,
>with permission of Nicholas Johansson)
>Department of Law
>Room 81
>100 N. Holliday Street
>Baltimore, Maryland 21202
>(443) 984-1473
>Fax: (410) 547-1025
>
>Attorneys for Defendant

**CERTIFICATION OF MAILING**

I HEREBY CERTIFY that on the 29th day of July, 2003, a copy of the foregoing Correction to Defendant, Mayor and City Council of Baltimore City's Reply to Plaintiff, Clow Valve Company's Combined Memorandum, was filed electronically to:

>Otho M. Thompson, Esquire
>Mark D. Maneche, Esquire
>Venable, Baetjer and Howard, LLP

2

Two Hopkins Plaza
Suite 1800
Baltimore, Maryland  21201-2978

and mailed by first class, U.S. mail, postage paid, to:

Jayna Partain Lamar, Esquire
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618


                                                            /s/
                                      ROBERT D. ANBINDER
                                      Assistant Solicitor
                                      Bar No. 10885

                                      Attorney for Defendant