Writer's Direct Number:
**(410) 244-7826**

August 22, 2003

**VIA ELECTRONIC FILING**

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   Clow Valve Co. v. Mayor and City Council of Baltimore City,
             Civil Action No.: JFM-02-3136

Dear Judge Motz:

     I write on behalf of my client, Clow Valve Company, to renew my earlier request that the Court refer this matter to a Magistrate Judge of this Court for a formal settlement conference. Counsel for the City of Baltimore, Robert D. Anbinder, has advised me that he joins in this renewed referral request. As before, the parties specifically request that the case be referred to Magistrate Judge Grimm for the settlement conference only. In the alternative, the parties request that the matter be referred to any other Magistrate Judge at the Court's earliest convenience. The parties remain eager to proceed with formal settlement discussions.

     Thank you for your consideration of this request.

                               Respectfully,

                               /s/

                               Mark D. Maneche
                               *Counsel for Plaintiff Clow Valve Company*

cc:   Robert D. Anbinder, Esquire (via electronic filing)
       Jayna P. Lamar, Esquire
       Otho M. Thompson, Esquire
BA2/DOCS1/#216304 v1